AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas ▼

| | |
|---|---|
| JOE ANDREW SALAZAR<br><br>*Plaintiff(s)*<br>v.<br>AT&T MOBILITY LLC, SPRINT/UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 5:2019-cv-00075<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Registered Agent: SPRINT/UNITED MANAGEMENT COMPANY
THE PRENTICE-HALL CORPORATION SYSTE
211 E. 7TH STREET, SUITE 620
AUSTIN, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Geoffrey P Culbertson
Patton, Tidwell & Culbertson
2800 Texas Blvd.
Texarkana, Texas 75503

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/22/19



David A. O'Toole
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:2019-cv-00075

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Sprint United Mgmt was served by CMRRR on 7-26-19 Reg Agent - Prentice Hall Corp (See attached)

My fees are $ _____ for travel and $ 725 for services, for a total of $ ~~0.00~~ 725.

I declare under penalty of perjury that this information is true.

Date: Aug 5 2019

Janet Jones
*(Server's signature)*

Janet Jones
*Printed name and title*

508 Hickory Lane Dunn City TX 75572
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| 2. Article Number<br>7160 3901 9846 4453 8659<br>3. Service Type  CERTIFIED MAIL<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes<br>1. Article Addressed to:<br>Sprint/United Management Company<br>Reg Agent - Prentice Hall Corp<br>211 E 7th Street, Ste 620<br>Austin TX 78701-3218 | **COMPLETE THIS SECTION ON DELIVERY**<br>A. Received by (Please Print Clearly)  B. Date of Delivery<br>Kyle Ratzlaff<br>C. Signature   JUL 2 6 2019<br>X                               ☐ Agent<br>                                ☐ Address<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |

PS Form 3811, January 2005                    Domestic Return Receipt