**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br>SPRINT/UNITED MANAGEMENT COMPANY,<br>T-MOBILE USA, INC., and<br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>Defendants. | Civil Action No. 5:19-cv-75<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless (collectively "Defendants") hereby submit this Motion for Leave to File Under Seal its Joint Motion to Dismiss Under Rule 12(b)(6) ("Motion to Dismiss").

The Motion to Dismiss contains information that has been designated "RESTRICTED – ATTORNEY' EYES ONLY" or similar by Defendant HTC Corp. and sealed briefing referring to those materials in the prior lawsuit, *Salazar v. HTC Corp.*, No. 2:16-cv-1096 (E.D. Tex.). Counsel for the parties have met and conferred on this issue, and Plaintiff indicated he will not oppose this motion. Accordingly, this motion is UNOPPOSED. Defendants therefore respectfully request that the Court seal their Motion to Dismiss.

Dated:  October 1, 2019                                  Respectfully submitted,

                                                       */s/ Fred I. Williams*
Fred I. Williams
Texas Bar No. 00794855
fwilliams@velaw.com
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas  78701
Tel:  512.542.8400
Fax: 512.542.8610

Todd E. Landis
Texas Bar No. 24030226
tlandis@velaw.com
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3700
Dallas, TX  75201
Tel:  214.220.7700
Fax: 214.220.7716

Parker Hancock
Texas Bar No. 24108256
phancock@velaw.com
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX  77002-6760
Tel:  713.758.2222
Fax: 713.758.2346

Harry Lee Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas   75670
Tel:  903.934.8450
Fax: 903.934.9257

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 1st day of October, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                      */s/ Fred I. Williams*

## CERTIFICATE OF CONFERENCE

      I hereby certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h), and this motion is UNOPPOSED.  The personal conference required by Local Rule CV-7(h) was conducted via telephone conference on October 1, 2019 between Parker Hancock, counsel for Defendants, and Goeff Culbertson, counsel for Plaintiff.

                                                      */s/ Fred I. Williams*
                                                      Fred I. Williams