IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>   Plaintiff,<br><br>   v.<br><br>AT&T MOBILITY LLC,<br>SPRINT/UNITED MANAGEMENT<br>COMPANY, T-MOBILE USA, INC.,<br>AND CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS,<br><br>   Defendants. | Civil Action No. 5:19-cv-75<br><br>DEMAND FOR JURY TRIAL |

**DECLARATION OF FRANCES H. STEPHENSON IN SUPPORT OF JOE ANDREW SALAZAR'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS <u>UNDER RULE 12(b)(6)</u>**

I, Frances H. Stephenson, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney with the firm Keyhani LLC, attorneys for Plaintiff Joe Andrew Salazar in the above captioned case. I am a member, in good standing, of the New York State Bar. I am over 21 years of age. I have personal knowledge of the following facts or access to information allowing me to confirm these facts.

2. Attached as Exhibit A is a true and correct copy of the Jury Verdict form executed on May 11, 2018 from the trial of *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (E.D. Tex.) (Dkt.# 272).

3. Attached as Exhibit B is a true and correct copy of HTC Corp.'s Motion for Summary Judgment of Non-Infringement of the Asserted Claims of the '467 patent in *Salazar v.*

*HTC Corp.*, 2:16-cv-01096-JRG (E.D. Tex.) (Dkt. #149).

4. Attached as Exhibit C is a true and correct copy of HTC Corp.'s Reply in Support of its Motion for Summary Judgment of Non-Infringement of the Asserted Claims of the '467 patent in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (E.D. Tex.) (Dkt. # 193).

5. Attached as Exhibit D is a true and correct copy of excerpts of the Transcript of Jury Trial morning and afternoon sessions (May 10, 2018) in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (E.D. Tex.).

6. Attached as Exhibit E is a true and correct copy of HTC Corp.'s responses to plaintiff Joe Andrew Salazar's Third Set of Interrogatories to Defendant HTC Corp. (December 11, 2017).

7. Attached as Exhibit F is a true and correct copy of the Courts Report and Recommendation in connection with Defendant HTC Corp's Motion for Summary Judgment of Noninfringement [Dkt. # 149] *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (E.D. Tex.) (Dkt. #250).

8. Attached as Exhibit G is a true and correct copy of HTC Corp.'s responses to plaintiff Joe Andrew Salazar's Second Set of Interrogatories to Defendant HTC Corp. (May November, 2017).

9. Attached as Exhibit H is a true and correct copy of HTC Corp.'s Motion to Sever and Stay Claims Against Newly-Added Defendant AT&T, Inc. in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (E.D. Tex.) (Dkt. # 55).

10. Attached as Exhibit I is a true and correct copy of Defendant AT&T Inc.'s Partial Joinder to HTC Corp.'s Motion to Sever and Stay Claims against Newly-Added Defendant AT&T Inc. in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (E.D. Tex.) (Dkt. # 70).

11. Attached as Exhibit J is a true and correct copy of excerpts of the Transcript of Jury Trial afternoon session (May 7, 2018) in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (E.D. Tex.).

12. Attached as Exhibit K is a true and correct copy of excerpts of the Transcript of Jury Trial (May 11, 2018) in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (E.D. Tex.).

13. Attached as Exhibit L is a true and correct copy of Joe Andrew Salazar's Opposition to HTC Corp.'s Motion to Dismiss its Counterclaim for Invalidity Without Prejudice in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (E.D. Tex.) (Dkt. # 292).

14. Attached as Exhibit M is a true and correct copy of Plaintiff's Motion for Leave to Correct/Amend Joe Andrew Salazar's Second Amended Original Complaint in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (E.D. Tex.) (Dkt. # 62).

15. Attached as Exhibit N is a true and correct copy of the Court's Final Judgment in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (E.D. Tex.) (Dkt. # 284).

16. Attached as Exhibit O is a true and correct copy of Plaintiff Salazar's Motion to Compel (filed under seal) (Dkt. #118)

Dated: November 1, 2019

/s/Frances H. Stephenson
Frances H. Stephenson
New York registration No. 5206495
(*pro hac vice*)
Keyhani LLC
1050 30th Street NW
Washington, DC 20007
Telephone: (202) 748-8950
Fax: (202) 318-8958
fhstephenson@keyhanillc.com
*Attorneys for Plaintiff*

4