# EXHIBIT K

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
                         MARSHALL DIVISION


JOE ANDREW SALAZAR          )(    CIVIL DOCKET NO.
                            )(    2:16-cv-196
    VS.                     )(
                            )(    MARSHALL, TEXAS
                            )(    8:30 A.M.
HTC CORPORATION             )(    May 11, 2018


                    TRANSCRIPT OF JURY TRIAL
             BEFORE THE HONORABLE RODNEY GILSTRAP,
                  UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE PLAINTIFF:

DARIUSH KEYHANI
FRANCIS STEPHENSON
MEREDITH & KEYHANI, PLLC
125 Park Avenue, 25th Floor
New York, New York 10017

ANDY TINDEL
G. BLAKE THOMPSON
MT² LAW GROUP
MANN|TINDEL|THOMPSON
300 West Main Street
Henderson, TX 75652



COURT REPORTER:   Shelly Holmes, CSR-TCRR
                  Official Reporter
                  100 E. Houston Street
                  Marshall, Texas  75670
                  (903) 923-7464


(Proceedings recorded by mechanical stenography, transcript
produced on a CAT system.)
```

```
 1  FOR THE DEFENDANT:

 2
    FRED I. WILLIAMS
 3  MARIO A. APREOTESI
    VINSON & ELKINS LLP
 4  2801 Via Fortuna, Suite 100
    Austin, TX 78746
 5

 6  TODD E. LANDIS
    ERIC J. KLEIN
 7  VINSON & ELKINS LLP
    2001 Ross Avenue, Suite 3700
 8  Dallas, TX 75201

 9
    MR. HARRY LEE "GIL" GILLAM, JR.
10  GILLAM & SMITH, LLP
    303 South Washington Avenue
11  Marshall, TX 75670

12
    PARKER HANCOCK
13  VINSON & ELKINS LLP
    1001 Fannin, Suite 2500
14  Houston, TX 77002

15

16

17

18

19

20

21

22

23

24

25
```

1  how to transport it.  Whatever they're transporting, it's up
2  to you.
3         So that's the second reason why we put an X through
4  the microprocessor elements.
5         Now, ladies and gentlemen, I submit to you that
6  neither the microprocessor element or the memory device
7  element of either Claims 1 or 34 are found in the HTC One
8  M7, One M8, and One M9 products.
9         And if you don't find them to be in those products,
10 then you have to conclude there's no infringement in this
11 case.
12        And if you conclude there's no infringement of
13 Claim 1, you also have to do what this middle board shows,
14 which is conclude that there's no infringement of Claims 2
15 through 7 and 27 through 30 because they all depend from
16 Claim 1.
17        There's one other reason, though, why you can find
18 that HTC Corporation doesn't infringe, and that's because --
19 it has nothing to do with microprocessors or memory devices,
20 it just has to do with the United States, because only
21 infringing acts in the United States count for infringement.
22 Only if you import, make, use, sell, offer for sale in the
23 United States can you be an infringer.
24        And Ms. Lai, who testified by deposition for you,
25 explained that HTC America, not HTC Corp, is the importer.

1  She explained that HTC America offers and sells these
2  products in the United States.
3         And very importantly, she showed you the invoices
4  that are actually used.  These are Defendant's Exhibits 36,
5  37, 38, 39, 40, and 41.  All of these invoices are for sales
6  of phones and show that the invoices were issued by HTC
7  America to American wireless carriers like Sprint, Verizon,
8  and AT&T.
9         Now, ladies and gentlemen, I think that when you
10 take this verdict form that Judge Gilstrap's going to give
11 you, you have to answer this first question about whether or
12 not there's infringement.  And when you do --
13        Can I have the document camera, please?
14        Thank you.
15        And when you do, I submit to you that the credible
16 evidence in this case shows that HT -- that the HTC One M7
17 does not infringe any claims, nor does the M8, nor does the
18 M9, and you should fill that form out just as I did with a
19 bunch of noes.
20        Can I have the slide -- thank you.
21        But there's another reason why HTC shouldn't be
22 found to pay any damages in this case, and it's called
23 invalidity.
24        And, again, there are only two witnesses that you
25 need to pay attention to for this, Dr. Wolfe and

1  Dr. Gottesman.
2         Now, you sat and listened to Dr. Wolfe, and I will
3  humbly disagree with the characterization of his testimony.
4  I think he was thorough in answering every question by
5  myself and Mr. Keyhani.  He gave a detailed claim-by-claim,
6  element-by-element analysis.
7         THE COURT:  22 minutes have been used.
8         MR. LANDIS:  Thank you, Your Honor.
9         He walked through the patent, and he walked through
10 the Goldstein elements and showed you where every element
11 was of every claim.
12        Dr. Gottesman actually agreed for the most part
13 with Dr. Wolfe, he just said two elements are missing.
14        The first, the preamble, but he gave you no
15 supporting evidence.
16        Dr. Wolfe testified about the patent and showed you
17 where it was found.
18        The memory device element, again, Dr. Gottesman, no
19 evidence.
20        Dr. Wolfe walked you through the columns, walked
21 you through the figures of the Goldstein reference.
22        For Claims 29 and 30, Dr. Gottesman wanted to say
23 that a touch sensitive screen is not a sensor.  His
24 testimony was contradicted by Mr. Salazar's other expert in
25 the case.

```
 1                        CERTIFICATION

 2

 3       I HEREBY CERTIFY that the foregoing is a true and

 4  correct transcript from the stenographic notes of the

 5  proceedings in the above-entitled matter to the best of my

 6  ability.

 7

 8

 9   /S/ Shelly Holmes   _____          5/11/18_____
     SHELLY HOLMES, CSR-TCRR                Date
10   OFFICIAL REPORTER
     State of Texas No.: 7804
11   Expiration Date: 12/31/18
```