IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR, | |
| Plaintiff, | |
| v. | Civil Action No. 5:19-cv-75 |
| AT&T MOBILITY LLC, SPRINT/UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | DEMAND FOR JURY TRIAL |
| Defendants. | |

**ORDER DENYING DEFENDANTS'
JOINT MOTION TO DISMISS UNDER RULE 12(b)(6)**

Having considered Defendants' Joint Motion to Dismiss Under Rule 12(b)(6), the Court determines that the motion should be, and is, DENIED.

SO ORDERED.