**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, SPRINT/UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>    Defendants<br><br>    and<br><br>HTC CORP., and HTC AMERICA, INC.<br><br>    Intervenors. | CIVIL ACTION NO. 2:20-CV-00004-JRG<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Defendants AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless (collectively "Defendants") and Intervenors HTC Corp. and HTC America, Inc. (collectively "Intervenors") file this Unopposed Motion to Withdraw as Counsel and respectfully request that attorney Parker Hancock of Vinson & Elkins LLP be permitted to withdraw herein as counsel of record for Defendants and Intervenors in the above-captioned matter. Defendants and Intervenors consent to this request and are currently represented by attorneys at the law firms of Williams Simons & Landis PLLC and Gillam & Smith, L.L.P. in this matter. No other changes are requested at this time regarding the other attorneys acting as said Defendants' and Intervenors' counsel of record. Plaintiff does not oppose this request.

WHEREFORE, Defendants AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless, and Intervenors HTC Corp. and HTC America, Inc., respectfully request the Court to enter an order permitting the withdrawal of Parker Hancock as counsel for Defendants and Intervenors, and that the Clerk remove Parker Hancock's name from the list of persons authorized to receive electronic notices in this matter.

Dated: January 21, 2020

Respectfully submitted,

*/s/ Fred I. Williams*
Fred I. Williams
Texas Bar No. 00794855
fwilliams@wsltrial.com
Todd E. Landis
Texas Bar No. 24030226
tlandis@wsltrial.com
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Avenue, Suite 490
Austin, TX  78701
512.543.1354 telephone

Parker Hancock
Texas Bar No. 24108256
phancock@velaw.com
VINSON & ELKINS LLP
1001 Fannin Street, Suite 2500
Houston, TX  77002-6760
713.758.2153 telephone
713.615-5140 facsimile

Harry L. Gillam, Jr.
Texas Bar No. 07921800
gil@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX  75670
903.934.8450 telephone
903.934.9257 facsimile

*Attorneys for Defendants and Intervenors*

-3-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 21st day of January, 2020, with a copy of the foregoing document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/ Fred I. Williams*
Fred I. Williams

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendants and Intervenors conferred with counsel for Plaintiff regarding the issues raised in this motion. Counsel for Plaintiff has indicated it does not oppose this motion.

*/s/ Fred I. Williams*