IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. 2:20-CV-00004-JRG |
| AT&T MOBILITY LLC, SPRINT UNITED MANAGEMENT COMPANY, T-MOBILE USA INC, CELLCO PARTNERSHIP, INC. D/B/A VERIZON WIRELESS, INC., | § |
| Defendants, | § |
| and | § |
| HTC CORP., HTC AMERICA, INC. | § |
| Intervenors. | § |

## ORDER

Before the Court is Defendants and Intervenors' Unopposed Motion to Withdraw as Counsel (the "Motion"). (Dkt. No. 79.) Having considered the Motion and noting that it is unopposed, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Mr. Parker Hancock is **WITHDRAWN** as counsel of record for Defendants and Intervenors. The Clerk is directed to **TERMINATE** ECF notifications to Mr. Hancock.

**So Ordered this**
Jan 22, 2020

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE