# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR, <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY LLC, SPRINT/UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> Defendants <br><br> and <br><br> HTC CORP., and HTC AMERICA, INC. <br><br> Intervenors. | CIVIL ACTION NO. 2:20-CV-00004-JRG <br><br> JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION

Defendants AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless (collectively "Defendants") and Intervenors HTC Corp. and HTC America, Inc. (collectively "Intervenors") move to extend the deadline to serve their invalidity contentions and accompanying document production from January 30, 2020 to February 6, 2020.  Plaintiff Joe Andrew Salazar does not oppose this motion.

Dated:  January 29, 2020

Respectfully submitted,

*/s/ Fred I. Williams*
Fred I. Williams
Texas Bar No. 00794855
fwilliams@wsltrial.com
Todd E. Landis
Texas Bar No. 24030226

-2-

tlandis@wsltrial.com
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Avenue, Suite 490
Austin, TX 78701
512.543.1354 telephone

Harry L. Gillam, Jr.
Texas Bar No. 07921800
gil@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
903.934.8450 telephone
903.934.9257 facsimile

*Attorneys for Defendants and Intervenors*

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 29th day of January, 2020, with a copy of the foregoing document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/ Fred I. Williams*
Fred I. Williams

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants and Intervenors conferred with counsel for Plaintiff regarding the issues raised in this motion. Counsel for Plaintiff has indicated that he does not oppose this motion.

*/s/ Fred I. Williams*