**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>      Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, SPRINT/UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>      Defendants<br><br>      and<br><br>HTC CORP., and HTC AMERICA, INC.<br><br>      Intervenors. | CIVIL ACTION NO. 2:20-CV-00004-JRG<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO COMPLY WITH PATENT RULE 4-3**

Defendants AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless (collectively "Defendants") and Intervenors HTC Corp. and HTC America, Inc. (collectively "Intervenors") move to extend the deadline for the parties to comply with Patent Rule 4-3 from April 29, 2020 to May 1, 2020. Plaintiff Joe Andrew Salazar does not oppose this motion.

Dated:  April 29, 2020                                 Respectfully submitted,

                                                                        */s/ Fred I. Williams*
                                                                        Fred I. Williams
                                                                        Texas Bar No. 00794855
                                                                        fwilliams@wsltrial.com
                                                                        Todd E. Landis
                                                                        Texas Bar No. 24030226

-2-

tlandis@wsltrial.com
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Avenue, Suite 490
Austin, TX 78701
512.543.1354 telephone

Harry L. Gillam, Jr.
Texas Bar No. 07921800
gil@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
903.934.8450 telephone
903.934.9257 facsimile

*Attorneys for Defendants and Intervenors*

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 29th day of April, 2020, with a copy of the foregoing document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3).

*/s/ Fred I. Williams*
Fred I. Williams

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants and Intervenors conferred with counsel for Plaintiff regarding the issues raised in this motion. Counsel for Plaintiff has indicated that he does not oppose this motion.

*/s/ Fred I. Williams*