**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **JOE ANDREW SALAZAR,** § § § *Plaintiff*, § § v. § § **AT&T MOBILITY LLC, SPRINT UNITED MANAGEMENT COMPANY, T-MOBILE USA INC, CELLCO PARTNERSHIP, INC. D/B/A VERIZON WIRELESS, INC.,** § § § § § § § *Defendants*. § | **CIVIL ACTION NO. 2:20-CV-00004-JRG** |

**ORDER**

Before the Court is the Unopposed Motion for Extension of Time to Comply with Patent Rule 4-3 (the "Motion") filed by Defendants AT&T Mobility, LLC, Sprint/United Management Company, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless (collectively "Defendants"). (Dkt. No. 89.) Having considered the Motion and noting that it is unopposed, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that the deadline for Defendants to comply with Patent Rule 4-3 is extended to May 1, 2020.

**So ORDERED and SIGNED this 30th day of April, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE