**Exhibit C:  Defendants' and Intervenors' Proposed Constructions of Disputed Terms**

| No. | Term | Asserted Claims in Which Term Appears | Defendants' and Intervenors' Proposed Construction | Evidence |
|---|---|---|---|---|
| 1 | "a microprocessor for generating a plurality of control signals used to operate said system, said microprocessor creating a plurality of reprogrammable communication protocols" | Claims 1 and 34 | "a microprocessor configured to bring into existence two or more control signals used to operate said system and configured to bring into existence two or more [reprogrammable] communication protocols" | Intrinsic Evidence<br>'467 Patent at Abstract, 1:8-2:63, 3:15-60, 6:10-23, 6:52-17:28, 19:52-20:11, 21:28-42, 22:36-58, 23:47-24:51, Figs. 2-6 and their corresponding descriptions; Office Action dated May 1, 1997; Amendment dated October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. 5,138,649; U.S. Patent No. 4,999,622. |
| 2 | "a selector controlled by said microprocessor for enabling said radio frequency transceiver and said infra-red frequency transceiver to transmit a desired command code set generated by said microprocessor via either radio frequency signals and infra-red signals as | Claim 2 | "a multiplexer/demultiplexer controlled by said microprocessor for enabling said radio frequency transceiver and said infra-red frequency transceiver to transmit a desired command code set generated by said microprocessor via either radio frequency signals and infra-red signals as desired, and to receive a signal from any one of said external devices via either radio frequency signals and infra-red signals" | Intrinsic Evidence<br>'467 Patent at Abstract, 1:8-2:63, 3:15-60, 7:34-17:37, 20:2-21:42, 22:63-24:35, Figs. 2-6 and their corresponding descriptions; Office Action dated May 1, 1997; Amendment dated October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. |

| | | | | |
|---|---|---|---|---|
| | desired, and to receive a signal from any one of said external devices via either radio frequency signals and infra-red signals" | | | 5,138,649; U.S. Patent No. 4,999,622. |
| 3 | "a communication protocol" | Claims 1 and 34 | "a defined set of rules and formats that allows devices to communicate with each other" | <u>Intrinsic Evidence</u><br>'467 Patent at Abstract, 1:8-2:63, 6:10-23, 6:52-17:28, 19:52-20:11, 21:28-42, 22:36-23:5, 23:47-24:51, Figs. 2-6 and their corresponding descriptions; Office Action dated May 1, 1997; Amendment dated October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. 5,138,649; U.S. Patent No. 4,999,622.<br><br><u>Extrinsic Evidence</u><br>Newton's Telecom Dictionary 1013-1014 (30th ed. 2016) (definition of "protocol"). Defendants and Intervenors intend to identify additional extrinsic evidence consistent with the Newton's Telecom Dictionary. Due to current circumstances we are unable to access such treatises and dictionaries in the relevant time period. |

| | | | | |
|---|---|---|---|---|
| 4 | "a plurality of control signals" | Claims 1 and 34 | "two or more control signals" | Intrinsic Evidence<br>'467 Patent at Abstract, 1:8-2:63, 3:15-5:67, 6:10-23, 6:52-17:45, 19:52-20:56, 21:28-42, 22:36-58, 23:47-24:51, Figs. 2-6 and their corresponding descriptions; Office Action dated May 1, 1997; Amendment dated October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. 5,138,649; U.S. Patent No. 4,999,622. |
| 5 | "a plurality of reprogrammable communication protocols" | Claims 1 and 34 | Indefinite. Protocols cannot be reprogrammable.<br><br>Defendants and Intervenors provide an alternative construction for this term based on what a reprogrammable communication protocol might be if such a protocol existed: "two or more communication protocols whose rules and formats can be changed through programming" | Intrinsic Evidence<br>'467 Patent at Abstract, 1:8-2:63, 6:10-23, 6:52-17:28, 19:52-20:11, 21:28-42, 22:36-23:5, 23:47-24:51, Figs. 2-6 and their corresponding descriptions; Office Action dated May 1, 1997; Amendment dated October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. 5,138,649; U.S. Patent No. 4,999,622. |
| 6 | "parameter sets" | Claims 1, 27, and 34 | "a set of predefined encoded data stored in the memory device that the microprocessor retrieves and uses to recreate a command code set" | Intrinsic Evidence<br>'467 Patent at Abstract, 1:8-2:63, 6:10-23, 6:52-17:28, 19:52-20:11, 21:28-42, 22:36-23:5, 23:47-24:51, Figs. 2-6 and their corresponding descriptions; Office Action dated |

