IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>  Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br>SPRINT/UNITED MANAGEMENT<br>COMPANY, T-MOBILE USA, INC.,<br>AND CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS,<br><br>  Defendants<br><br>and<br><br>HTC CORP., and HTC AMERICA, INC.,<br><br>  Intervenors. | Civil Action No. 2:20-cv-4<br><br>DEMAND FOR JURY TRIAL |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND PROTECTIVE ORDER**

Plaintiff respectfully moves the Court to amend its Protective Order (Dkt. 59) to increase the printing limits for source code from 100 to 200 pages as reflected in Paragraph 12(c) of the First Amended Protective Order filed herewith.  Defendants and Intervenors are not opposed to this relief.

| | |
|---|---|
| Date: May 27, 2020 | Respectfully submitted,<br><br>/s/Geoffrey Culbertson<br>Geoffrey Culbertson<br>TX Bar No. 24045732<br>gpc@texarkanalaw.com<br>Kelly Tidwell<br>TX Bar No. 20020580<br>kbt@texarkanalaw.com<br>PATTON, TIDWELL & CULBERTSON, LLP<br>2800 Texas Boulevard<br>Texarkana, Texas 75503<br>Telephone: 903-792-7080<br>Telecopier: 903-792-8233<br><br>Dariush Keyhani<br>District of Columbia Bar No. 1031500<br>Frances H. Stephenson<br>New York registration No. 5206495<br>Keyhani LLC<br>1050 30th Street NW<br>Washington, DC 20007<br>T. 202.748.8950<br>F. 202.318.8958<br>dkeyhani@keyhanillc.com<br>fstephenson@keyhanillc.com<br><br>*Attorneys for Plaintiff, Joe Andrew Salazar* |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with the Federal and Local Rules of Civil Procedure. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, CMRRR on this 27 day of May, 2020.

/s/Geoffrey Culbertson
Geoffrey Culbertson

2