**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC,<br>SPRINT/UNITED MANAGEMENT<br>COMPANY, T-MOBILE USA, INC.,<br>AND CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS,<br><br>    Defendants<br><br>    and<br><br>HTC CORP., and HTC AMERICA, INC.,<br><br>    Intervenors. | Civil Action No. 2:20-cv-00004-JRG<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE
<u>SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS</u>**

Before the Court is the motion of Defendants AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless (collectively, "Defendants") and Intervenors HTC Corp. and HTC America, Inc. (collectively, "Intervenors'"), for leave to file a concise supplemental brief presenting newly obtained evidence to clarify the record on their pending Motion to Dismiss Under Rule 12(b)(6) (the "Motion," Dkt. No. 27). Having considered the motion, the Court finds that it should be granted.

Therefore, it is ORDERED that Defendants' and Intervenors' Motion for Leave to File Supplemental Brief in Support of Their Motion to Dismiss is GRANTED.

IT IS SO ORDERED.