**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>   Plaintiff,<br><br>   v.<br><br>AT&T MOBILITY LLC, SPRINT/UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>   Defendants<br><br>   and<br><br>HTC CORP., and HTC AMERICA, INC.,<br><br>   Intervenors. | Civil Action No. 2:20-cv-4<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF JOHN WITTENZELLNER**

I, John Wittenzellner, declare as follows:

1. I am over twenty-one years of age, have personal knowledge of the following facts or access to information and/or records allowing me to confirm these facts.

2. I am a partner in the law firm of Williams Simons & Landis PLLC and represent AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc. and Cellco Partnership d/b/a Verizon Wireless ("Defendants") and HTC Corporation and HTC America ("Intervenors").

3. I submit this declaration in support of Defendants' and Intervenors' Responsive Claim Construction Brief.

4. Attached hereto as Exhibit A is a true and correct copy of certain pages of Newton's Telecom Dictionary (30th ed. 2016).

2

5. Attached hereto as Exhibit B is a true and correct copy of Patent Owner's Preliminary Response, *HTC Corp., et al. v. Joe Andrew Salazar*, No. IPR2018-00273, Paper No. 10 (P.T.A.B. Apr. 11, 2018).

6. Attached hereto as Exhibit C is a true and correct copy of certain pages of Webster's New World College Dictionary (3d ed. 1995).

Executed on: June 24, 2020           */s/ John Wittenzellner*