# EXHIBIT A

| Term | Plaintiff's Construction | Defendants' and Intervenors' Construction | Court's Construction |
|---|---|---|---|
| "a communications, command, control and sensing system for communicating with a plurality of external devices comprising."<br><br>All asserted claims | [AGREED] | [AGREED] | Preambles of independent claims 1 and 34 are substantive limitations and the clause "communications, command, control and sensing system" in each such preamble does not need to be further construed. |
| "external device"<br><br>All asserted claims | [AGREED] | [AGREED] | A device separate from the handset and the base station. |
| "a memory device coupled to said microprocessor configured to store a plurality of parameter sets retrieved by said microprocessor so as to recreate a desired command code set, such that the memory space required to store said parameters is smaller than the memory space required to store said command code sets"<br><br>Claim 1 | [AGREED] | [AGREED] | "a memory device coupled to said microprocessor configured to store a plurality of parameter sets retrieved by said microprocessor so as to recreate, by the microprocessor, a desired command code set, such that the memory space required to store said parameters is smaller than the memory space required to store said command code sets" |
| "a memory device coupled to said microprocessor configured to store a plurality of parameter sets retrieved by | [AGREED] | [AGREED] | "a memory device coupled to said microprocessor configured to store a plurality of parameter sets retrieved by |

| Term | Plaintiff's Construction | Defendants' and Intervenors' Construction | Court's Construction |
|---|---|---|---|
| said microprocessor so as to recreate based on said parameter sets a desired set of pulse signals corresponding to logical "1's" and "0's" as specified by a command code set"<br><br>Claim 34 | | | said microprocessor so as to recreate, by the microprocessor, based on said parameter sets a desired set of pulse signals corresponding to logical '1's' and '0's' as specified by a command code set" |
| "a command code set that defines the signals that are employed to communicate with each one of said external devices"<br><br>All asserted claims | [AGREED] | [AGREED] | Plain and ordinary meaning |
| "parameter sets"<br><br>All asserted claims | [AGREED] | [AGREED] | Plain and ordinary meaning |
| "a microprocessor for generating a plurality of control signals used to operate said system, said microprocessor creating a plurality of reprogrammable communication protocols"<br><br>All asserted claims | "a microprocessor configured to generate a plurality of control signals used to operate said system and configured to create a plurality of [reprogrammable] communication protocols" as construed by this Court in *Salazar v. HTC Corp.*, 2:16- | "a microprocessor configured to bring into existence two or more control signals used to operate said system and configured to bring into existence two or more [reprogrammable] communication protocols" | |

| Term | Plaintiff's Construction | Defendants' and Intervenors' Construction | Court's Construction |
|---|---|---|---|
| | cv-01096-JRG (Dkt. #108 at 15-22; Dkt. # 155). | | |
| "a selector controlled by said microprocessor for enabling said radio frequency transceiver and said infra-red frequency transceiver to transmit a desired command code set generated by said microprocessor via either radio frequency signals and infra-red signals as desired, and to receive a signal from any one of said external devices via either radio frequency signals and infra-red signals"<br><br>Claim 2 | "a selector controlled by said microprocessor for enabling said radio frequency transceiver and said infra-red frequency transceiver to transmit a desired command code set generated by said microprocessor via either radio frequency signals and infra-red signals as selected by a user, and to receive a signal from any one of said external devices via either radio frequency signals and infra-red signals" as construed by this Court in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (Dkt. #108 at 31-36; Dkt. # 155). | "a multiplexer/demultiplexer controlled by said microprocessor for enabling said radio frequency transceiver and said infra-red frequency transceiver to transmit a desired command code set generated by said microprocessor via either radio frequency signals and infra-red signals as desired, and to receive a signal from any one of said external devices via either radio frequency signals and infra-red signals" | |
| "a communication protocol"<br><br>All asserted claims | Plain and ordinary meaning, as set out by this Court in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (Dkt. # 108 at 42-45; Dkt. # 155). | "a defined set of rules and formats that allows devices to communicate with each other" | |
| "a plurality of control signals"<br><br>All asserted claims | To the extent not covered by this Court's construction in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (Dkt. #108 at | "two or more control signals" | |

| Term | Plaintiff's Construction | Defendants' and Intervenors' Construction | Court's Construction |
|---|---|---|---|
| | 15-22; Dkt. # 155), plain and ordinary meaning. | | |
| "a plurality of reprogrammable communication protocols"<br><br>All asserted claims | To the extent not covered by this Court's construction in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (Dkt. #108 at 15-22; Dkt. # 155), plain and ordinary meaning. | Indefinite. Protocols cannot be reprogrammable.<br><br>Defendants and Intervenors provide an alternative construction for this term based on what a reprogrammable communication protocol might be if such a protocol existed: "two or more communication protocols whose rules and formats can be changed through programming" | |
| "such that the memory space required to store said parameters is smaller than the memory space required to store said command code sets"<br><br>All asserted claims | To the extent not covered by this Court's construction in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (Dkt. #108 at 22-30; Dkt. # 155), plain and ordinary meaning. | Indefinite. | |
| "creating; create" | To the extent not covered by this Court's construction in | "[bringing / bring] into | |

