# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § | |
| *Plaintiff*, | § | |
| v. | § | |
| AT&T MOBILITY LLC, SPRINT UNITED MANAGEMENT COMPANY, T-MOBILE USA INC, CELLCO PARTNERSHIP, INC. D/B/A VERIZON WIRELESS, INC., | § | CIVIL ACTION NO.  2:20-CV-00004-JRG |
| *Defendants*. | § | |

## ORDER

The Court issues this Order *sua sponte*.  Before the Court is the Joint Claim Construction Chart Pursuant to Patent Rule 4-5(d) (the "Joint Claim Construction Chart").  (Dkt. No. 105.)  Having reviewed the Joint Claim Construction Chart, the Court notes that it fails to comply with the requirements laid out in P. R. 4-5(d).  Therefore, the Court **ORDERS** that the parties file a 4-5(d)-compliant chart by **5:00 pm central on Wednesday, July 22, 2020**.  The Court expects that the 4-5(d)-compliant chart will comply with all requirements, including "a column listing complete language of disputed claims with disputed terms in bold type" and accurate "claim number(s) where the disputed term(s) appears(s)."  P. R.  4-5(d)(1).

**So ORDERED and SIGNED this 21st day of July, 2020.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE