## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC,<br>SPRINT/UNITED MANAGEMENT<br>COMPANY, T-MOBILE USA, INC.,<br>AND CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS,<br><br>    Defendants<br><br>    and<br><br>HTC CORP., and HTC AMERICA, INC.,<br><br>    Intervenors. | Civil Action No. 2:20-cv-00004-JRG<br><br>JURY TRIAL DEMANDED |

**REVISED JOINT CLAIM CONSTRUCTION CHART**
**PURSUANT TO PATENT RULE 4-5(d)**

Pursuant to Patent Rule 4-5(d) and the Court's *sua sponte* Order dated July 21, 2020 (Dkt. No. 107), Plaintiff Joe Andrew Salazar ("Salazar") and Defendants AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless and Intervenors HTC Corporation and HTC America, Inc. hereby submit this revised Joint Claim Construction Chart. Attached hereto as Exhibit A is the revised Joint Claim Construction Chart that complies with all requirements of P.R. 4-5(d) and addresses the deficiencies identified in the Court's *sua sponte* Order.

Dated: July 22, 2020

Respectfully submitted,


*/s/Geoff Culbertson*
Kelly Tidwell
TX Bar No. 20020580
kbt@texarkanalaw.com
Geoffrey Culbertson
TX Bar No. 24045732
gpc@texarkanalaw.com
PATTON, TIDWELL & CULBERTSON, LLP
2800 Texas Boulevard
Texarkana, Texas 75503
Telephone: 903-792-7080
Telecopier: 903-792-8233

Dariush Keyhani
District of Columbia Bar No. 1031500
Frances H. Stephenson
New York registration No. 5206495
Keyhani LLC
1050 30th Street NW
Washington, DC 20007
T. 202.748.8950
F. 202.318.8958
dkeyhani@keyhanillc.com
fstephenson@keyhanillc.com

*Attorneys for Plaintiff*

By: */s/Fred Williams*
Fred I. Williams
Texas State Bar No. 00794855
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
512.543.1354
fwilliams@wsltrial.com

Todd E. Landis
Texas State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
512.543.1354
tlandis@wsltrial.com

John Wittenzellner

              Pennsylvania State Bar No. 308996
              WILLIAMS SIMONS & LANDIS PLLC
              1735 Market Street, Suite A #453
              Philadelphia, PA 19103
              512.543.1354
              johnw@wsltrial.com

              Harry Lee Gillam, Jr.
              State Bar No. 07921800
              gil@gillamsmithlaw.com
              GILLAM & SMITH, LLP
              303 South Washington Avenue
              Marshall, Texas 75670
              Tel:  903.934.8450
              Fax: 903.934.9257

              *Attorneys for Defendants and Intervenors*

## **CERTIFICATE OF SERVICE**

   I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 22nd day of July, 2020, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

              */s/ Fred I. Williams*
              Fred I. Williams