# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 2:20-cv-00004-JRG |
| AT&T MOBILITY LLC, SPRINT UNITED MANAGEMENT COMPANY, T-MOBILE USA INC, CELLCO PARTNERSHIP, INC. D/B/A VERIZON WIRELESS, INC., | § § § § § § | |
| *Defendants,* | § § | |
| HTC CORP. and HTC AMERICA, INC., | § § § | |
| *Intervenors.* | § § | |

## MINUTES FOR VIDEO MARKMAN HEARING
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### July 24, 2020

**OPEN: 9:02 a.m.**                                                          **ADJOURN: 11:43 a.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Dariush Keyhani<br>Frances Stephenson<br>Geoff Culbertson |
| ATTORNEYS FOR DEFENDANTS: | Fred Williams<br>Gil Gillam<br>Todd Eric Landis<br>John Wittenzellner |
| TECHNICAL ADVISOR: | Don Tiller |
| LAW CLERK: | Taylor Mauze |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:02 a.m. | Court opened.  Counsel announced ready for hearing. |
|  | The Court heard claim construction argument on a claim by claim basis.  Mr. Keyhani argued for Plaintiff.  Mr. Landis  and Mr. Wittenzellner argued for Defendants. |
| 10:42 a.m. | Recess. |
| 11:43 a.m. | The Court took the claim construction under submission.  Court adjourned. |