## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |
|---|---|
| JOE ANDREW SALAZAR, | |
|    Plaintiff, | |
|    v. | Civil Action No. 2:20-cv-4 |
| AT&T MOBILITY LLC, SPRINT/UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | DEMAND FOR JURY TRIAL |
|    Defendants | |
|    and | |
| HTC CORP., and HTC AMERICA, INC., | |
|    Intervenors. | |

**UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE CLAIM
CONSTRUCTION RECORD**

Plaintiff seeks leave to supplement the claim construction record with regard to *Convolve v. Compaq Computer Corp.*, 812 F.3d 1313 (Fed. Cir. 2016), which Defendants and Intervenors raised for the first time during the Court's July 24, 2020 *Markman* hearing.

Defendants and Intervenors are not opposed to this relief so long as they have the opportunity to file a responsive brief of equivalent length within 5 days.  In that event, Plaintiff would also request leave to file a short reply within 3 days.

1

Respectfully submitted,

/s/Geoff Culbertson
Geoffrey Culbertson
TX Bar No. 24045732
gpc@texarkanalaw.com
Kelly Tidwell
TX Bar No. 20020580
kbt@texarkanalaw.com
PATTON, TIDWELL &
CULBERTSON, LLP
2800 Texas Boulevard
Texarkana, Texas 75503
Telephone: 903-792-7080
Fax: 903-792-8233

Dariush Keyhani (Lead Attorney)
District of Columbia Bar No. 1031500
(*pro hac vice*)
Frances H. Stephenson
New York registration No. 5206495
(*pro hac vice*)
Keyhani LLC
1050 30th Street NW
Washington, DC 20007
Telephone: (202) 748-8950
Fax: (202) 318-8958
dkeyhani@keyhanillc.com
fstephenson@keyhanillc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with the Federal Rules of Civil Procedure. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, CMRRR on this 30th day of July, 2020.

*/s/Geoff Culbertson*
Geoffrey Culbertson