**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00004-JRG |
| AT&T MOBILITY LLC, SPRINT UNITED MANAGEMENT COMPANY, T-MOBILE USA INC, CELLCO PARTNERSHIP, INC. D/B/A VERIZON WIRELESS, INC., | § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court are the following:

- Unopposed Motion for Leave to Supplement the Claim Construction Record filed by Plaintiff Joe Andrew Salazar ("Salazar") (Dkt. No. 111);

- Unopposed Motion for Leave to File Concise Response to Plaintiff's Supplemental Claim Construction Brief filed by Defendants AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless (collectively, "Defendants") and Intervenors HTC Corporation and HTC America, Inc. (collectively, "Intervenors") (Dkt. No. 113); and

- Unopposed Motion for Leave to File Reply to Further Supplement the Claim Construction Record filed by Salazar (Dkt. No. 115)

(collectively, the "Motions"). Having considered the Motions and noting that they are unopposed, the Court is of the opinion that they should be and hereby are **GRANTED**. It is therefore **ORDERED** that the parties are permitted leave to file Plaintiff Joe Andrew Salazar's

Supplemental Claim Construction Brief (Dkt. No. 112); Defendants' and Intervenors' Response to Plaintiff's Supplemental Claim Construction Brief (Dkt. No. 114); and Plaintiff Joe Andrew Salazar's Reply to Defendants' and Intervenors' Supplemental Claim Construction Response (Dkt. No. 116), respectively.  No further sur-reply will be permitted without leave of Court.

**So ORDERED and SIGNED this 25th day of August, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE