IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>　Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, SPRINT/UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>　Defendants<br><br>and<br><br>HTC CORP., and HTC AMERICA, INC.,<br><br>　Intervenors. | Civil Action No. 2:20-cv-00004-JRG<br><br>JURY TRIAL DEMANDED |

**NOTICE OF CORRECTED CERTIFICATE OF CONFERENCE**

Plaintiff Joe Andrew Salazar provides notice of his Corrected Certificate of Conference related to his First Motion to Compel Document Production. (Dkt. 123). The required signatures were, in error, deleted during the editing process of Plaintiff's motion. A Corrected Certificate of Conference is attached hereto as Ex. A.

Date: September 4, 2020

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Geoffrey Culbertson*
　　　　　　　　　　　　　　　　　　　　Geoffrey Culbertson
　　　　　　　　　　　　　　　　　　　　TX Bar No. 24045732
　　　　　　　　　　　　　　　　　　　　gpc@texarkanalaw.com
　　　　　　　　　　　　　　　　　　　　Kelly Tidwell
　　　　　　　　　　　　　　　　　　　　TX Bar No. 20020580
　　　　　　　　　　　　　　　　　　　　kbt@texarkanalaw.com

        PATTON, TIDWELL & CULBERTSON, LLP
        2800 Texas Boulevard
        Texarkana, Texas 75503
        Telephone: 903-792-7080
        Telecopier: 903-792-8233

        Dariush Keyhani
        District of Columbia Bar No. 1031500
        Frances H. Stephenson
        New York registration No. 5206495
        Keyhani LLC
        1050 30th Street NW
        Washington, DC 20007
        T. 202.748.8950
        F. 202.318.8958
        dkeyhani@keyhanillc.com
        fstephenson@keyhanillc.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on September 4, 2020.

        */s/ Geoffrey Culbertson*
        Geoffrey Culbertson