# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR, <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY LLC, SPRINT/UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, <br><br> Defendants <br><br> and <br><br> HTC CORP., and HTC AMERICA, INC., <br><br> Intervenors. | Civil Action No. 2:20-cv-00004-JRG <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFF JOE ANDREW SALAZAR'S
SECOND MOTION TO COMPEL DOCUMENT PRODUCTION**

Having considered Plaintiff, Joe Andrew Salazar's First Motion to Compel Document Production the Court finds good cause to grant the motion. Accordingly, the motion is **GRANTED**.

**SO ORDERED**.