# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>　　Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC, SPRINT/UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>　　Defendants<br><br>　　and<br><br>HTC CORP., and HTC AMERICA, INC.<br><br>　　Intervenors. | CIVIL ACTION NO. 2:20-CV-00004-JRG<br><br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER GRANTING DEFENDANTS' AND INTERVENORS' MOTION TO COMPEL RESPONSES TO THEIR INTERROGATORIES AND REQUESTS FOR ADMISSION

Having considered the Defendants' and Intervenors' Motion to Compel Responses to Their Interrogatories and Requests for Admission, the Court finds good cause to grant the motion. The motion is **GRANTED**.

　　**IT IS SO ORDERED**.