**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>      *Plaintiff*,<br><br>    v.<br><br>AT&T MOBILITY LLC, SPRINT UNITED MANAGEMENT COMPANY, T-MOBILE USA INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, INC.,<br><br>      *Defendants,*<br><br>HTC CORP. and HTC AMERICA, INC.,<br><br>      *Intervenors.* | CIVIL ACTION NO. 2:20-cv-00004-JRG |

**ORDER**

    The Court previously appointed Mr. Donald Tiller as technical advisor in the above-captioned case, with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. Mr. Tiller's contact information has changed since his appointment to this case. Mr. Tiller's updated contact information is as follows:

    Donald Edward Tiller
    D. Tiller Law PLLC
    817-875-7052 (cell)
    817-928-4361 (office)
    2501 Parkview Drive, Suite 312
    Fort Worth, TX 76102
    FAX: 817-928-4346
    Email: don.tiller@dtillerlawpllc.com

The Court has received Mr. Tiller's invoice for services through September 18, 2020, in the amount of $25,515.00, and hereby **ORDERS** payment to be promptly made to Mr. Tiller within thirty (30) days of the issuance of this Order as follows:

    Plaintiff:     $ 12,757.50

    Defendants:  $ 12,757.50

    TOTAL:     $ 25,515.00

**So ORDERED and SIGNED this 22nd day of September, 2020.**

                                                                     RODNEY GILSTRAP
                                                                     UNITED STATES DISTRICT JUDGE