IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>   Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br>SPRINT/UNITED MANAGEMENT<br>COMPANY, T-MOBILE USA, INC.,<br>AND CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS,<br><br>  Defendants<br><br>  and<br><br>HTC CORP., and HTC AMERICA, INC.,<br><br>   Intervenors. | Civil Action No. 2:20-cv-00004-JRG<br><br>JURY TRIAL DEMANDED |

## **DECLARATION OF FRANCES H. STEPHENSON**

I, Frances H. Stephenson, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over twenty-one years of age and have personal knowledge of the following facts or access to information and/or records allowing me to confirm these facts.

2. I am an attorney in the law firm of Keyhani LLC and represent Plaintiff Joe Andrew Salazar.

3. I submit this declaration in support of Mr. Salazar's Reply in Support of his Motion for Partial Summary Judgment that 35 U.S.C. § 287(a) is not Applicable in this Case.

4. Attached hereto as Exhibit A is a true and correct copy of the Supplemental Expert Report of Roy A. Griffin III (March 30, 2018).

1

5. Attached hereto as Exhibit B is Plaintiff Joe Andrew Salazar's Answer and Reply to Defendant HTC Corporation's Amended Answer and Counterclaims, dated March 21, 2018 (*Salazar v. HTC Corp.*, 2:16-cv-1096-JRG-RSP (E.D. Tex.)).

6. Attached hereto as Exhibit C is a true and correct copy of excerpts from the Trial Transcript dated May 7, 2018 in the *Salazar v. HTC Corp.* case (2:16-cv-1096-JRG-RSP).

7. Attached hereto as Exhibit D is a true and correct copy of the Declaration of Andrew Wolfe, Ph.D. in Connection to HTC Corporation's Opposition to Salazar's Motion for Summary Judgment of Compliance With Marking Requirements Under 35 U.S.C. § 287(a), dated April 23, 2018.

Executed on: November 24, 2020                /s/ Frances H. Stephenson