# EXHIBIT G

51

1  BY MR. GILLAM:
2      Q.   Are you aware that HTC has intervened
3  in the case that you're involved with here, the
4  Salazar versus the carrier case?
5      A.   I understand that they are an
6  intervener, yes.
7      Q.   How, if at all, does that impact your
8  opinions in this case?
9      A.   I don't think there's been any
10 impact.
11     Q.   Mr. Giuffre --
12     A.   My analysis is my analysis.
13     Q.   I'm sorry.  I didn't mean to
14 interrupt you.
15          What did you say, sir?
16     A.   I said my analysis is my analysis.
17 Nothing HTC did, that I know of, had any impact
18 on that.
19     Q.   Have you read the '467 patent?
20     A.   In part.
21     Q.   What part have you read?
22     A.   Well, the first few pages.  I've read
23 the claims and the abstract.
24     Q.   How did you gain an understanding
25 from a technical standpoint of the '467 patent