IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>  Plaintiff,<br><br>v.<br><br>AT&T MOBILITY LLC,<br>SPRINT/UNITED MANAGEMENT<br>COMPANY, T-MOBILE USA, INC.,<br>AND CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS,<br><br>  Defendants<br><br>  and<br><br>HTC CORP., and HTC AMERICA, INC.,<br><br>  Intervenors. | Civil Action No. 2:20-cv-4<br><br>DEMAND FOR JURY TRIAL |

**JOINT MOTION FOR LEAVE TO AMEND
DOCKET CONTROL ORDER (Dkt. 125)**

Pursuant to the Court's November 20, 2020 Order (Dkt. 163), Plaintiff Joe Andrew Salazar ("Plaintiff" or "Salazar"), Defendants AT&T Mobility LLC ("AT&T Mobility"), Sprint United Management Company("Sprint"), T-Mobile USA Inc. ("T-Mobile"), and Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc. ("Verizon") (collectively, "Defendants") and Intervenors HTC Corporation and HTC America, Inc. (collectively, "Intervenors") jointly move the Court to amend its governing Docket Control Order (Dkt. 125) as reflected in the attached proposed order.

1

| | |
|---|---|
| Dated: December 9, 2020 | Respectfully submitted,<br><br>*/s/Geoff Culbertson*<br>Geoffrey Culbertson<br>TX Bar No. 24045732<br>gpc@texarkanalaw.com<br>Kelly Tidwell<br>TX Bar No. 20020580<br>kbt@texarkanalaw.com<br>PATTON, TIDWELL & CULBERTSON, LLP<br>2800 Texas Boulevard<br>Texarkana, Texas 75503<br>Telephone: 903-792-7080<br>Fax: 903-792-8233<br><br>Dariush Keyhani (Lead Attorney)<br>District of Columbia Bar No. 1031500<br>(*pro hac vice*)<br>Frances H. Stephenson<br>New York registration No. 5206495<br>(*pro hac vice*)<br>Keyhani LLC<br>1050 30th Street NW<br>Washington, DC 20007<br>Telephone: (202) 748-8950<br>Fax: (202) 318-8958<br>dkeyhani@keyhanillc.com<br>fstephenson@keyhanillc.com<br><br>*Attorneys for Plaintiff* |

/s/Fred Williams
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
Todd E. Landis
Texas State Bar No. 24030226
Jonathan L. Hardt
Texas State Bar No. 24039906
WILLIAMS SIMONS & LANDIS PLLC
327 Congress Ave., Suite 490
Austin, TX 78701
Tel: 512.543.1354
fwilliams@wsltrial.com
msimons@wsltrial.com
tlandis@wsltrial.com
jhardt@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512.543.1354
johnw@wsltrial.com

Harry Lee Gillam, Jr.
State Bar No. 07921800
gil@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: 903.934.8450
Fax: 903.934.9257

*Attorneys for Defendant and Intervenors*

# CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with the Federal Rules of Civil Procedure. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, CMRRR on this 9th day of December, 2020.

/s/Geoff Culbertson
Geoffrey Culbertson

## **CERTIFICATE OF CONFERENCE**

      I certify that counsel has complied with the requirements of Local Rule CV-7(h). Specifically, counsel for all parties conferred on December 4, 2020 and agreed to the deadlines in the attached proposed docket control order.

                                                */s/Geoffrey Culbertson*
                                                Geoffrey Culbertson