# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR, § § § *Plaintiff*, § § v. § § AT&T MOBILITY LLC, SPRINT § UNITED MANAGEMENT COMPANY, § T-MOBILE USA INC, CELLCO § PARTNERSHIP, INC. D/B/A VERIZON § WIRELESS, INC., § § *Defendants*. § | CIVIL ACTION NO. 2:20-CV-00004-JRG |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendants' and Intervenors' Motion to Exclude Certain Testimony of Mr. Dennis M. Guiffre (the "Motion"). (Dkt. No. 153.) Having considered the Motion and noting that it is unopposed, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that the time for Plaintiff Joe Andrew Salazar to respond to Defendants' and Intervenors' Motion to Exclude Certain Testimony of Mr. Dennis M. Guiffre (Dkt. No. 147) is **EXTENDED**, and Plaintiff's Response (Dkt. No. 164) is deemed timely filed.

**So ORDERED and SIGNED this 4th day of February, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE