IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR,<br><br>  Plaintiff,<br><br>  v.<br><br>AT&T MOBILITY LLC, SPRINT/UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>  Defendants<br><br>  and<br><br>HTC CORP., and HTC AMERICA, INC.,<br><br>  Intervenors. | Civil Action No. 2:20-cv-00004-JRG<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF JOE ANDREW SALAZAR'S NOTICE OF REQUEST FOR DAILY TRANSCRIPTS OF COURT PROCEEDINGS**

    Pursuant to the Amended Docket Control Order (Dkt. 184), Plaintiff, Joe Andrew Salazar, requests daily transcripts and a Realtime feed of the Court proceedings for trial. Plaintiff further provides notice that counsel has emailed the Court Reporter, Ms. Shelly Holmes at shelly_holmes@txed.uscourts.gov, with this request.

    Respectfully submitted,

    */s/Geoff Culbertson*
    Kelly Tidwell
    TX Bar No. 20020580
    kbt@texarkanalaw.com
    Geoffrey Culbertson
    TX Bar No. 24045732
    gpc@texarkanalaw.com
    PATTON, TIDWELL & CULBERTSON, LLP
    2800 Texas Boulevard
    Texarkana, Texas 75503
    T. 903-792-7080
    T. 903-792-8233

        Dariush Keyhani
        District of Columbia Bar No. 1031500
        Frances H. Stephenson
        New York registration No. 5206495
        Keyhani LLC
        1050 30th Street NW
        Washington, DC 20007
        T. 202.748.8950
        F. 202.318.8958
        dkeyhani@keyhanillc.com
        fstephenson@keyhanillc.com

**Attorneys for Plaintiff, Joe Andrew Salazar**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with the Federal Rules of Civil Procedure. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, CMRRR on this 26th day of February, 2021.

        */s/Geoffrey Culbertson*
        Geoffrey Culbertson