# EXHIBIT B

## Exhibit B

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and the Amended Docket Control Order, Defendants AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless ("Defendants") and Intervenors HTC Corporation and HTC America, Inc. ("Intervenors") hereby submit their updated trial witness list under Federal Rule of Civil Procedure 26(a)(3)(A). Defendants and Intervenors makes no representation that each of the witnesses in this identification will ultimately be able to attend the trial. Defendants and Intervenors do not know the precise nature or scope of the testimony and evidence that Plaintiff may seek to present at trial or which witnesses will be available to testify at trial. As such, Defendants and Intervenors reserve the right to modify, amend or supplement this identification throughout the balance of this case based on case developments, including but not limited to the right to (1) not call certain of the listed witnesses, (2) call live or by deposition as its witness at trial any witnesses necessary to authenticate or lay the foundation for the introduction of documents to which Plaintiff objects (including but not limited to custodians of records or authors of prior art). Defendants and Intervenors also reserve the right to supplement or modify this rebuttal in response to rulings by the Court (including on any motions). Defendants and Intervenors identify herein individuals who may be listed on Plaintiff's witness list without prejudice to Defendants' and Intervenors' right to object to Plaintiff's presentation of those witnesses at trial, to the admissibility of all or part of those witnesses' testimony, or Defendants' and Intervenors' right to move for the exclusion of those witnesses' testimony. Subject to the foregoing, Defendants and Intervenors identify the following rebuttal witnesses for trial at this time:

I. **Defendants' and Intervenor's Witnesses**

| Witness | Designation | | |
|---|---|---|---|
| | Will Call | May Call | May, But Probably Will Not Call |
| Andrew Wolfe | X (live) | | |
| Christopher Bakewell | X (live) | | |
| Julia Rowe | | X (live) | |
| Hsiu Fen Lai | | X (live) | |
| Tung Shan Wei | | X (live) | |
| Ho Chia Chu | | X (live) | |
| AT&T Mobility LLC Representative | | X (live) | |
| Sprint/United Management Company Representative | | X (live) | |
| T-Mobile USA, Inc. Representative | | X (live) | |
| Cellco Partnership d/b/a Verizon Wireless Representative | | X (live) | |
| HTC Corp. Representative | | X (live) | |
| HTC America, Inc. Representative | | X (live) | |

II. **Salazar's Witnesses**

| Witness | Designation | | |
|---|---|---|---|
| | Will Call | May Call | May, But Probably Will Not Call |
| Joe Andrew Salazar | | X (live or via deposition) | |
| Dennis M. Giuffre | | X (live or via deposition) | |

| | | | |
|---|---|---|---|
| Oded Gottesman | | X (live or via deposition) | |

### III.    Third-Party Witnesses

| | Designation | | |
|---|---|---|---|
| **Witness** | **Will Call** | **May Call** | **May, But Probably Will Not Call** |
| Robert L. Meyers | | X (live or via deposition) | |
| Sivasubramanian Muthukumarasamy | | X (live or via deposition) | |
| Roy A. Griffin, III | | X (via deposition or trial testimony) | |