# EXHIBIT D

**EXHIBIT D**
**PLAINTIFF JOE ANDREW SALAZAR'S TRIAL EXHIBIT LIST**

| **Presiding Judge:** | **Plaintiff's Attorney** | **Court Reporter:** | | | | |
|---|---|---|---|---|---|---|
| Hon. Rodney Gilstrap | Patton, Tidwell & Culbertson, LLP | | | | | |
| **Trial Date(s)** | **Defendants' Attorney** | **Court Deputy:** | | | | |
| | Williams Simons & Landis, PLLC | | | | | |
| | Gillam & Smith LLP | | | | | |
| **PX No.** | **Date Offered** | **Marked** | **Admitted** | **Exhibit Description** | **Beginning Bates No.** | **Ending Bates No.** | **Conf.** | **Objections** |
|---|---|---|---|---|---|---|---|---|
| 001 | | | | U.S. Patent No. 5,802,467 | | | | |
| 002 | | | | The prosecution history of the application that resulted in '467 Patent | | | | |
| 003 | | | | Notice of Allowability re the patent application for '467 (February 17, 1998) (part of the prosecution history of the '467) | | | | 403, DUP (#2) |
| 004 | | | | Election/Restriction re application for the '467 Patent (April 27, 1997) (part of the application of the '467 Patent) | | | | 403, DUP (#2) |
| 005 | | | | Contract between Joe Andrew Salazar and Luis Molero Castro (SALAZARCONFIDENTIAL-596 to 598) | | | C | |
| 006 | | | | Schematic Diagrams (SALAZARCONFIDENTIAL- 845 to 847) | | | C | 401/402, 403, 801/802, 901 |
| 007 | | | | Bill of Materials (SALAZAR-CONFIDENTIAL-848 to 851) | | | C | 401/402, 403, 801/802, 901 |

2

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 008 | | | | Asset Assignment and Debt Satisfaction Agreement between Innovative Intelcom Industries and Joe Andrew Salazar (SALAZAR-559) | | | | |
| 009 | | | | Miscellaneous information relating to work done relating to the invention disclosed in the '467 Patent (SALAZAR- CONFIDENTIAL-578-616) | SALAZAR-CONFIDENTIAL-578 | SALAZAR-CONFIDENTIAL-578 | C | 401/402, 403, 801/802, 901, 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| | | | | | SALAZAR-CONFIDENTIAL-579 | SALAZAR-CONFIDENTIAL-579 | C | 401/402, 403, 801/802, 901, 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| | | | | | SALAZAR-CONFIDENTIAL-580 | SALAZAR-CONFIDENTIAL-583 | C | 401/402, 403, 801/802, 901, 901/1006 (improper compilation, exhibit contains multiple individual documents) |

3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | SALAZAR-CONFIDENTIAL-584 | SALAZAR-CONFIDENTIAL-586 | C | 401/402, 403, 801/802, 901, 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| | | | | | SALAZAR-CONFIDENTIAL-587 | SALAZAR-CONFIDENTIAL-595 | C | 401/402, 403, 801/802, 901, 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| | | | | | SALAZAR-CONFIDENTIAL-596 | SALAZAR-CONFIDENTIAL-598 | C | 401/402, 403, 801/802, 901, 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| | | | | | SALAZAR-CONFIDENTIAL-599 | SALAZAR-CONFIDENTIAL-602 | C | 401/402, 403, 801/802, 901, 901/1006 (improper |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | compilation, exhibit contains multiple individual documents) |
| | | | | | SALAZAR-CONFIDENTIAL-603 | SALAZAR-CONFIDENTIAL-603 | C | 401/402, 403, 801/802, 901, 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| | | | | | SALAZAR-CONFIDENTIAL-604 | SALAZAR-CONFIDENTIAL-609 | C | 401/402, 403, 801/802, 901, 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| | | | | | SALAZAR-CONFIDENTIAL-610 | SALAZAR-CONFIDENTIAL-610 | C | 401/402, 403, 801/802, 901, 901/1006 (improper compilation, exhibit contains multiple |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | individual documents) |
| | | | | | SALAZAR-CONFIDENTIAL-611 | SALAZAR-CONFIDENTIAL-616 | C | | 401/402, 403, 801/802, 901, 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| 010 | | | | Technical Information (SALAZARCONFIDENTIAL 617-852) | SALAZAR-CONFIDENTIAL-617 | SALAZAR-CONFIDENTIAL-617 | C | | 401/402, 403, 801/802, 901, DUP (#6, 7), 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| | | | | | SALAZAR-CONFIDENTIAL-618 | SALAZAR-CONFIDENTIAL-844 | C | | 401/402, 403, 801/802, 901, DUP (#6, 7), 901/1006 (improper compilation, exhibit contains multiple |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | individual documents) |
| | | | | | SALAZAR-CONFIDENTIAL-845 | SALAZAR-CONFIDENTIAL-847 | C | 401/402, 403, 801/802, 901, DUP (#6, 7), 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| | | | | | SALAZAR-CONFIDENTIAL-848 | SALAZAR-CONFIDENTIAL-852 | C | 401/402, 403, 801/802, 901, DUP (#6, 7), 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| 011 | | | | Technical Files (SALAZAR-853 zip file) | | | | 401/402, 403, 801/802, 901 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 012 | | | | HTC Spreadsheet (HTC036724) | | | | | 403 (except columns A-J) |
