# EXHIBIT E

**Exhibit E:  Defendants' and Intervenors' Updated Trial Exhibit List**

| DX No. | Salazar's Objections | Exhibit Description | Beginning Bates Number | Ending Bates Number | CONF | CAT |
|---|---|---|---|---|---|---|
| DX001 |  | U.S. Patent No. 5,802,467 | SALAZAR- 496 | SALAZAR- 521 |  | A |
| DX002 |  | File History for U.S. Patent No. 5,802,467 | SALAZAR- 001 | SALAZAR- 495 |  | A |
| DX003 | F, R | U.S. Patent No. 5,537,608 ("Beatty") | HTC039243 | HTC039258 |  | A |
| DX004 | R | U.S. Patent No. 5,179,680 ("Colwell") | HTC026211 | HTC026245 |  | A |
| DX005 | R | U.S. Patent No. 5,410,326 ("Goldstein") | HTC026246 | HTC026290 |  | A |
| DX006 | R | U.S. Patent No. 5,465,401 ("Thompson") | HTC026291 | HTC026310 |  | A |
| DX007 | R | U.S. Patent No. 4,623,887 ("Welles") | HTC038568 | HTC038592 |  | A |
| DX008 | R | U.S. Patent No. 4,802,114 ("Sogame") | HTC039235 | HTC039242 |  | A |
| DX009 | R | U.S. Patent No. 4,866,434 ("Keenan") | HTC038593 | HTC038603 |  | A |
| DX010 | R | U.S. Patent No. 4,918,439 ("Wozniak") | HTC038604 | HTC038791 |  | A |
| DX011 |  | U.S. Patent No. 5,138,649 ("Krisbergh") | Legible copy of SALAZAR- 268 | Legible copy of SALAZAR-278 |  | A |
| DX012 | H, A, BE, R | "IBM Simon." *Wikipedia,* https://en.wikipedia.org/w/index.php?title=IBM_Simon&oldid=812406507. | HTC039190 | HTC039193 |  | A |
| DX013 | H, A, BE, R | "Simonizing the PDA." *Byte.com*, Dec. 1994, https://archive.is/F5d06. | HTC039186 | HTC039189 |  | A |
| DX014 | H, A, R | IBM Simon User's Manual, 1994 | HTC039194 | HTC039234 |  | A |
| DX015 | R, 403, F | Molero-Castro, L., Description of Variables, Innovative Intelcom Industries, January 10, 1995 [Salazar depo Ex. 2] | SALAZAR-CONFIDENTIAL-587 | SALAZAR-CONFIDRENTAL-595 | CONF | B |
| DX016 | R, 403, F | Disclosure Agreement Between L. Molero-Castro and J. Salazar dated May 25, 1993 [Salazar depo Ex. 3] | SALAZAR-CONFIDENTIAL- 578 | SALAZAR-CONFIDENTIAL-578 | CONF | B |
| DX017 | R, 403, F | Contract Between L. Molero-Castro and J. Salazar dated July 2, 1993 [Salazar depo Ex. 4] | SALAZAR-CONFIDENTIAL-596 | SALAZAR-CONFIDENTIAL-598 | CONF | B |

| DX018 | R, O, 403, F | Letter from J. Dimatteo to C. Spencer Requesting Prior Art Search dated January 6, 1995 [Salazar depo Ex. 5] | SALAZAR- CONFIDENTIAL-575 | SALAZAR-CONFIDENTIAL - 576 | CONF | A |
|---|---|---|---|---|---|---|
| DX019 | H, R, 403, F | Letter from J. Salazar to D. Moloney/Motorola Broadband Communications Sector Regarding Patent License Agreement 1023 dated July 30, 2006 [Salazar depo Ex. 8] | SALAZAR- CONFIDENTIAL-577 | SALAZAR-CONFIDENTIAL - 577 | CONF | A |
| DX020 | R, 403, F, H | Asset Assignment and Debt Satisfaction Agreement Between Innovative Intelcom Industries and Salazar dated December 14, 2006 [Salazar depo Ex. 9] | SALAZAR-CONFIDENTIAL-559 | SALAZAR-CONFIDENTIAL-559 | CONF | A |
| DX021 | R, 403, F, A, H | Draft of Letter from R. Eisert to S. Meyers/General Instrument Corporation Regarding Exclusive License Under U.S. Patent No. 5,138,649 dated March 3, 1995 [Salazar depo Ex. 10] | SALAZAR-CONFIDENTIAL-574 | SALAZAR-CONFIDENTIAL-574 | CONF | A |
| DX022 | R, 403, F, H | Innovative Intelcom Industries Annual Meeting of Shareholders Presentation dated May 26, 1995 [Salazar depo Ex. 11] | SALAZAR-CONFIDENTIAL-611 | SALAZAR-CONFIDENTIAL-616 | CONF | A |
| DX023 | R, 403, F | U.S. Patent Pub. No. 2005/0054289 A1 ("Salazar '489") [Meyers depo Ex. 14] | HTC038550 | HTC038567 | | A |
| DX024 | R, BSD, 403, F | Declaration and Power of Attorney of J. Salazar, L. Molero-Castro, and R. Meyers for Provisional Patent Application 10/656633 dated August 2003 [Meyers depo Ex. 15] | NONE | NONE | | A |
| DX025 | C/D | U.S. Patent No. 5,802,467 | Legible copy of SALAZAR- 496 | Legible copy of SALAZAR- 521 | | A |
| DX026 | H, A, ILL, R | Qualcomm Snapdragon 600 Processor APQ8064 Data Sheet at 19, available onlineat https://www.qualcomm.com/documents/sn apdragon-600-apq-8064-data-sheet [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | A |
| DX027 | H, A, ILL, R | Qualcomm Snapdragon 810 Processor Product Brief, available online at https://www.qualcomm.com/media/docum ents/files/snapdragpn-810-processorproduct-brief [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | A |

