# EXHIBIT F

**Exhibit F**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and the Amend Docket Control Order (Dkt. 184), Defendants AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless ("Defendants") and Intervenors HTC Corporation and HTC America, Inc. ("Intervenors") hereby serve the following objections to Plaintiff's deposition designations along with counter deposition designations.

Defendants and Intervenors serve these objections and counter deposition designations subject to and without waiver of their motions *in limine*, motions to exclude certain evidence, *Daubert* motions, and challenges to experts.  Defendants and Intervenors reserve the right to modify, amend, or supplement these objections and counter deposition designations in response to rulings by the Court (including on any motions).  Defendants and Intervenors also reserve the right to present deposition testimony from any witness designated by Plaintiff for purposes of impeachment or during the examination of its expert witnesses.

| Deposition of Christopher Emmons – September 24, 2020 | | | | |
|---|---|---|---|---|
| **Plaintiff's Initial Designations** | **Defs' and Intervenors' Objections** | **Defs' and Intervenors' Counter Designations** | **Plaintiff's Objections to Defs' and Intervenors' Objections Counter Designations** | **Court Ruling** |
| 6:6-25 | 401/402, 403 – Cited range of transcript does not contain testimony | 7:9-7:11 | | |
| 7:1-10 | 7:1-7:6 – 401/402, 403 – Cited range of transcript does not contain testimony<br><br>7:7-8 – 401/402, 403 | 7:16-8:4 | | |
| 14 | | 11:19-12:4 | | |
| 29 | 29:4-12 – Objectionable as compound, vague, and ambiguous | 12:20-16:3 | | |
| 34 | 34:2-6 – Objectionable as compound, vague, and ambiguous<br><br>34:11-24 – Objectionable as vague and ambiguous | 28:24-25 | | |
| 46-56 | 46:1-10 - 401/402, 403 – Cited range of transcript does not contain testimony | | | |

| | | | |
|---|---|---|---|
| | 46:11-22 – Objectionable as compound, vague, and ambiguous<br><br>46:23-47:10 – Objectionable as compound, vague, and ambiguous<br><br>47:11-48:11 – 401/402, 403<br><br>48:11-49:8 – 401/402, 403 – Objectionable as vague and ambiguous<br><br>49:23-50:8 – 401/402, 403 – Objectionable as vague and ambiguous<br><br>50:9-53:7 - 401/402, 403 – Cited range of transcript contains attorney colloquy, not testimony<br><br>53:19-56:25 – 401/402, 403 | | |

| Deposition of Larissa Evans – September 17, 2020 | | | | |
|---|---|---|---|---|
| **Plaintiff's Initial Designations** | **Defs' and Intervenors' Objections** | **Defs' and Intervenors' Counter Designations** | **Plaintiff's Objections to Defs' and Intervenors' Objections Counter Designations** | **Court Ruling** |
| 6:8-10 | | 21:1-7 | | |
| 15:2-13 | | 24:15-24:25 | | |
| 19:9-25 | 19:9-17 - Objectionable as compound, vague, and ambiguous<br><br>19:9-25 – 401/402, 403 | 26:1-2 | | |
| 20 | 20 – 401/402, 403 | 30:11-13 | | |
| 25 | | 45:14-17 | | |
| 28:8-25 | 28:13 – Objectionable as compound<br><br>28:17-25 – 401/402, 403 | | | |
| 29 | 29:6-9 – 401/402, 403<br>29:23-25 – 401/402, 403 | | | |
| 49-52 | 49:21-24 – Objectionable as compound, vague, and ambiguous<br><br>50:12-17 – Objectionable as vague and ambiguous<br><br>50:18-51:8 – Objectionable as | | | |

| | | | | |
|---|---|---|---|---|
| | compound, vague, and ambiguous<br><br>51:9-14 – Objectionable as vague and ambiguous<br><br>51:15-23 – Objectionable as compound, vague, and ambiguous<br><br>51:24-52:4 – Objectionable as compound, vague, and ambiguous<br><br>52:8-14 – Objectionable as compound, vague, and ambiguous | | | |
| 53:3-12 | 53:12 – 401/402, 403 | | | |
| 54:7-13 | 54:7-13 – Objectionable as vague and ambiguous | | | |

| Deposition of David Jones – September 23, 2020 | | | | |
|---|---|---|---|---|
| **Plaintiff's Initial Designations** | **Defs' and Intervenors' Objections** | **Defs' and Intervenors' Counter Designations** | **Plaintiff's Objections to Defs' and Intervenors' Objections Counter Designations** | **Court Ruling** |
| 7-11 | 8:1-6 - 401/402, 403 – Cited range of transcript does not contain testimony<br><br>8:11-13 – 401/402, 403<br><br>8:14-10:20 – 401/402, 403<br><br>10:21-11:10 – 401/402, 403<br><br>11:11-23 - Objectionable as compound, vague, and ambiguous<br><br>11:24-25 – 401/402, 403 | 42:7-11 | | |
| 12:1-9 | 12:1-9 – 401/402, 403 | 42:21-25 | | |
| 13 | 13:1-2 – Objectionable as vague and ambiguous<br><br>13:8-12 – Objectionable as vague and ambiguous | 65:21-66:7 | | |