3

| | | | | |
|---|---|---|---|---|
| | | | | May 1, 1997; Amendment dated October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. 5,138,649; U.S. Patent No. 4,999,622. |
| 7 | "such that the memory space required to store said parameters is smaller than the memory space required to store said command code sets" | Claim 1 | Indefinite. | Intrinsic Evidence<br>'467 Patent at Abstract, 1:8-2:63, 3:15-60, 6:10-23, 6:52-17:37, Figs. 2-6 and their corresponding descriptions; Office Action dated May 1, 1997; Amendment dated October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. 5,138,649; U.S. Patent No. 4,999,622. |
| 8 | "creating"; "create" | Claims 1, 27, and 34 | "[bringing / bring] into existence" | Intrinsic Evidence<br>'467 Patent at Abstract, 1:8-2:63, 3:15-60, 6:10-23, 6:52-17:28, 19:52-20:11, 21:28-42, 22:36-58, 23:47-24:51, Figs. 2-6 and their corresponding descriptions; Office Action dated May 1, 1997; Amendment dated October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. 5,138,649; U.S. Patent No. 4,999,622; Patent Owner |

| | | | | |
|---|---|---|---|---|
| | | | | Preliminary Response dated April 11, 2018 in IPR2018-00273.<br><br>Extrinsic Evidence<br>Merriam-Webster Dictionary, https://www.merriam-webster.com/dictionary/create. Defendants and Intervenors intend to identify additional extrinsic evidence consistent with this dictionary. Due to current circumstances we are unable to access such treatises and dictionaries in the relevant time period. |
| 9 | "generating; generated; generate" | Claims 1, 2, 3, 5, and 28 | "[bringing / brought / bring] into existence" | Intrinsic Evidence<br>'467 Patent at Abstract, 1:8-2:63, 3:15-60, 6:10-23, 6:52-17:28, 19:52-20:11, 21:28-42, 22:36-58, 23:47-24:51, Figs. 2-6 and their corresponding descriptions; Office Action dated May 1, 1997; Amendment dated October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. 5,138,649; U.S. Patent No. 4,999,622; Patent Owner Preliminary Response dated April 11, 2018 in IPR2018-00273.<br><br>Extrinsic Evidence |

| | | | | |
|---|---|---|---|---|
| | | | | Merriam-Webster Dictionary, https://www.merriam-webster.com/dictionary/generate. Defendants and Intervenors intend to identify additional extrinsic evidence consistent with this dictionary. Due to current circumstances we are unable to access such treatises and dictionaries in the relevant time period. |
| 10 | "recreate" | Claims 1 and 34 | "bring something back into existence" | **Intrinsic Evidence**<br>'467 Patent at Abstract, 1:8-2:63, 3:15-60, 6:10-23, 6:52-17:28, 19:52-20:11, 21:28-42, 22:36-58, 23:47-24:51, Figs. 2-6 and their corresponding descriptions; Office Action dated May 1, 1997; Amendment dated October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. 5,138,649; U.S. Patent No. 4,999,622; Patent Owner Preliminary Response dated April 11, 2018 in IPR2018-00273.<br><br>**Extrinsic Evidence**<br>Merriam-Webster Dictionary, https://www.merriam-webster.com/dictionary/recreate. Defendants and Intervenors intend to identify additional extrinsic |

| | | | | evidence consistent with this dictionary. Due to current circumstances we are unable to access such treatises and dictionaries in the relevant time period. |
|---|---|---|---|---|
| 11 | "a desired command code set" | Claims 1, 2, 5, and 34 | "a different command code set than the command code set that defines the signals that are employed to communicate with each one of said external devices"<br><br>If this term is not given this meaning, it is indefinite for lacking antecedent basis. | <u>Intrinsic Evidence</u><br>'467 Patent at Abstract, 1:8-2:63, 3:15-60, 6:10-23, 6:52-17:28, Figs. 2-6 and their corresponding descriptions; Office Action dated May 1, 1997; Amendment dated October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. 5,138,649; U.S. Patent No. 4,999,622. |
| 12 | "a microprocessor for generating . . ., said microprocessor creating . . ., a plurality of parameter sets retrieved by said microprocessor . . ., said microprocessor generating . . ." | Claims 1 and 34 | "one or more microprocessors, each of which must perform the generating, creating, retrieving, and generating functions" | <u>Intrinsic Evidence</u><br>'467 Patent at Abstract, 1:8-2:63, 3:15-60, 6:10-23, 6:52-17:28, 19:52-20:11, 21:28-42, 22:36-58, 23:47-24:51, Figs. 2-6 and their corresponding descriptions; Office Action dated May 1, 1997; Amendment dated October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. 5,138,649; U.S. Patent No. 4,999,622. |
| 13 | "selector" | Claim 2 | "a multiplexer/demultiplexer" | <u>Intrinsic Evidence</u> |