| Term | Plaintiff's Construction | Defendants' and Intervenors' Construction | Court's Construction |
|---|---|---|---|
| All asserted claims | *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (Dkt. #108 at 15-22; Dkt. # 155; Dkt.# 250 at 8-9), plain and ordinary meaning. | existence" | |
| "generating; generated; generate"<br><br>All asserted claims | To the extent not covered by this Court's construction in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (Dkt. #108 at 15-22; Dkt. # 155; Dkt.# 250 at 8-9), plain and ordinary meaning. | "[bringing / brought / bring] into existence" | |
| "recreate"<br><br>All asserted claims | To the extent not covered by this Court's construction in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (Dkt. #108 at 22-30; Dkt. # 155), plain and ordinary meaning. | "bring something back into existence" | |
| "a desired command code set"<br><br>All asserted claims | To the extent not covered by this Court's construction in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (Dkt. #108 at 22-30; Dkt. # 155), plain and ordinary meaning. | "a different command code set than the command code set that defines the signals that are employed to communicate with each one of said external devices"<br><br>If this term is not given this meaning, it is indefinite for lacking antecedent basis. | |

| Term | Plaintiff's Construction | Defendants' and Intervenors' Construction | Court's Construction |
|---|---|---|---|
| | | | |
| "a microprocessor for generating . . ., said microprocessor creating . . ., a plurality of parameter sets retrieved by said microprocessor . . ., said microprocessor generating . . ."<br><br>All asserted claims | To the extent not covered by this Court's construction in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (Dkt. #108 at 15-30; Dkt. # 155; Dkt. # 250 at 8-9), plain and ordinary meaning. | "one or more microprocessors, each of which must perform the generating, creating, retrieving, and generating functions" | |
| "selector"<br><br>Claim 2 | To the extent not covered by this Court's construction in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (Dkt. #108 at 31-36; Dkt. # 155), plain and ordinary meaning. | "a multiplexer/demultiplexer" | |
| "said microprocessor generating a communication protocol in response to said user selection"<br><br>All asserted claims | To the extent not covered by this Court's construction in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (Dkt. #108 at 42-46; Dkt. # 155; Dkt. # 250 at 7-8), plain and ordinary meaning. | "said microprocessor generating a communication protocol different from the reprogrammable communication protocols"<br><br>If this term is not given this meaning, it is indefinite. | |
| "an infra-red frequency transceiver coupled to said microprocessor for | To the extent not covered by this Court's construction in *Salazar v. HTC Corp.*, 2:16- | "for each of the two or more external devices, the infra-red frequency transceiver must be | |

| Term | Plaintiff's Construction | Defendants' and Intervenors' Construction | Court's Construction |
|---|---|---|---|
| transmitting to said external devices and receiving from said external devices, in accordance with said communications protocols"<br><br>All asserted claims | cv-01096-JRG (Dkt. #108 at 31-36, 42-46; Dkt. # 155; Dkt. # 250 at 6-7), plain and ordinary meaning. | capable of both transmitting to that device and receiving from that device, in accordance with said communications protocols" | |
| "a radio frequency transceiver…in accordance with said communication protocols"<br><br>Claim 2 | To the extent not covered by this Court's construction in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (Dkt. #108 at 31-36, 42-46; Dkt. # 155; Dkt. # 250 at 6-7), plain and ordinary meaning. | "the radio frequency transceiver must transmit and receive signals in accordance with the same protocols as used by the infra-red frequency transceiver of claim 1" | |
| "a sound and data coupling device adapted to receive sound as data signals"<br><br>Claim 7 | To the extent not covered by this Court's construction in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (Dkt. #108 at 22-30; Dkt. # 155; Dkt. # 250 at 3-5), plain and ordinary meaning. | "a device adapted to receive sound as data signals, excluding voice" | |
| "configured to"<br><br>All asserted claims | To the extent not covered by this Court's construction in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (Dkt. #108 at 22-30; Dkt. # 155; Dkt. # 250 at 3-5), plain and ordinary meaning. | "a particularized arrangement of the memory device for a specific purpose" | |

| Term | Plaintiff's Construction | Defendants' and Intervenors' Construction | Court's Construction |
|------|--------------------------|-------------------------------------------|----------------------|
|      |                          |                                           |                      |
| "said communications protocols"<br><br>All asserted claims | Plain and ordinary meaning, as set out by this Court in *Salazar v. HTC Corp.*, 2:16-cv-01096-JRG (Dkt. # 108 at 42-45; Dkt. # 155; Dkt. # 250 at 7-8). | Indefinite. |  |