| 013 | | | | HTC Corporation's Master Purchase Agreement with AT&T Mobility with all amendments (HTC038818-038973) | HTC038818 | HTC038973 | C | |
| 014 | | | | HTC Corporation Master Purchase Agreement with Verizon Wireless with all amendments (HTC039062-039139) | HTC039062 | HTC039907 | C | 106 (include entire document) |
| 015 | | | | Distribution Agreement between HTC Corporation and HTC America, Inc. (HTC037528-037547) | | | | |
| 016 | | | | HTC One M7 phone | | | | NP, 401/402, 403, 901 |
| 017 | | | | HTC One M8 phone (Android) | | | | NP, 401/402, 403, 901 |
| 018 | | | | HTC One M8 phone (Windows) | | | | NP, 401/402, 403, 901, SM (striking One M8 for Windows) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 019 | | | | HTC One M9 phone | | | | NP, 401/402, 403, 901 |
| 020 | | | | U.S. Patent No. 6,970,917 | | | | |
| 021 | | | | U.S. Patent No. 7,343,408 | | | | NP, 401/402, 403, 801/802, 901 |
| 022 | | | | Expert Report of Dr. Oded Gottesman | | | | 403, 801/802, 805 |
| 023 | | | | http://www.htc.com/us/smartphones/ht c-one-m7/ | | | | 901, 1002, NP |
| 024 | | | | http://www.windowscentral.com/htcone-m8 | | | | 703, 801/802, 901, 1002, NP, SM (striking One M8 for Windows) |
| 025 | | | | https://www.sprint.com/content/dam/sprint/commerce/devices/htc/htc _one_m9/documents/htc-one-m9-user-guide.pdf, p. 29-31 | | | | 901, 1002, NP |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 026 | | | | https://web.archive.org/web/202002220 01534/https://support.sprint.c om/support/article/FAQs-about-PeelSmart-Remote-on-your-HTC-OneM9/WFAQ_542_GKB85318dvc8870002p rd | | | | 703, 801/802, 805, 901, 1002, NP |
| 027 | | | | https://www.verizonwireless.com/supp ort/knowledge-base-154213/ | | | | 901, 1002, NP |
| 028 | | | | https://www.androidheadlines.com/201 5/03/peel-smart-remote-preloaded-htcone-m9-samsung-galaxy-s6-s6edge.html | | | | 703, 801/802, 805, 901, 1002, NP |
| 029 | | | | https://support.sprint.com/support/articl e/FAQs-about-Peel-Smart-Remote-onyour-HTC-One-M9/WFAQ_542_GKB85318dvc8870002prd | | | | 901, 1002, NP |
| 030 | | | | https://www.qualcomm.com/products/s napdragon-processors-800 | | | | 801/802, 805, 901, 1002, NP |
| 031 | | | | https://www.electronicproducts.com/w hy-the-qualcomm-snapdragon-is-nolonger-a-processor-but-a-platform/# | | | | 703, 801/802, 805, 901, 1002, NP |
| 032 | | | | https://ieeexplore.ieee.org/document/54 6563/citations#citations | | | | 703, 801/802, 805, 901, 1002, NP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 033 | | | | https://science.jrank.org/programming/Microprocessors.html | | | 703, 801/802, 805, 901, 1002, NP |
| 034 | | | | https://en.wikipedia.org/wiki/Bluetooth | | | 403, 703, 801/802, 805, 901, 1002, NP |
| 035 | | | | https://en.wikipedia.org/wiki/List_of_Bluetooth_profiles | | | 403, 703, 801/802, 805, 901, 1002, NP |
| 036 | | | | http://www.radio-electronics.com/info/wireless/bluetooth/profiles.php | | | 403, 703, 801/802, 805, 901, 1002, NP |
| 037 | | | | https://www.bluetooth.com/specifications/bluetooth-core-specification | | | 801/802, 805, 901, 1002, NP |
| 038 | | | | https://www.bluetooth.com/specifications/profiles-overview | | | 801/802, 805, 901, 1002, NP |
| 039 | | | | https://www.bluetooth.com/specifications/gatt | | | 801/802, 805, 901, 1002, NP |
| 040 | | | | https://developer.android.com/guide/topics/connectivity/bluetooth.html | | | 703, 801/802, 805, 901, 1002, NP |

| 041 | | | | https://developer.android.com/guide/to pics/connectivity/bluetooth-le.html | | | | 703, 801/802, 805, 901, 1002, NP |
|---|---|---|---|---|---|---|---|---|
| 042 | | | | http://www.radio-electronics.com/info/wireless/wifi/ieee-802-11g.php | | | | 403, 703, 801/802, 805, 901, 1002, NP |
| 043 | | | | https://en.wikipedia.org/wiki/Nearfield_comm unication | | | | 403, 703, 801/802, 805, 901, 1002, NP |
| 044 | | | | https://www.cultofandroid.com/42305/ smart-ir-remote-converts-galaxy-s4htc-one-into-universal-remote/ | | | | 403, 703, 801/802, 805, 901, 1002, NP |
| 045 | | | | https://www.talkandroid.com/guides/ht c-one-guides/how-to-set-up-and-use- htc-tv-and-the-ir-blaster-on-the-htcone/ | | | | 403, 703, 801/802, 805, 901, 1002, NP |
| 046 | | | | https://www.cnet.com/how-to/how-touse-the-htc-one-to-control-your-tv/ | | | | 403, 703, 801/802, 805, 901, 1002, NP |
| 047 | | | | https://web.archive.org/web/201304181 25126/http://blog.htc.com/20 13/04/introducing-sense-tv/ | | | | 703, 801/802, 805, 901, NP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 048 | | | | http://files.customersaas.com/files/HTC _One_M8_User_manual.pdf | | | 703, 801/802, 805, 901, NP |