| DX028 | H, A, R | AnandTech, "Qualcomm's Snapdragon 801 (MSM8974AC): The New 32 -bit Flagship Until 805," (Feb. 24, 2014), available online at http://www.anandtech.com/show/7783/qua l comms-snapdragon-801-msm8974ac-thenew032bitflagship-until-805 [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |
| DX029 | H, A, ILL, R | Qualcomm Snapdragon 801 Processor Product Brief, available online at https://www.qualcomm.com/media/docum ents/files/snapdragon-801-processorproduct-brief.pdf [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |
| DX030 | H, A, ILL, R | BCM4330 Datasheet, available online at http://www.datasheetq.com/datasheetdown load/713750/1/Broadcom/BCM4330?lang= en | NONE | NONE | | A |

| DX031 | H, A, ILL, R | BCM43353 Datasheet, available online at http://pdf1.alldatasheet.com/datasheetpdf/vi ew/828933/CYPRESS/BCM43353.html [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | A |
| DX032 | | PN544 datasheet, available online at http://www.datasheet4u.com/datasheetpdf/ NXPSemiconductors/PN544/pdf.php?id=70 6823 [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | A |
| DX033 | H, A, R | HTC-SC0005-63 (HtcIrInterfaceCpp) [Wolfe's Rebuttal Noninfringement Report] | HTC-SC0005 | HTC-SC0063 | CONF | B |

| DX034 | H, A, ILL | http://peel.freshdesk.com/support/solution s/ articles/19000008374-i-can-t-find-mytv- from-the-listprovided- [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |
|---|---|---|---|---|---|---|
| DX035 | | International Distributor Agreement [Lai depo Ex 2] | HTC037528 | HTC037547 | CONF | A |
| DX036 | C | HTC America, Inc. Invoice, June 17, 2013 [Lai depo Ex 2] | HTC037608 | HTC037608 | CONF | B |
| DX037 | C | HTC America, Inc. Invoice, August 16, 2014 [Lai depo Ex 2] | HTC037609 | HTC037609 | CONF | A |
| DX038 | C | HTC America, Inc. Invoice, March 21, 2014 [Lai depo Ex 2] | HTC037610 | HTC037610 | CONF | A |
| DX039 | C | HTC America, Inc. Invoice, April 3, 2015 [Lai depo Ex 2] | HTC037611 | HTC037611 | CONF | A |
| DX040 | C | HTC America, Inc. Invoice, March 28, 2013 [Lai depo Ex 2] | HTC037612 | HTC037612 | CONF | A |
| DX041 | C | HTC America, Inc. Invoice, March 30, 2013 [Lai depo Ex 2] | HTC037613 | HTC037613 | CONF | B |
| DX042 | C | HTC America, Inc. Invoice, April 16, 2013 | HTC037614 | HTC037614 | CONF | B |
| DX043 | C | HTC America, Inc. Invoice, March 3, 2015 | HTC037615 | HTC037615 | CONF | B |