| | | | | |
|---|---|---|---|---|
| | 13:19-25 – 401/402, 403 | | | |
| 43-45 | 44:16-24 – Objectionable as vague and ambiguous<br><br>45:6-12 - Objectionable as compound, vague, and ambiguous<br><br>45:13-24 – Objectionable as vague and ambiguous<br><br>45:25 – 401/402, 403 | 95:3-96:25 | | |
| 75-77 | 75:1-2 – 401/402, 403<br><br>76:3-15 – Objectionable as compound, vague, and ambiguous<br><br>76:21-25 – Objectionable as compound, vague, and ambiguous | 98:2-102:23 | | |
| | | 127:14-130:23 | | |
| | | 12:17-19 | | |
| | | 47:5-49:1 | | |
| | | 65:21-66:25 | | |

| Deposition of Valerie Makan – September 24, 2020 | | | | |
|---|---|---|---|---|
| **Plaintiff's Initial Designations** | **Defs' and Intervenors' Objections** | **Defs' and Intervenors' Counter Designations** | **Plaintiff's Objections to Defs' and Intervenors' Objections Counter Designations** | **Court Ruling** |
| 6-7 | 6:1-10 – 401/402, 403<br>7:15-23 – 401/402, 403 | 8:1-3 | | |
| 27-77 | 27:6-20 – 401/402, 403<br><br>28:8-17 - Objectionable as compound, vague, and ambiguous<br><br>29:6-13 – 401/402, 403 – Questioning attorney struck question<br><br>29:14-16 – Objectionable as vague and ambiguous<br><br>29:22-24 – Objectionable as vague and ambiguous<br><br>30:5-24 – Objectionable as compound, vague, and ambiguous<br><br>30:25-31:22 – 401/402, 403 | 26:3-6 | | |

| | | | |
|---|---|---|---|
| | 32:25-33:14 – Objectionable as vague, ambiguous, and compound<br><br>33:15-34:24 – Objectionable as compound, vague, and ambiguous<br><br>34:25-35:18 – Objectionable as vague and ambiguous<br><br>36:21-37:6 – Objectionable as compound, vague, and ambiguous<br><br>37:7-21 – 401/402, 403<br><br>37:22 – 39:1 – Objectionable as compound, vague, and ambiguous<br><br>39:2-42:5 – 401/402, 403<br><br>42:6-43:11 – Objectionable as | | |

| | | | |
|---|---|---|---|
| | compound, vague, and ambiguous<br><br>45:12-46:2 – Objectionable as vague and ambiguous<br><br>46:20-47:16 – 401/402, 403<br><br>47:17-48:3 – Objectionable as compound, vague, and ambiguous<br><br>48:4-49:13 – Objectionable as compound, vague, and ambiguous<br><br>50:16-51:2 – Objectionable as vague and ambiguous<br><br>51:13-52:11 – Objectionable as vague and ambiguous<br><br>52:12-19 – 401/402, 403<br><br>52:20-53:7 – Objectionable as | | |

| | | | | |
|---|---|---|---|---|
| | compound, vague, and ambiguous<br><br>53:8-54:3 – Objectionable as vague and ambiguous<br><br>54:4-55:23 – 401/402, 403<br><br>55:24-56:15 – Objectionable as compound, vague, and ambiguous<br><br>56:22-57:21 – 401/402, 403 – Objectionable as compound, vague, and ambiguous<br><br>58:18-59:3 – 401/402, 403<br><br>59:4-25 – Objectionable as compound, vague, and ambiguous<br><br>62:7-20 – Objectionable as compound, vague, and ambiguous | | | |

| | | | |
|---|---|---|---|
| | 63:6-22 – Objectionable as compound, vague, and ambiguous<br><br>63:23-64:8 – Objectionable as vague and ambiguous<br><br>65:4-9 – Objectionable as vague and ambiguous<br><br>65:24-66:25 – 401/402, 403<br><br>68:9-69:7 – Objectionable as compound, vague, and ambiguous<br><br>69:18-21 – 401/402, 403<br><br>70:4-19 – Objectionable as vague and ambiguous<br><br>70:20-71:1 – Objectionable as compound, vague, and ambiguous<br><br>71:6-72:5 – 401/402, 403 | | | |

| | 72:25-73:22 – 401/402, 403 – Objectionable as compound, vague, and ambiguous<br><br>73:23-74:15 – Objectionable as compound, asked and answered, vague, and ambiguous<br><br>73:19-75:18 – 401/402, 403<br><br>75:19-76:24 – 401/402, 403 – Objectionable as compound, asked and answered, vague, and ambiguous<br><br>76:25-77:14 – 401/402, 403 – Objectionable as compound, asked and answered, vague, and ambiguous<br><br>77:15-25 - 401/402, 403 – Objectionable as compound, asked and answered, vague, and ambiguous | | | |
| | | 26:16-21 | | |
| | | 26:22-5 | | |

| | | 7:24-8:7 | | |
|---|---|---|---|---|
| | | 26:3-6 | | |