7

| | | | | '467 Patent at Abstract, 1:8-2:63, 3:15-60, 7:34-17:37, 20:2-21:42, 22:63-24:35, Figs. 2-6 and their corresponding descriptions; Office Action dated May 1, 1997; Amendment dated October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. 5,138,649; U.S. Patent No. 4,999,622. |
|---|---|---|---|---|
| 14 | "said microprocessor generating a communication protocol in response to said user selection" | Claims 1 and 34 | "said microprocessor generating a non-reprogrammable communication protocol"<br><br>If this term is not given this meaning, it is indefinite. | Intrinsic Evidence<br>'467 Patent at Abstract, 1:8-2:63, 3:15-60, 6:10-23, 6:52-17:28, 19:52-20:11, 21:28-42, 22:36-58, 23:47-24:51, Figs. 2-6 and their corresponding descriptions; Office Action dated May 1, 1997; Amendment dated October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. 5,138,649; U.S. Patent No. 4,999,622. |
| 15 | "an infra-red frequency transceiver coupled to said microprocessor for transmitting to said external devices and receiving from said external devices, in | Claims 1 and 34 | "for each of the two or more external devices, the infra-red frequency transceiver must be capable of both transmitting to that device and receiving from that device, in accordance with said communications protocols" | Intrinsic Evidence<br>'467 Patent at Abstract, 1:8-2:63, 3:32-4:33, 5:10-67, 7:7-33, 17:37-18:4, 19:52-22:19, 22:63-25:28, Figs. 1b-6 and their corresponding descriptions, Office Action dated May 1, 1997; Amendment dated |

| | | | | |
|---|---|---|---|---|
| | accordance with said communications protocols" | | | October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. 5,138,649; U.S. Patent No. 4,999,622. |
| 16 | "a radio frequency transceiver…in accordance with said communication protocols" | Claim 2 | "the radio frequency transceiver must transmit and receive signals in accordance with the same protocols as used by the infra-red frequency transceiver of claim 1" | <u>Intrinsic Evidence</u><br>'467 Patent at Abstract, 1:8-2:63, 3:15-4:33, 5:10-67, 7:7-18:4, 19:52-22:19, 22:63-25:28, Figs. 1b-6 and their corresponding descriptions, Office Action dated May 1, 1997; Amendment dated October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. 5,138,649; U.S. Patent No. 4,999,622. |
| 17 | "a sound and data coupling device adapted to receive sound as data signals" | Claim 7 | "a device adapted to receive sound as data signals, excluding voice" | <u>Intrinsic Evidence</u><br>'467 Patent at Abstract, 1:8-2:63, 3:41-60, 7:9-13, 17:37-44, 20:11-22:2, Figs. 2-5 and their corresponding descriptions; Office Action dated May 1, 1997; Amendment dated October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. 5,138,649; U.S. Patent No. 4,999,622. |

9

| | | | | |
|---|---|---|---|---|
| 18 | "configured to" | Claims 1 and 34 | "a particularized arrangement of the memory device for a specific purpose" | <u>Intrinsic Evidence</u><br>'467 Patent at Abstract, 1:8-2:63, 3:15-60, 6:10-23, 6:52-17:37, Figs. 2-6 and their corresponding descriptions; Office Action dated May 1, 1997; Amendment dated October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. 5,138,649; U.S. Patent No. 4,999,622. |
| 19 | "said communications protocols" | Claims 1 and 34 | Indefinite. | <u>Intrinsic Evidence</u><br>'467 Patent at Abstract, 1:8-2:63, 6:10-23, 6:52-17:28, 19:52-20:11, 21:28-42, 22:36-23:5, 23:47-24:51, Figs. 2-6 and their corresponding descriptions; Office Action dated May 1, 1997; Amendment dated October 31, 1997; Notice of Allowability – Examiner's Reasons for Allowance; U.S. Patent No. 5,138,649; U.S. Patent No. 4,999,622. |