| 049 | | | | Https://www.att.com/support_static_fil es/manuals/HTC_One.pdf p. 21-24, 92 – 94, 97-98 | | | 106, 901, 1002, NP |
| 050 | | | | https://tasmota.github.io/docs/Codesfor-IR-Remotes/ | | | 401/402, 403, 703, 801/802, 805, 901, 1002, NP |
| 051 | | | | https://web.archive.org/web/201304181 25126/http:/blog.htc.com/201 3/04/introducing-sense-tv/ | | | 703, 801/802, 805, 901, 1002, NP |
| 052 | | | | https://www.ikream.com/2013/02/htcis-bringing-back-ir-to-fashion-with-itsnew-one-17273 | | | 403, 703, 801/802, 805, 901, 1002, NP |
| 053 | | | | https://web.archive.org/web/201705011 03806/http://www.htc.com/us /support/htc-one/howto/598049.html | | | 703, 801/802, 805, 901, 1002, NP |
| 054 | | | | https://en.wikipedia.org/wiki/Digital_L iving_Network_Alliance | | | 403, 703, 801/802, 805, 901, 1002, NP |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 055 | | | | https://wikileaks.org/sony/docs/07/Documents/@Deals/DirecTV/4k/RVU/DLNA%20Guidelines%20March%20201 4%20-%20Part%205%20Device%20Profiles.pdf | | | | 403, 703, 801/802, 805, 901, 1002, NP |
| 056 | | | | https://spirespark.com/dlna/guidelines/ | | | | 106, 703, 801/802, 901, 1002, NP |
| 057 | | | | http://cdn.billiger.com/dynimg/82z1ImlrhgSX90aFpmTDmHt4H9rycHjeBa9LTdXG2DAPXrYY8Gy9d4eE hubQCN0j7-7J9kkX6j7oE8jYFJykrc/Bedienungsanleitung.pdf | | | | 106, 401/402, 403, 703, 801/802, 901, 1002, NP (URL is inaccessible) |
| 058 | | | | https://www.youtube.com/watch?v=Z5EuTE_Qi4Q | | | | 703, 801/802, 805, 901, 1002, 901/1006 (improper compilation, exhibit contains multiple individual documents), NP |
| 059 | | | | http://dl4.htc.com/web_materials/Manual/HTC_Media_Link_HD/HTC_MediaLinkHD_ReadMeFirst.pdf?_g a=2.19 6855788.1189088617.1510802323-238579444.1506917980 | | | | 703, 801/802, 901, 1002, NP |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 060 | | | | http://cdn.billiger.com/dynimg/82z1Iml rhgSX90aFpmTDmHt4H9ryc HjeBa9LTdXG2DAPXrYY8Gy9d4eE_hubQ_C N0j7- 7J9kkX6j7oE8jYFJykrc/Bedienungsanl eitung.pdf | | | | 106, 401/402, 403, 703, 801/802, 901, 1002, NP (URL is inaccessible), DUP (#057) |
| 061 | | | | http://dl4.htc.com/web_materials/Manu al/HTC_Media_Link_HD/HT C_MediaLinkHD_ReadMeFirst.pdf?_g a=2.1 9 | | | | 703, 801/802, 901, 1002, NP, DUP (#059) |
| 062 | | | | https://www.htc.com/us/go/buy-nowhtc-one-m8/ | | | | 401/402, 403, 901, 1002, NP |
| 063 | | | | https://www.htc.com/us/smartphones/ht c-one-m9/buy-b/ | | | | 401/402, 403, 901, 1002, NP |
| 064 | | | | https://www.htcdev.com/devcenter/ope nsense-sdk/htc-ir-api | | | | 901, 1002, NP |
| 065 | | | | https://www.twd.cc/V5485 | | | | 106, 401/402, 403, 703, 801/802, 901, 1002, NP (URL is inaccessible) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 066 | | | | https://web.archive.org/web/201810231 01427/http://blog.htc.com/20 13/02/calling-all-ir-apps/ | | | | 703, 801/802, 805, 901, 1002, NP |
| 067 | | | | https://www.htcdev.com/devcenter/ope nsense-sdk/htc-ir-api/htc-ir-api-andandroid-4.4/ | | | | 901, 1002, NP |
| 068 | | | | https://www.htcdev.com/devcenter/ope nsense-sdk/legacy-apis/htc-ir-api/ | | | | 901, 1002, NP |
| 069 | | | | HtcIrData.html from the HTC sdk/api file: addon- htc_opensense_ir_api.zip | | | | 703, 801/802, 901, 1002, NP |
| 070 | | | | https://www.htc.com/us/smartphones/ | | | | 901, 1002, NP |
| 071 | | | | https://www.apple.com/iphone/ | | | | 401/402, 403, 801/802, 805, 901, 1002, NP |
| 072 | | | | https://www.t- mobile.com/cellphones?src=spr&rdpage=en% 2Fshop% 2Fcell-phones&INTNA V=PDP:BackLink:BrowseAllPhones | | | | 901, 1002, NP |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 073 | | | | https://www.verizon.com/smartphones/ ?cmp=KNC-C-HQ-NON-R-BPNONE-NONE-2K0PX0-PX-GAW-71700000070581478&gclsrc=aw.ds&d s_rl=1275402&gclid=EAIaIQ obChMI7uDgtfeW7AIVSuWzCh2S6Q WoEA AYASAAEgIyofD BwE | | | | 901, 1002, NP |
| 074 | | | | https://www.att.com/buy/wireless/devic es | | | | 901, 1002, NP |
| 075 | | | | https://developer.android.com/guide/to pics/ui/index.html | | | | 703, 801/802, 901, 1002, NP |
| 076 | | | | http://www.windowscentral.com/htcsense-tv-app-htc-one-updated-remotelearning-function | | | | 703, 801/802, 901, 1002, 1002, NP, SM (striking One M8 for Windows) |
| 077 | | | | https://optoelectronics.liteon.com/uploa d/download/DS50-2002-011/LTE-C9301%20DATA%20SHEET.pdf | | | | 801/802, 901, 1002, NP |
| 078 | | | | https://web.archive.org/web/201712080 72341/http://www.htc.com/us /support/htc-onem8/howto/465023.html | | | | 703, 801/802, 805, 901, 1002, NP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 079 | | | | https://web.archive.org/web/201803211<br>60808/https://www.htc.com/u<br>s/accessories/htc-media-link-hd/ | | | 703, 801/802,<br>805,<br>901, 1002, NP |