| DX044 | C | HTC America, Inc. Invoice, March 14, 2014 | HTC037616 | HTC037616 | CONF | B |
|-------|---|-------------------------------------------|-----------|-----------|------|---|
| DX045 | C | HTC America, Inc. Invoice, March 22, 2014 | HTC037617 | HTC037617 | CONF | B |
| DX046 | C | HTC America, Inc. Invoice, October 31, 2014 | HTC037618 | HTC037618 | CONF | B |
| DX047 | C | HTC America, Inc. Invoice, October 31, 2014 | HTC037619 | HTC037619 | CONF | B |
| DX048 | C | HTC America, Inc. Invoice, March 21, 2015 | HTC037620 | HTC037620 | CONF | B |
| DX049 | C | HTC America, Inc. Invoice, March 18, 2015 | HTC037621 | HTC037621 | CONF | B |
| DX050 | C | HTC America, Inc. Invoice, March 24, 2015 | HTC037622 | HTC037622 | CONF | B |
| DX051 | | Master Purchase Agreement (MPA) between Sprint and HTC Corp., May 19, 2008 | HTC038162 | HTC038278 | CONF | A |
| DX052 | | Amendment 6 to MPA between Sprint and HTC Corp., June 9, 2010 | HTC038279 | HTC038280 | CONF | A |
| DX053 | | HTC One (M8) for Windows User Guide | HTC000396 | HTC000508 | | B |

| DX054 | | HTC One (M8) for Windows Verizon User Guide | HTC000511 | HTC000693 | | B |
| DX055 | | HTC One (M8) User Guide | HTC001165 | HTC001358 | | B |
| DX056 | | HTC One (M8) Verizon User Guide | HTC001557 | HTC001872 | | B |
| DX057 | | HTC One (M9) User Guide | HTC001873 | HTC002081 | | B |
| DX058 | | HTC One (M9) Sprint User Guide | HTC002490 | HTC002796 | | B |
| DX059 | | HTC One (M9) Verizon User Guide | HTC003226 | HTC003546 | | B |
| DX060 | | HTC One User Guide | HTC003734 | HTC003914 | | B |
| DX061 | | HTC One Sprint User Guide | HTC003915 | HTC004151 | | B |
| DX062 | | HTC One User Guide | HTC004154 | HTC004339 | | B |
| DX063 | | HTC One Verizon User Guide | HTC004529 | HTC004820 | | B |

| | | | | | | |
|---|---|---|---|---|---|---|
| DX064 | | IR Remote Functional Specification for Sense 5.0, December 19, 2012 | HTC004821 | HTC004876 | CON F | B |
| DX065 | | HTC Gesture Remote, Sense 5.0, December 17, 2012 | HTC004891 | HTC004932 | CON F | B |
| DX066 | H, A | MaxQ614 Datasheet, September 2012 | HTC011331 | HTC011358 | | A |
| DX067 | | M7 Schematics, July 13, 2012 | HTC016840 | HTC016853 | CON F | A |
| DX068 | | M7 Schematics, January 11, 2013 | HTC020813 | HTC020872 | CON F | A |
| DX069 | | M8 Schematics, January 17, 2014 | HTC024869 | HTC024933 | CON F | A |
| DX070 | | W8 Logic Specification, revised July 30, 2014 | HTC026864 | HTC026904 | CON F | A |
| DX071 | | W8 Schematics, July 30, 2014 | HTC027441 | HTC027506 | CON F | B |
| DX072 | | M9 Schematics, January 16, 2015 | HTC037548 | HTC037599 | CON F | B |
| DX073 | | M9 Block Diagram, November 7, 2014 | HTC038817 | HTC038817 | CON F | A |

| DX074 | | Sense 5 Application Brief V1.3f, February 7, 2013 | HTC029830 | HTC030052 | CON F | A |
|---|---|---|---|---|---|---|
| DX075 | H, R, A | M7 Merchandising Proposal, April 16, 2013 | HTC030269 | HTC030309 | CON F | B |
| DX076 | H, R, A, BE | HTC One - One Pager, May 22, 2013 | HTC030669 | HTC030670 | | B |
| DX077 | H, R, A, BE | HTC One Retail Store Training – HTC One Global Speaker Notes, June 11, 2013 | HTC031026 | HTC031082 | CON F | B |
| DX078 | H, R, A, BE | Gartner - Forecast Analysis: Mobile Phone Production and Semiconductors, Worldwide, 2Q13 Update, July 16, 2013 | HTC031912 | HTC031937 | CON F | B |
| DX079 | H, R, A, BE | HTC Brand Tracking Research United States Report – H1 2013 | HTC032361 | HTC032428 | CON F | B |
| DX080 | H, R, A, BE | Gartner – Hype Cycle for Consumer Services and Mobile Applications, July 31, 2013 | HTC032690 | HTC032783 | CON F | B |
| DX081 | H, R, A, BE | Gartner – Market Trends: Production of Smartphones by EMS Companies and ODMs, Worldwide, 2013, September 20, 2013 | HTC032990 | HTC033002 | CON F | B |
| DX082 | H, R, A, BE | Gartner – Forecast Analysis: Devices, Worldwide, 3Q13 Update, October 9, 2013 | HTC033159 | HTC033172 | CONF | B |