| 080 | | | | https://htc.com/us/support/apps/htcconnect/stre<br>aming-music-to-allplayspeakers.html | | | 901, 1002, NP |
| 081 | | | | https://en.wikipedia.org/wiki/List_of_B<br>luetooth_profiles#Audio.2FVi | | | 403, 703,<br>801/802,<br>805, 901, 1002,<br>NP |
| 082 | | | | https://www.bluetooth.org/docman/han<br>dlers/DownloadDoc.ashx?doc_id=309020 | | | 801/802, 901,<br>1002<br>NP |
| 083 | | | | https://developer.android.com/referenc<br>e/android/net/wifi/WifiManage r.html | | | 703, 801/802,<br>901,<br>1002, NP |
| 084 | | | | https://www.maximintegrated.com/en/p<br>roducts/microcontrollers/MA XQ614.html | | | 801/802, 901,<br>1002,<br>NP |
| 085 | | | | https://www.broadcom.com/products/w<br>ireless/wireless-laninfrastructure/bcm4335 | | | 801/802, 901,<br>1002,<br>NP |
| 086 | | | | https://developer.qualcomm.com/qfile/<br>35297/lm80- p0436-<br>70_b_wcn3680bwcn3660b_devicespec<br>ification.pdf | | | 801/802, 901,<br>1002,<br>NP |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 087 | | | | https://www.techinsights.com/products/ sar-1310-902 | | | | 801/802, 901, 1002, NP |
| 088 | | | | https://www.techinsights.com/products/ car-1408-901 | | | | 801/802, 901, 1002, NP |
| 089 | | | | https://www.qualcomm.com/news/releases/2013/11/20/qualcomm technologies-announces-fourthgeneration-3glte-multimode-modem- | | | | 801/802, 901, 1002, NP |
| 090 | | | | https://www.qualcomm.com/media/documents/files/next-generation qualcomm-rf360-front-end-solutionproduct-brief.pdf | | | | 801/802, 901, 1002, NP |
| 091 | | | | https://web.archive.org/web/201711052 10453/http://www.htc.com/us /support/htc-onem8/howto/464883.html | | | | 703, 801/802, 805, 901, 1002, NP |
| 092 | | | | https://web.archive.org/web/201706021 54748/http://www.htc.com/us /support/htc-one/howto/365683.html | | | | 703, 801/802, 805, 901, 1002, NP |
| 093 | | | | https://support.t-mobile.com/docs/DOC-10357 | | | | 901, 1002, NP |
| 094 | | | | https://www.htc.com/us/support/htcone-m9/howto/603875.html | | | | 901, 1002, NP |

| 095 | | | | https://www.tmobile.com/support/devices/android/ht c-one-m8/voice-commands-htc-one-m8 | | | | 901, 1002, NP |
| 096 | | | | https://www.htc.com/uk/support/htcone-m8s/howto/626271.html | | | | 401/402, 403, 901, 1002, NP |
| 097 | | | | https://www.tmobile.com/support/devices/android/ht c-one-lte-m7/voice-commands-htc-one-m7 | | | | 401/402, 403, 901, 1002, NP |
| 098 | | | | https://developer.qualcomm.com/download/sd600/wcd9311-audio-codecdevice-specification.pdf | | | | 703, 801/802, 901, 1002, NP |
| 099 | | | | https://www.htc.com/meaen/support/htc-onem9/howto/601550.html | | | | 901, 1002, NP |
| 100 | | | | https://www.youtube.com/watch?v=nlb CkYM_rmk&feature=youtu.b e | | | | 703, 801/802, 805, 901, 1002, 901/1006 (improper compilation, exhibit contains multiple individual documents), NP |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 101 | | | | https://www.cnet.com/how-to/gettingto- know-motion-launch-on-the-htcone-m8/ | | | | 403, 703, 801/802, 805, 901, 1002, NP |
| 102 | | | | https://www.att.com/device-support/article/wireless/KM1313341/HTC/OneM80P6B120 | | | | 901, 1002, NP |
| 103 | | | | https://www.htc.com/meaen/support/htc-onem9/howto/601625.html | | | | 901, 1002, NP |
| 104 | | | | http://www.androidbeat.com/2014/02/h eres-can-measure-heart-rate-galaxy-s4s3-htc-one-lg-g2-phones | | | | 703, 801/802, 805, 901, 1002, NP |
| 105 | | | | https://www.cnet.com/news/htc-joinsforces-with-under-armour-for-hightech-fitness/ | | | | 703, 801/802, 805, 901, 1002, NP |
| 106 | | | | https://www.youtube.com/watch?v=rx TH6cwdngw | | | | 703, 801/802, 805, 901, 1002, 901/1006 (improper compilation, exhibit contains multiple individual documents), NP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 107 | | | | https://techcrunch.com/2015/03/01/htcgrip/ | | | 703, 801/802, 805, 901, 1002, NP |
| 108 | | | | https://www.youtube.com/watch?v=Oi 1c_TwUGTs&feature=youtu.b e | | | 703, 801/802, 805, 901, 1002, 901/1006 (improper compilation, exhibit contains multiple individual documents), NP |
| 109 | | | | https://www.technobezz.com/how-toenable-flip-to-mute-feature-on-htc-onem9/ | | | 703, 801/802, 805, 901, 1002, NP |
| 110 | | | | https://visihow.com/Enable_or_Disable _Flip_to_Mute_on_HTC_One__M8 | | | 703, 801/802, 805, 901, 1002, NP |
| 111 | | | | https://www.google.com/amp/s/forums. androidcentral.com/askquestion/706819-htc-one-m7-ringtonemuted-if- phone-pocket.html?amp | | | 703, 801/802, 805, 901, 1002, NP |