| DX083 | H, R, A, BE | Gartner – Forecast Analysis: Consumer Electronics Semiconductor Revenue and Unit Production, Worldwide, 3Q13 Update, October 10, 2013 | HTC033173 | HTC033215 | CONF | B |
|---|---|---|---|---|---|---|
| DX084 | H, R, A, BE | M8 Training Deck – The all new HTC One (M8), March 3, 2014 | HTC034005 | HTC034081 | CONF | B |
| DX085 | H, R, A, BE | HTC One M8 – One Pager, March 4, 2014 | HTC034082 | HTC034083 | CONF | B |
| DX086 | H, R, A | HTC USA Consumer Market Report – Data to Q1 2014 – Kantar World Panel, May 9, 2014 | HTC034496 | HTC034570 | CONF | B |
| DX087 | H, R, A | HTC USA Consumer Market Report – Data to Q2 2014 – Kantar World Panel, August 13, 2014 | HTC035096 | HTC035167 | CONF | B |
| DX088 | H, R, A, BE | W8 Poster 22x28, August 13, 2014 | HTC035172 | HTC035172 | | B |
| DX089 | H, R, A, BE | HTC M9 v. G4 - One Pager, July 14, 2015 | HTC036655 | HTC036656 | | B |
| DX090 | H, R, A, BE | HTC US Consumer Market Report Q3 2015 –Kantar World Panel, October 20, 2015 | HTC036657 | HTC036723 | CONF | B |
| DX091 | R, BSD, 403, MIL, H | Plaintiff Joe Andrew Salazar's Second Amended Responses and Objections to Defendant HTC Corporation's First Set of Interrogatories (Nos. 1-12), served September 7, 2017 | NONE | NONE | | B |

| DX092 | R, BSD, 403, MIL, H | Plaintiff's First Amended Original Complaint for Patent Infringement, Dkt. 17, *Salazar v. HTC Corp.*, No. 2:16-cv01096- JRG-RSP (E.D. Tex. Apr. 10, 2017) | NONE | NONE | | B |
|---|---|---|---|---|---|---|
| DX093 | R, BSD, 403, MIL, H | Plaintiff's Second Amended Original Complaint for Patent Infringement, Dkt. 44, *Salazar v. HTC Corp.*, No. 2:16-cv01096- JRG-RSP (E.D. Tex. June 15, 2017) | NONE | NONE | | B |
| DX094 | R, BSD, 403, MIL, H | Plaintiff Joe Andrew Salazar's Responses and Objections to Defendant HTC Corporation's First Set of Interrogatories, *Salazar v. HTC Corp.*, No. 2:16-cv01096- JRG-RSP (E.D. Tex. June 8, 2017) | NONE | NONE | CONF | B |
| DX095 | R, BSD, 403, MIL, H | Plaintiff Joe Andrew Salazar's First Amended Responses and Objections to Defendant HTC Corporation's First Set of Interrogatories, *Salazar v. HTC Corp.*, No. 2:16-cv-01096-JRG-RSP (E.D. Tex. July 21, 2017) | NONE | NONE | CONF | B |
| DX096 | R, BSD, 403, MIL, H | Plaintiff Joe Andrew Salazar's Second Amended Responses and Objections to Defendant HTC Corporation's First Set of Interrogatories, *Salazar v. HTC Corp.*, No. 2:16-cv-01096-JRG-RSP (E.D. Tex. Sept. 7, 2017) | NONE | NONE | CONF | B |

| | | | | | | |
|---|---|---|---|---|---|---|
| DX097 | H, A, R, BE | Single Chip IEEE 802.11™ a/b/g/n MAC/Baseband/Radio with Integrated Bluetooth® 4.0 + HS and FM Transceiver ("BCM43330 Datasheet") [Ex. B to Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | A |
| DX098 | H, A, R, BE | Single-Chip 5G Wi-Fi IEEE 802.11ac 2×2 MAC/Baseband/Radio with Integrated Bluetooth 4.1, FM Receiver, and Wireless Charging ("CYW4356 Datasheet") [Ex. C to Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | A |
| DX099 | H, A, R, BE | Single Chip IEEE 802.11 a/b/g/n MAC/Baseband/Radio with Integrated Bluetooth 4.0 + HS and FM Receiver ("BCM4334 Datasheet") [Ex. D to Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | A |
| DX100 | H, A, ILL, R | TXS0102 2-Bit Bidirectional Voltage-Level Translator for Open-Drain and Push-Pull Applications at 1 (available online at https://www.ti.com/lit/ds/symlink/txs0102.p df) [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |
| DX101 | H, A, ILL, R | Qualcomm Snapdragon 810 Processor Product Brief (available online at https://www.qualcomm.com/system/files/d ocument/files/snapdragon_product_brief_8 10_0.pdf) [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |

| | | | | | | |
|---|---|---|---|---|---|---|
| DX102 | H, A, BE | WCN3680B/WCN3660B Device Specification (available online at https://developer.qualcomm.com/qfile/35297/lm80-p0436-70_b_wcn3680bwcn3660b_devicespecifica t ion.pdf) [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |
| DX103 | H, A, R | Android Developers > Docs > Reference > SQLiteOpenHelper (available online at https://developer.android.com/reference/a ndroid/database/sqlite/SQLiteOpenHelpe r) [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |
| DX104 | H, A, R, ILL, R, BE | IR Emitter and Detector Product Data Sheet LTE-C9301 (available online at https://optoelectronics.liteon.com/upload/d o wnload/DS50-2002-011/LTE-C9301%20DATA%20SHEET.pdf) [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |
| DX105 | H, A, ILL, R | Single-Chip 5G WiFi 802.11ac MAC/Baseband/Radio with Bluetooth 4.0+HS & FM Receiver (available online at https://www.broadcom.com/products/wirele ss/wireless-lan-infrastructure/bcm4335) [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |
| DX106 | H, A, R, ILL, R, BE | IR Emitter and Detector Product Data Sheet LTE-C9301 (available online at https://www.mouser.com/datasheet/2/239/ L TE-C9301%20DATA%20SHEET-1115967.pdf) [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |

| | | | | | | |
|---|---|---|---|---|---|---|
| DX107 | H, A, R,  BE | Technical Data Sheet Infrared MIDLED LED IR91-01C/L491/2R (available online at https://everlighteurope.com/index.php?controller=attachment?id_attachment=4913 ) [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |
| DX108 | H, A, R | AnyMote Home – Any Device. One Remote. [Exhibit E to Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |
| DX109 | H, A, R | AnyMore Smart Universal Remote on the App Store [Exhibit F to Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |
| DX110 | H, A, R | AnyMote Universal Remote + WiFi Smart Home Control – Apps on Google Play [Exhibit G to Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |
| DX111 | H, A, R, ILL | All-in-one Media Remote Control using AnyMote (available online at https://blog.anymote.io/all-in-onemedia- remote-control-using-anymote- 7ad3ede93d7) [Exhibit G to Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | B |
| DX112 | | United States Patent and Trademark Office Notice of Recordation of Assignment Document, Reel/Frame: 014481/0008 | SALAZAR-553 | SALAZAR-554 | | B |
| DX113 | R, 403 | Asset Assignment and Debt Satisfaction Agreement Between Innovative Telecom Services and Joe Andrew Salazar | SALAZAR-559 | SALAZAR-559 | | B |

| | | | | | |
|---|---|---|---|---|---|
| DX114 | | AT&T Inc. Form 10-K for the fiscal year ended December 31, 2019 [Bakewell and Rowe Rebuttal Expert Report Regarding Damages] | NONE | NONE | | B |
| DX115 | | T-Mobile US, Inc. Form 10-K for the fiscal year ended December 31, 2019 [Bakewell and Rowe Rebuttal Expert Report Regarding Damages] | NONE | NONE | | B |
| DX116 | | T-Mobile US, Inc. Form 10-Q for the period ended June 30, 2020 [Bakewell and Rowe Rebuttal Expert Report Regarding Damages] | NONE | NONE | | B |
| DX117 | | Sprint Corporation Form 10-K for the fiscal year ended March 31, 2019 [Bakewell and Rowe Rebuttal Expert Report Regarding Damages] | NONE | NONE | | B |
| DX118 | | Verizon Communications Inc. Form 10K for the fiscal year ended December 31, 2019 [Bakewell and Rowe Rebuttal Expert Report Regarding Damages] | NONE | NONE | | B |
| DX119 | H, A, ILL, R | Cellco Partnership, Bloomberg (available online at https://www.bloomberg.com/profile/compa ny/VZW:US) [Bakewell and Rowe Rebuttal Expert Report Regarding Damages] | NONE | NONE | | B |
| DX120 | | HTC Annual Report for the year ended December 31, 2016 [Bakewell and Rowe Rebuttal Expert Report Regarding Damages] | NONE | NONE | | B |

| DX121 | | HTC Corporation Annual Report for the year ended December 31, 2019 [Bakewell and Rowe Rebuttal Expert Report Regarding Damages] | NONE | NONE | | B |
|---|---|---|---|---|---|---|
| DX122 | H, A | "Company Overview," HTC Corporation website (available online at https://www.htc.com/us/about/). | NONE | NONE | | B |
| DX123 | H, A, BE | 115 "Company Overview of HTC America, Inc.," Bloomberg website (available online at http://www.bloomberg.com/research/stocks / private/snapshot.asp?privcapId=3687139 5 | NONE | NONE | | B |
| DX124 | | HTC 2015 Annual Report | HTC038012 | HTC038160 | | |
| DX125 | H, A | "Company Overview," HTC website (available online at http://www.htc.com/us/). | NONE | NONE | | B |
| DX126 | | Master Purchase Agreement Between HTC Corporation and AT&T Mobility LLC | HTC038818 | HTC038973 | CONF | B |
| DX127 | | Purchase and Sale Agreement between Verizon Wireless and HTC Corporation | HTC039062 | HTC039907 | CONF | B |
| DX128 | | HTC Sales Spreadsheet | HTC036724 | HTC036724 | CONF | A |
| DX129 | H, A | HTC America, Inc. Independent Auditor's Report and Financial Statements, date December 31, 2013 | HTC037651 | HTC037697 | CONF | B |