| 112 | | | | HTC000279 (HTC One quick start guide AT&T) | HTC000279 | HTC000280 | 106 (include HTC00280), 1002, NP |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 113 | | | | HTC000394 (HTC One start guide TMobile) | | | 1002, NP |
| 114 | | | | HTC002534-HTC002536 (HTC One M9 User Guide – Sprint) | HTC002490 | HTC002796 | 106, 1002, NP |
| 115 | | | | HTC003752 (Your HTC One user guide) | HTC003734 | HTC003914 | 106, 1002, NP |
| 116 | | | | HTC003823-HTC003827 (Your HTC One user guide) | HTC003734 | HTC003914 | 106, 1002, NP, DUP (#115) |
| 117 | | | | HTC004173-HTC004174 (Your HTC One user guide) | HTC004154 | HTC004339 | 106, 1002, NP |
| 118 | | | | HTC004361-HTC004362 (Your HTC One user guide) | HTC004342 | HTC004526 | 106, 1002, NP |
| 119 | | | | HTC004557 (HTC One Verizon user guide) | HTC004529 | HTC004820 | 106, 1002, NP |
| 120 | | | | HTC004679 (HTC One Verizon user guide) | HTC004529 | HTC004820 | 106, 1002, NP, DUP (#119) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 121 | | | | HTC004684-HTC004686 (HTC One Verizon user guide) | HTC004529 | HTC004820 | | 106, 1002, NP. DUP (#119) |
| 122 | | | | HTC027774 (HTC Corp. product requirement) | HTC027773 | HTC027774 | C | 106 (include HTC027773) |
| 123 | | | | PTI_SC_005 to PTI_SC_010 (Peel source code) | | | C | 801/802, 901/1006 |
| 124 | | | | PTI_SC_069 to PTI_SC_072 (Peel source code) | | | C | 801/802, 901/1006 |
| 125 | | | | HTC-SC00160 to HTC-SC00293 (HTC source code) | | | C | 106, 1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) |
| 126 | | | | PTI_SC_053 to PTI_SC_063 (Peel source code) | | | C | 801/802, 901/1006 |
| 127 | | | | HTC027756 (HTC Corp. feature sheet, July 31, 2014) | HTC027752 | HTC027758 | | 106 (include entire document: HTC027752-27758); 901/1006 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | (improper compilation, exhibit contains multiple individual documents) |
| 128 | | | | HTC029084 (HTC Corp. feature sheet, August 19, 2014) | HTC029080 | HTC029087 | | | 106 (include entire document: HTC029080-29087); 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| 129 | | | | HTC- SC00302 : HTC-SC00314 (HTC source code) | | | | C | 106, 1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) |
| 130 | | | | HTC-SC005 : HTC-SC0066 (HTC source code) | | | | C | 106, 1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 131 | | | | HTC-SC001 : HTC-SC004 (HTC source code) | | | | C | 106, 1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) |
| 132 | | | | HTC-SC00160 : HTC-SC00293 (HTC source code) | | | | C | 106, 1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) |
| 133 | | | | HTC- SC00115 : HTC-SC00123 (HTC source code) | | | | C | 106, 1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) |
| 134 | | | | HTC- SC0067 : HTC-SC00314 (HTC source code) | | | | C | 106, 1006/ Protective Order (improper compilation, exhibit contains multiple |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | individual documents) |
| 135 | | | | Salazar000901-965 (Salazar Personal Documents) | | | | 401/402, 403, 801/802, 901, 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| 136 | | | | PTI_SC_064 to PTI_SC_068 (Peel source code) | | | C | 801/802, 901/1006 |
| 137 | | | | PTI_SC_073 to PTI_SC_077 (Peel source code) | | | C | 801/802, 901/1006 |
| 138 | | | | PTI_SC_089 to PTI_SC_093 (Peel source code) | | | C | 801/802, 901/1006 |
| 139 | | | | HTC024869 (0P6B120 DVT Block Diagram) | | | C | 106 (include entire document: HTC024869-HTC024933) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 140 | | | | HTC026869 (WET #WLA01 Logic Spec.) | | | C | 106 (include entire document: HTC026864-26904); 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| 141 | | | | HTC027441 (WET #A01 Block Diagram) | | | C | 106 (include HTC027453); |
| 142 | | | | HTC038817 (HIA#UHL Block Diagram) | | | C | 106, 1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) |
| 143 | | | | HTC-SC0096 to HTC-SC00109 (HTC source code) | | | C | 106, 1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 144 | | | | PTI_SC_001 to PTI_SC_004 (Peel source code) | | | C | 801/802, 901/1006 |
| 145 | | | | PTI_SC_011 to PTI_SC_018 (Peel source code) | | | C | 801/802, 901/1006 |
| 146 | | | | PTI_SC_019 to PTI_SC_023 (Peel source code) | | | C | 801/802, 901/1006 |
| 147 | | | | PTI_SC_024 to PTI_SC_037 (Peel source code) | | | C | 801/802, 901/1006 |
| 148 | | | | PTI_SC_038 to PTI_SC_040 (Peel source code) | | | C | 801/802, 901/1006 |
| 149 | | | | HTC004821 : HTC004932 (IR Remote functional specification, September 27, 2012) | HTC004821 | HTC004876 | C | 106, 1006 (improper compilation, exhibit contains multiple individual documents) |