| | | | | | | |
|---|---|---|---|---|---|---|
| DX130 | H, A | HTC America, Inc. Independent Auditor's Report and Financial Statements, date December 31, 2014 | HTC037678 | HTC037705 | CONF | B |
| DX131 | H, A | HTC America, Inc. Independent Auditor's Report and Financial Statements, date December 31, 2015 | HTC037623 | HTC037650 | CONF | B |
| DX132 | ILL, R | "Smartphones," HTC Corporation website (available online at http://www.htc.com/us/smartphones-b/). | NONE | NONE | | B |
| DX133 | | HTC Corporation Annual Report for the year ended December 31, 2012 [Bakewell and Rowe Rebuttal Expert Report Regarding Damages] | NONE | NONE | | B |
| DX134 | | HTC Corporation Annual Report for the year ended December 31, 2011 | NONE | NONE | | B |
| DX135 | | HTC 2019 Annual Report, (available online at https://investors.htc.com/en/financial- information/annualreports/) | NONE | NONE | | B |
| DX136 | | 2013 HTC Annual Report | HTC037706 | HTC037867 | | B |
| DX137 | H, A, BE | HTC One (M8) Windows Edition Presentation | HTC034349 | HTC034352 | CONF | B |
| DX138 | H, A, BE | W8 Sense Features Presentation | HTC034462 | HTC034474 | CONF | B |

| DX139 | H, A, ILL, R | "Sense TV is Going Away: Here's What You Need to Know," HTC Corporation website, April 23, 2015 (available online at http://blog.htc.com/2015/04/sense-tvgoing- away-need-know/). | NONE | NONE | | B |
|---|---|---|---|---|---|---|
| DX140 | H, BE | One M7, M8, W8 and M9 Component Cost | HTC038161 | HTC038161 | CONF | A |
| DX141 | R | "Eighteenth Report," Federal Communications Commission, December 23, 2015 (available online at https://www.fcc.gov/document/18th- mobile-wireless-competition-report), | NONE | NONE | | B |
| DX142 | | Master Purchase Agreement Between AT&T and HTC | ATT013649 | ATT013761 | CONF | B |
| DX143 | | T-Mobile Sales Data Spreadsheet | TMO000541 | TMO000542 | CONF | A |
| DX144 | | License and Services Agreement between HTC and Peel Technologies, Inc. | HTC029545 | HTC029616 | CONF | A |
| DX145 | | HTC One (M8) for Windows User Guide | ATT000001 | ATT000124 | | B |
| DX146 | | HTC One M9 User Guide | ATT000125 | ATT000321 | | B |
| DX147 | | HTC One (M8) User Guide | ATT000502 | ATT000707 | | B |

| DX148 | H, A, BE, R, C/D | Designed like no other: the all-new HTC One (M8) one pager | ATT000712 | ATT000712 | | B |
|---|---|---|---|---|---|---|
| DX149 | H, A, BE, R | HTC M8 – Paid Search Presentation | ATT002282 | ATT002284 | | B |
| DX150 | H, A, BE, R, C/D | Designed like no other: the all-new HTC One one pager | ATT002288 | ATT002288 | | B |
| DX151 | H, A, BE, | "We're about to launch an amazing new HTC device" ATT webpage | ATT002292 | ATT002292 | | B |
| DX152 | H, A, BE, R, C/D | Designed like no other: the all-new HTC One (M8) one pager | ATT002303 | ATT002303 | | B |
| DX153 | H, A, BE | "AT&T Business Direct \| Premier Premier Opt-In Advantage" ATT Webpage | ATT002338 | ATT002338 | | B |
| DX154 | H, A, BE | HTC One Webpage on ATT Site | ATT002455 | ATT002455 | | B |
| DX155 | | HTC One (M8) User Guide | SPR000850 | SPR001120 | | B |
| DX156 | H, A, BE | The new HTC One M9 Overview Deck | SPR020079 | SPR020085 | CONF | B |
| DX157 | H, A, BE | HTC One (E8) Overview Deck | SPR020086 | SPR020095 | CONF | B |