| | | | | | HTC004877 | HTC004890 | C | 106, 1006 (improper compilation, exhibit contains multiple |

| | | | | | | | | individual documents) |
|---|---|---|---|---|---|---|---|---|
| | | | | | HTC004891 | HTC004932 | C | 106, 1006 (improper compilation, exhibit contains multiple individual documents) |
| 150 | | | | HTC-SC001 : HTC-SC006 (HTC source code) | | | | 106, 1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) |
| 151 | | | | HTC-SC00128 : HTC-SC00143 (HTC source code) | | | | 106, 1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) |
| 152 | | | | HTC-SC00144: HTC-SC00159 (HTC source code) | | | | 106, 1006/ Protective Order (improper compilation, exhibit contains multiple |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 153 | | | | HTC-SC0079 to HTC-SC0095 (HTC source code) | | | | 106, 1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) |
| 154 | | | | HTC-SC001 to HTC-SC004 (HTC source code) | | | | 106, 1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) |
| 155 | | | | HTC-SC005 to HTC-SC0063 (HTC source code) | | | | 106, 1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) |
| 156 | | | | HTC-SC00299 to HTC-SC00301 (HTC source code) | | | | 106, 1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 157 | | | | HTC-SC00124 to HTC-SC00127 (HTC source code) | | | | 106, 1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) |
| 158 | | | | HTC-SC0069 to HTC-SC0078 (HTC source code) | | | | 106, 1006/ Protective Order (improper compilation, exhibit contains multiple individual documents) |
| 159 | | | | PTI_SC_078 to PTI_SC_085 (Peel source code) | | | C | 801/802, 901/1006 |
| 160 | | | | PTI_SC_086 to PTI_SC_088 (Peel source code) | | | C | 801/802, 901/1006 |
| 161 | | | | HTC016841 (untitled) | HTC016840 | HTC016853 | | 106 (include entire document HTC016840-16853) |
| 162 | | | | HTC024881 (EE_CIR_MCU diagram January 17, 2014) | HTC024869 | HTC024933 | C | 106 (include entire document HTC024869-HTC024933) |

| 163 | | | | HTC011331 : HTC011358 (MAXQ614 16-Bit Microcontroller with Infrared Module) | | | | |
| 164 | | | | HTC027753 : HTC027754 (Feature Sheet July 31, 2014) | HTC027752 | HTC027758 | | 106 (include entire document HTC027752-27758), 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| 165 | | | | HTC029081 (Feature Sheet August 19, 2014) | HTC029080 | HTC029087 | | 106 (include entire document HTC029080-29087), 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| 166 | | | | HTC020813 (PN07100 Block Diagram DVT) | HTC020813 | HTC020872 | | 106 (include entire document HTC020813-72), 901/1006 (improper compilation, exhibit contains multiple |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | individual documents) |
| 167 | | | | HTC024934 (MET#UL_ATT A01 Block Diagram) | HTC024934 | HTC024998 | | 106 (include entire document HTC024934-998), 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| 168 | | | | HTC020867 (RF-WLAN/BT/FM Diagram) | HTC020813 | HTC020872 | C | 106 (include entire document HTC020813-72), 901/1006 (improper compilation, exhibit contains multiple |
| 169 | | | | HTC021134 (M7#UL A03 Block Diagram) | HTC021134 | HTC021245 | C | 106 (include entire document HTC021134-245), 901/1006 (improper compilation, exhibit contains multiple individual documents) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 170 | | | | HTC020872 (RAFT_Primary Diagram) | HTC020813 | HTC020872 | C | 106 (include entire document HTC020813-72), 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| 171 | | | | HTC028891 (Bluetooth compatibility test report) | | | | |
| 172 | | | | HTC020816 (EE_APQ8064_C_Control Diagram) | HTC020813 | HTC020872 | C | 106 (include entire document HTC020813-72), 901/1006 (improper compilation, exhibit contains multiple individual documents); DUP (#170) |
| 173 | | | | HTC026799-HTC026839 (HTC capacitive touch window product requirement document) | | | C | |
| 174 | | | | HTC026885 (Logic Spec.) | HTC026864 | HTC026904 | C | 106 (include entire document HTC026864-904), 901/1006 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | (improper compilation, exhibit contains multiple individual documents) |
| 175 | | | | HTC027766 (Product requirement 2014/04/09) | HTC027759 | HTC027821 | C | | 106 (include entire document HTC027759-821), 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| 176 | | | | HTC024844 (HTC Capacitive Touch Window Test Document) | HTC024839 | HTC024865 | C | | 106 (include entire document HTC024839-65), 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| 177 | | | | HTC024861- HTC024865 (HTC Capacitive Touch Window Test Document) | HTC024839 | HTC024865 | C | | 106 (include entire document HTC024839-65), 901/1006 (improper compilation, exhibit contains |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | multiple individual documents), DUP (#176) |