| DX158 | H, A, BE | HTC One Device Launch and Support Product Brief | SPR020142 | SPR020153 | CONF | B |
| DX159 | H, A | Sprint Quick Reference Brief for HTC One | SPR020154 | SPR020157 | CONF | B |
| DX160 | H, R, A, BE | HTC One National Retail Training | SPR020160 | SPR020173 | CONF | B |
| DX161 | H, A, BE | Introducing the HTC One M9 One Pager | SPR020231 | SPR020232 | | B |
| DX162 | H, A | Getting Started Guide HTC One | TMO000001 | TMO000002 | | B |
| DX163 | H, A | Getting Started Guide HTC One M8 for Windows | TMO000003 | TMO000004 | | B |
| DX164 | H, A | Getting Started Guide HTC One M9 | TMO000005 | TMO000006 | | B |
| DX165 | | Your HTC One (M8) User Guide | TMO000007 | TMO000208 | | B |
| DX166 | | HTC One (M8) for Windows User Guide | TMO000209 | TMO000332 | | B |
| DX167 | | User Guide HTC One M9 | TMO000333 | TMO000539 | | B |

| | | | | | | |
|---|---|---|---|---|---|---|
| DX168 | | User Guide for HTC One M9 | VZN000001 | VZN000336 | | B |
| DX169 | | User Guide for HTC One M8 | VZN000337 | VZN000666 | | B |
| DX170 | | User Guide for HTC One M8 for Windows | VZN000667 | VZN000870 | | B |
| DX171 | H, R, 403 | Asset Assignment from Salazar to Innovative Intelcom Industries | SALAZAR-CONFIDENTIAL-560 | SALAZAR-CONFIDENTIAL-577 | CONF | B |
| DX172 | H, R, 403 | Settlement Agreement between Mozly Tech LLC and HTC | HTC036774 | HTC036787 | CONF | B |
| DX173 | H, R, 403 | Settlement and Non-Exclusive Patent License Agreement between Magnacross LLC and HTC Corporation | HTC036807 | HTC036824 | CONF | B |
| DX174 | | ATT Sales Spreadsheet | ATT003480 | ATT003549 | CONF | A |
| DX175 | | T-Mobile Sales Document | TMO001517 | TMO001517 | CONF | A |
| DX176 | | Sprint Sales Document | SPR000835 | SPR000838 | CONF | A |
| DX177 | H, R, A | HTC America, Inc. Independent Auditor's Report and Financial Statements, dated December 31, 2014 | HTC037868 | HTC038011 | CONF | B |

| | | | | | | |
|---|---|---|---|---|---|---|
| DX178 | H, R, A | Market Share: PCs, Ultramobiles and Mobile Phones, All Countries, 1Q18 Update," Gartner, 2018 | NONE | NONE | | B |
| DX179 | H, R, A | Market Share: PCs, Ultramobiles and Mobile Phones, All Countries, 2Q20 Update," Gartner, 2020 | NONE | NONE | | B |
| DX180 | H, R, 403, A | First Amendment to the License and Services Agreement between HTC Corporation and Peel Technologies, Inc. | HTC036390 | HTC036394 | CONF | B |
| DX181 | A | Evaluation agreement between Peel Technologies, Inc. and HTC Corporation | HTC035025 | HTC035027 | CONF | B |
| DX182 | H, R, 403, A | Release and Settlement Agreement between HTC Corporation and Peel Technologies, Inc. | HTC036642 | HTC036646 | CONF | B |
| DX183 | A | Marketing Services Agreement between HTC Corporation and Peel Technologies, Inc. | HTC036649 | HTC036654 | CONF | B |
| DX184 | H, R, 403, A | Release Terms between BlueBonnet Telecommunications, LLC and HTC Corporation | HTC036725 | HTC036736 | CONF | B |
| DX185 | H, R, 403, A | Release Terms between LX Tech, LLC and HTC Corporation | HTC036737 | HTC036743 | CONF | B |
| DX186 | H, R, 403, A | Release Terms between Dynamic Hosting Company LLC and HTC Corporation | HTC036744 | HTC036754 | CONF | B |
| DX187 | H, R, 403, A | Release Agreement between Pico Byte Systems, LLC and HTC Corporation | HTC036755 | HTC036762 | CONF | B |