| 178 | | | | https://www.dropbox.com/s/lqbtf8exu w3jelm/demo.zip?dl=0. (code for an application described in the expert infringement report claim charts) | | | | 106, 401/402, 403, 703, 801/802, 901, 1002, NP |
| 179 | | | | Rebuttal Expert Report of Dr. Oded Gottesman | | | | 403, 801/802, 805 |
| 180 | | | | U.S. Patent No. 5,138,649 ("Krisbergh") | | | | |
| 181 | | | | U.S. Patent No. 5,410,326 ("Goldstein") | | | | |
| 182 | | | | U.S. Patent No. 5,465,401 ("Thompson") | | | | |
| 183 | | | | U.S. Patent No. 4,918,439 ("Wozniak") | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 184 | | | | U.S. Patent No.4,866,434 ("Keenan") | | | |
| 185 | | | | U.S. Patent No. 4,623,887 ("Welles") | | | |
| 186 | | | | U.S. Patent No. 4,802,114 ("Sogame") | | | |
| 187 | | | | U.S. Patent No. 5,179,680 ("Colwell") | | | |
| 188 | | | | IBM Simon phone | | | |
| 189 | | | | Plaintiff's Damages Expert Report – An Analysis of Economic Damages, by Dennis M. Giuffre | | | 403, 801/802, 805 |
| 190 | | | | Salazar's First Amended Complaint, Case No. 2:20-cv-00004-JRG | | | 401/402, 403, 801/802 |
| 191 | | | | High Tech Computers Corporation – Company Profile (Reference in Giuffre Report) | | | 106, 401/402, 403, 703, 801/802, 805, |

| | | | | | | | 901, 1002, NP |
|---|---|---|---|---|---|---|---|
| 192 | | | | Eletromagnetic-Spectrum.png (1280 x 685) (Reference in Giuffre Report) | | | 106, 401/402, 403, 703, 801/802, 805, 901, 1002, NP |
| 193 | | | | Lynette Wofford, "What Market Structure Are Cellphones in?" (Reference in Giuffre Report) | | | 106, 401/402, 403, 703, 801/802, 805, 901, 1002, NP |
| 194 | | | | Salazar's Complaint, June 18, 2019, Case No. 2:20-cv-00004-JRG | | | 401/402, 403, 801/802 |
| 195 | | | | HTC One (M7)-Wikipedia (Reference in Giuffre Report) | | | 106, 401/402, 403, 703, 801/802, 805, 901, 1002 |
| 196 | | | | HTC One (M8)-Wikipedia (Reference in Giuffre Report) | | | 106, 401/402, 403, 703, 801/802, 805, 901, 1002 |
| 197 | | | | HTC M9-Wikipedia (Reference in Giuffre Report) | | | 106, 401/402, 403, |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 703, 801/802, 805, 901, 1002 |
| 198 | | | | Sales Data Spreadsheet: Sales of HTC One M7, One M8, and One M9 to AT&T, Verizon, Sprint, and T-Mobile (HTC036724) | | | | 403 (except columns A-J); DUP(#012) |
| 199 | | | | AT&T 2013 Annual Report (Reference in Giuffre Report) | | | | 106, 401/402, 403, 703, 801/802, 805, 901 |
| 200 | | | | AT&T 2014 Annual Report (Reference in Giuffre Report) | | | | 106, 401/402, 403, 703, 801/802, 805, 901 |
| 201 | | | | AT&T 2015 Annual Report (Reference in Giuffre Report) | | | | 106, 401/402, 403, 703, 801/802, 805, 901 |
| 202 | | | | Verizon 2013 Annual Report (Reference in Giuffre Report) | | | | 106, 401/402, 403, 703, 801/802, 805, 901 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 203 | | | | Verizon 2014 Annual Report (Reference in Giuffre Report) | | | 106, 401/402, 403, 703, 801/802, 805, 901 |
| 204 | | | | Verizon 2015 Annual Report (Reference in Giuffre Report) | | | 106, 401/402, 403, 703, 801/802, 805, 901 |
| 205 | | | | Sprint 2015 Form 10-K Annual Report (Reference in Giuffre Report) | | | 106, 401/402, 403, 703, 801/802, 805, 901 |
| 206 | | | | T-Mobile 2013 Form 10-K (Reference in Giuffre Report) | | | 106, 401/402, 403, 703, 801/802, 805, 901 |
| 207 | | | | T-Mobile 2014 Form 10-K (Reference in Giuffre Report) | | | 106, 401/402, 403, 703, 801/802, 805, 901 |
| 208 | | | | T-Mobile 2015 Form 10-K (Reference in Giuffre Report) | | | 106, 401/402, 403, 703, 801/802, 805, 901 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 209 | | | | Profitability and Royalty Rates... (Reference in Giuffre Report) | | | | 106, 401/402, 403, 703, 801/802, 805, 901 |
| 210 | | | | *Georgia-Pacific v. U.S. Plywood Corp.* (Reference in Giuffre Report) | | | | 401/402, 403, 801/802, 805; Improper (cases are not evidence) |
| 211 | | | | License Agreement LIC-1023 (Reference in Giuffre Report) | | | | 106, 401/402, 403, 703, 801/802, 805, 901 |
| 212 | | | | Patents – Sales & Licensing, AT&T Intellectual Property (Reference in Giuffre Report) | | | | 401/402, 403, 703, 801/802, 805, 901 |
| 213 | | | | T-Mobile Licenses and patents (Reference in Giuffre Report) | | | | 106, 401/402, 403, 703, 801/802, 805, 901 |