| DX188 | H, R, 403, A | Release Agreement between Nonend Inventions, N.V. and HTC Corporation | HTC036790 | HTC036806 | CONF | B |
|---|---|---|---|---|---|---|
| DX189 | H, R, 403, A | 2G/3G Patent License Agreement between Interdigital Technology Corp. and High Tech Computer Corp. | HTC039500 | HTC039517 | CONF | B |
| DX190 | H, R, 403, A | Patent License Agreement Between Radio Telephony System Products and Nokia Corporation | HTC039518 | HTC039634 | CONF | B |
| DX191 | H, R, 403, A | Amendment to IPR Licence Agreement between Nokia and HTC | HTC039635 | HTC039648 | CONF | B |
| DX192 | H, R, 403, A | Patent License Agreement between HTC Corporation and Thomson Licensing | HTC039649 | HTC039665 | CONF | B |
| DX193 | H, R, 403, A | Global Patent License Agreement between Telefonaktiebolaget LM Ericsson and HTC | HTC039666 | HTC039679 | CONF | B |
| DX194 | H, R, 403, A | Confidential Patent Covenant Agreement between Microsoft and HTC | HTC039680 | HTC039691 | CONF | B |
| DX195 | H, R, 403, A | Second Amendment between Nokia and HTC Corporation | HTC039692 | HTC039703 | CONF | B |
| DX196 | H, R, 403, A | Patent License and Settlement Agreement between HTC America, Inc., HTC Corp., S3 Graphics Co., Ltd. and Apple Inc. | HTC039704 | HTC039845 | CONF | B |
| DX197 | | Joe Andrew Salazar's Responses and Objections to Defendants' First Set of Interrogatories, dated September 21, 2020 | NONE | NONE | | B |

| | | | | | | |
|---|---|---|---|---|---|---|
| DX198 | | Joe Andrew Salazar's Supplemental Responses and Objections to Defendants' Interrogatories Nos. 14-15, and 21, dated February 11, 2021 | NONE | NONE | | B |
| DX 199 | | Joe Andrew Salazar's Responses and Objections to Defendants' First Set of Requests for Admission, dated September 21, 2020 | NONE | NONE | | B |
| DX200 | | Joe Andrew Salazar's Supplemental Responses and Objections to Defendants' Requests for Admissions Nos. 21-34, dated February 11, 2021 | NONE | NONE | | B |
| DX201 | | Joe Andrew Salazar's Complaint Against AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc. and Cellco Partnership d/b/a Verizon Wireless, dated June 18, 2019 | NONE | NONE | | B |
| DX202 | | Joe Andrew Salazar's First Amended Complaint Against AT&T Mobility LLC, Sprint/United Management Company, T- Mobile USA, Inc. and Cellco Partnership d/b/a Verizon Wireless, dated July 19, 2019 | NONE | NONE | | B |
| DX203 | | Marketing Content for HTC One M8 | ATT0001109 | ATT0001139 | | A |
| DX204 | | HTC One M8 Device Details Webpage | ATT0001141 | ATT0001141 | | A |
| DX205 | | Product Mono Brief for Marketing Teams | ATT0001193 | ATT0001214 | CONF | A |
| DX206 | | Incremental Product Launch HTC One M9 | ATT0002347 | ATT0002347 | CONF | A |

| DX207 | | AT&T HTC One Draft News Release | ATT0002348 | ATT0002349 | CONF | A |
| DX208 | | HTC One M9 Overview | ATT0002446 | ATT0002446 | | A |
| DX209 | | Consumer Smart Phone Demand Report February 19, 2014 | SPR0001131 | SPR0001174 | CONF | A |
| DX210 | | Getting Started Guide HTC One LTE (M8) | TMO00001 | TMO00002 | | A |
| DX211 | | Getting Started Guide HTC One LTE (M8 for Windows) | TMO00003 | TMO00004 | | A |

**SALAZAR'S OBJECTION KEY**

| ABBREVIATIONS FOR SALAZAR'S OBJECTIONS TO DEFENDANTS' AND INTERVENORS' EXHIBIT LIST | |
|---|---|
| R = Lacks Relevance (FRE 401/402) | MIL = Subject to motion *in limine* |
| H = Hearsay (FRE 802) | A = Lacks authentication (FRE 901) |
| O = Improper Opinion (FRE 701/702) | NT = Contains text in a foreign language that is not translated into English |
| F = Lacks Foundation/Speculative (FRE 602) | 26(a) = Exhibit inadmissible during expert testimony where expert did not disclose document in deposition or expert report served pursuant to Fed. R Civ. P 26(a)(2)(B) |
| V = Vague/Ambiguous | I = Improper/Incomplete Document |
| P = Protected by Privilege | S = Speculation |
| 408 = Settlement (FRE 408) | 403 = Unduly prejudicial/confusion/waste of time/misleading (FRE 403) |

| LC = Legal Conclusion | AF = Assumes facts not in evidence |
|---|---|
| C or D = Cumulative/Duplicated Exhibit | M = Contains more than one documents or is an improper collection of documents |
| BE = Best Evidence (FRE 1001-1008) | 703 = relied upon by expert, but otherwise inadmissible (FRE 703) |
| ILL = Illegible/inaccessible/unavailable url | U = Untimely (*e.g.*, not produced in discovery) |
| ID = Incorrect Description | BSD = Beyond scope of parties' discovery order |