| 214 | | | | "What is IR Blaster? (Reference in Giuffre Report) | | | | 106, 401/402, 403, 703, 801/802, 805, 901, 1002 |
| 215 | | | | Back from the Dead, The Verge, April 24, 2013 (Reference in Giuffre Report) | | | | 106, 401/402, 403, |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | 703, 801/802, 805, 901, 1002 |
| 216 | | | | The Smartphone Royalty Stack: Surveying Royalty Demands for the Components within Modern Smartphones (Reference in Giuffre Report) | | | | 106, 401/402, 403, 703, 801/802, 805, 901, 1002 |
| 217 | | | | Harold G. Martin, Jr., Direct and Indirect Patent Infringement Damages Issues and Licensing (Reference in Giuffre Report) | | | | 106, 401/402, 403, 703, 801/802, 805, 901 |
| 218 | | | | *Lucent Technologies, Inc., et. al. v. Gateway, Inc et. al.* (Reference in Giuffre Report) | | | | 401/402, 403, 801/802, 805; Improper (cases are not evidence) |
| 219 | | | | Best Universal Remote App, Top Pick (Reference in Giuffre Report) | | | | 106, 401/402, 403, 703, 801/802, 805, 901, 1002, NP |
| 220 | | | | Smart IR Remote for HTC One – Android app on AppBrain, by Color Tiger (Reference in Giuffre Report) | | | | 106, 401/402, 403, 703, 801/802, 805, 901, 1002, NP |
| 221 | | | | AT&T Sales Data (ATT003480) | ATT003480 | ATT003549 | C | 106 (include entire document) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 222 | | | | AT&T Sales Data (ATT013702035617) | ATT013702 | ATT035617 | C | |
| 223 | | | | "HTC Sales by Qtr 2013 forward," VZN001430 | VZN001430 | VZN001430 | C | |
| 224 | | | | Verizon Sales Data (VZN000871, VZN000873-000879) | VZN000871 | VZN000871 | | 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| | | | | | VZN000872 | VZN000879 | | |
| 225 | | | | Verizon Sales Data (VZN001513001542) | VZN001512 | VZN001542 | C | 106 (include entire document) |
| 226 | | | | Verizon Sales/Revenue Data (VZN001512) | VZN001512 | VZN001542 | C | 106 (include entire document), DUP (#225) |
| 227 | | | | Verizon Sales/Revenue Data (VZN001431-001433) | VZN001431 | VZN001433 | C | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 228 | | | | Sprint Services Data (SPR000835000836) | SPR000835 | SPR000835 | C | 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| 229 | | | | Sprint Sales/Revenue Data (SPR000837-000838) | SPR000837 | SPR000838 | C | |
| 230 | | | | Sprint Revenue Data (SPR020989) | SPR020989 | SPR020990 | C | 106 (include entire document) |
| 231 | | | | T-Mobile Sales/Revenue Data (TMO000540-000542) | TMO000540 | TMO000540 | C | 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| | | | | | TMO000541 | TMO000542 | C | 901/1006 (improper compilation, exhibit contains multiple individual documents) |
| 232 | | | | HTC One Services, Wikipedia (Reference in Giuffre Report) | | | | 106, 401/402, 403, 703, 801/802, 805, |

|  |  |  |  |  |  |  | 901, 1002, NP |
|---|---|---|---|---|---|---|---|
| 233 |  |  |  | T-Mobile Revenue Data (TMO001516) | TMO001516 | TMO001516 | C |  |
| 234 |  |  |  | T-Mobile Data (TMO001517) | TMO001517 | TMO001517 | C |  |
| 235 |  |  |  | http://www.businessinsider.com/worlds -first-smartphonesimon-launched- before-iphone-2015-6 (Fn. 2 to Dr. Gottesman's expert report) | NONE | NONE |  | 703, 801/802, 805, 901, NP |
| 236 |  |  |  | http://fortune.com/fortune500/texas-instruments/ (Fn. 5, 6 to Dr. Gottesman's expert report) | NONE | NONE |  | 401/402, 703, 801/802, 805, 901, NP |
| 237 |  |  |  | U.S. Patent 8,502,467 | NONE | NONE |  | 401/402, 403, 703, 801/802, 805, 901, 1002, NP |
| 238 |  |  |  | Prosecution History of U.S. Patent 8,502,467 | NONE | NONE |  | 401/402, 403, 703, 801/802, 805, 901, 1002, NP |

| 239 | | | | Curriculum Vitae of Dr. Oded Gottesman (Exhibit A to Rebuttal Expert Report of Dr. Oded Gottesman) | NONE | NONE | - | 403, 801/802, 805, DUP (#22) |
| 240 | | | | Rebuttal Expert Report of Dr. Oded Gottesman (October 20, 2021) | NONE | NONE | - | 403, 801/802, 805, DUP (#179) |
| 241 | | | | Expert Report of Andrew Wolfe, Ph.D. Regarding the Validity of U.S. Patent 8,502,467 (October 6, 2020) and all documents and exhibits references therein | NONE | NONE | | |
| 242 | | | | Expert Report of Dr. Oded Gottesman (October 6, 2020) | NONE | NONE | | 403, 801/802, 805, DUP (#22) |
| 243 | | | | Expert Report of Dennis Giuffre (October 6, 2020) and all documents and exhibits references therein | NONE | NONE | | 403, 801/802, 805, DUP (#189) |

**Objection Key**

| Abbreviation | Definition |
| --- | --- |
| DUP | Duplicative |
| NP | Not Produced |
| SM | Subject to Motion (*Daubert* and/or motion *in limine*) |
| ND | Testimony has not been designated |
| FRCP 32 | Deposition not admissible as exhibit |