# EXHIBIT G

**Exhibit G: Defendants' and Intervenors' Deposition Designations**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and the Joint Motion for Leave to Amend Docket Control Order Defendants AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless ("Defendants") and Intervenors HTC Corporation and HTC America, Inc. ("Intervenors") hereby serve their affirmative designations of those witnesses whose testimony Defendant may present at trial by means of deposition for issues in which Defendant holds the burden of proof.

Defendants and Intervenors serve these deposition designations subject to and without waiver of their motions *in limine*, motions to exclude certain evidence, *Daubert* motions, and challenges to experts. Defendants and Intervenors reserve the right to modify, amend, or supplement these designations in response to rulings by the Court (including on any motions). Defendants and Intervenors also reserve the right to present deposition testimony from any witness designated by Plaintiff for purposes of impeachment or during the examination of its expert witnesses.

| Deposition of Robert L. Meyers – December 21, 2017 | | | | |
|---|---|---|---|---|
| **Defendants' and Intervenor' Initial Designations** | **Salazar's Objections** | **Salazar's Counter Designations** | **Defendants' and Intervenors' Objections to Salazar's Counter-Designations** | **Court Ruling** |
| 4:7-14 | BSD, 401/402, 802 | | | |
| 5:11-17 | BSD, 401/402, 802 | | | |
| 7:8-23 | BSD, 401/402, 802 | | | |
| 8:20-9:1 | BSD, 401/402, 802 | | | |
| 11:25-12:10 | BSD, 401/402, 802 | | | |
| 17:12-20 | BSD, 401/402, 802 | | | |
| 18:5-14 | BSD, 401/402, 802 | | | |
| 22:11-23:5 | BSD, 401/402, 802, S, VA, 602P, 602F | | | |
| 23:17-19 | BSD, 401/402, 802, S, VA, 602P, 602F | | | |
| 24:13-25:5 | BSD, 401/402, 802, S, VA, 602P, 602F | | | |
| 31:20-32:25 | BSD, 401/402, 802, S, VA, 602P, 602F, 701, 702 | 30:25-33:17 | | |

| Deposition of Joe Andrew Salazar – December 20, 2017 | | | | |
|---|---|---|---|---|
| **Defendants' and Intervenors' Initial Designations** | **Salazar's Objections** | **Salazar's CounterDesignations** | **Defendants' and Intervenors' Objections to Salazar's Counter-Designations** | **Court Ruling** |
| 4:7-12 | BSD, 401/402, 802 | | | |
| 8:6-10 | BSD, 401/402, 802 | | | |
| 9:13-15:22 | BSD, 401/402, 802 | | | |
| 30:6-7 | BSD, 401/402, 802 | | | |
| 30:15-18 | BSD, 401/402, 802, LC | | | |
| 30:20-23 | BSD, 401/402, 802, LC | | | |
| 30:25-31:4 | BSD, 401/402, 802, LC | | | |
| 42:6-7 | BSD, 401/402, 802, 602F, VA, 701, 702 | | | |
| 42:9 | BSD, 401/402, 802, 602F, VA, 701, 702 | | | |
| 43:5-6 | BSD, 401/402, 802, 602F, VA, 701, 702 | | | |

| | | | | |
|---|---|---|---|---|
| 43:8-11 | BSD, 401/402, 802, 602F, VA,701, 702 | | | |
| 55:1-56:19 | BSD, 401/402, 802, 602F, VA,701, 702, 403M, 602P, LC | | | |
| 62:18-63:12 | BSD, 401/402, 802, 602F, VA,701, 702, 602P | | | |
| 63:10-11 | BSD, 401/402, 802, 602F, VA,701, 702 | | | |
| 63:14 | BSD, 401/402, 802, 602F, VA,701, 702 | | | |
| 64:3-8 | BSD, 401/402, 802, COM, VA | | | |
| 74:15-19 | BSD, 401/402, 802, 602F, VA,701, 702 | | | |
| 74:23-75:10 | BSD, 401/402, 802, 602F, VA,701, 702 | | | |
| 75:15-21 | BSD, 401/402, 802, 602F, VA,701, 702 | | | |
| 94:12-15 | BSD, 401/402, 802, 602F, VA,701, 702 | | | |
| 95:8-11 | BSD, 401/402, 802, 602F, VA,701, 702 | | | |

| | | | | |
|---|---|---|---|---|
| 95:20-96:18 | BSD, 401/402, 802, 602F, VA,701, 702 | | | |
| 97:3-5 | BSD, 401/402, 802, 602F, VA,701, 702 | | | |
| 97:7-10 | BSD, 401/402, 802, LC | | | |
| 100:10-17 | BSD, 401/402, 802, LC | | | |
| 100:21-24 | BSD, 401/402, 802 | | | |
| 101:17-22 | BSD, 401/402, 802 | | | |
| 110:24-111:2 | BSD, 401/402, 802, LC, MIS, H, 602P, 602F | | | |
| 111:4-8 | BSD, 401/402, 802, LC, MIS, H, 602P, 602F, PRIV | | | |
| 111:11-20 | BSD, 401/402, 802, LC, MIS, H, 602P, 602F, PRIV | | | |
| 112:2-4 | BSD, 401/402, 802, LC, MIS, H, 602P, 602F, PRIV | | | |
| 112:6-7 | BSD, 401/402, 802, LC, MIS, H, 602P, 602F, PRIV | | | |

| | | | | |
|---|---|---|---|---|
| 132:8-23 | BSD, 401/402, 802, R, VA, 602P, LC | | | |

| Deposition of Joe Andrew Salazar – September 22, 2020 | | | | |
|---|---|---|---|---|
| **Defendants' and Intervenors' Initial Designations** | **Salazar's Objections** | **Salazar's Counter Designations** | **Defendants' and Intervenors' Objections to Salazar's Counter-Designations** | **Court Ruling** |
| 7:7-11 | 401/402, 403P, 403M | | | |
| 8:5-9:2 | 401/402, 403P, 403M | | | |
| 9:16-21 | 401/402 | | | |
| 10:15-24 | 401/402, VA | | | |
| 11:2-7 | | | | |
| 11:12-23 | 401/402 | | | |
| 13:8-22 | 401/402 | | | |
| 14:1-11 | 401/402, 403P, 403M | | | |
| 14:14-16:4 | 401/402, 403P, 403M, S, VA | | | |
| 17:6-15 | 401/402 | | | |
| 18:13-19:13 | 401/402, 403P, 403M | | | |
| 19:18-21 | 401/402, 403P, 403M | | | |
| 19:24-21:2 | 401/402, 403P, 403M | | | |
| 23:13-18 | 401/402 | | | |

| | | | | |
|---|---|---|---|---|
| 23:23-25 | | | | |
| 24:15-25:5 | 401/402, 403P, 403M | | | |
| 33:7-11 | 401/402, 403P, 403M | | | |
| 49:13-25 | 401/402 | | | |
| 50:1-5 | 401/402, 403P, 403M, VA | 50:6-15 | | |
| 50:16-51:5 | 401/402, 403P, 403M | | | |
| 51:11-52:15 | 401/402, 403P, 403M | | | |
| 52:22-53:15 | 401/402, 403P, 403M | | | |
| 54:16-22 | 401/402 | | | |
| 55:11-16 | 401/402, 403P, 403M | | | |
| 56:2-57:5 | 401/402, 403P, 403M, 802, LC | 57:6-10 | | |
| 57:7-58:14 | 401/402, 403P, 403M, 802, LC, VA | | | |
| 59:2-17 | 401/402, VA | | | |
| 60:19-62:11 | 401/402, 403M | 60:9-18 | | |
| 62:14-19 | 401/402, 403M, LC | | | |
| 63:5-15 | 401/402, 403M, LC | 60:9-18 | | |
| 110:21-111:20 | DNE | | | |

| Deposition of Sivasubramanian Muthukumarasamy – January 8, 2018 | | | | |
|---|---|---|---|---|
| **Defendants' and Intervenors' Initial Designations** | **Salazar's Objections** | **Salazar's Counter Designations** | **Defendants' and Intervenors' Objections to Salazar's Counter-Designations** | **Court Ruling** |
| 8:14-23 | | | | |
| 9:2-9 | | | | |
| 14:16-15:25 | | | | |
| 14:16-15:25 | | | | |
| 16:6-18:3 | | | | |
| 27:2-3 | | | | |
| 27:5-20 | | | | |
| 28:5-11 | | | | |
| 28:13-16 | | | | |

| KEY | SALAZAR'S OBJECTIONS TO HTC'S DEPOSITION DESIGNATION |
|---|---|
| 106 | Optional completeness required to put statement in proper context |
| 401/402 | Lacks relevance |
| 403P | Prejudice outweighs relevance |
| 403M | Evidence could mislead jury or confuse issues |
| 403C | Cumulative evidence |
| 408 | Settlement communications |
| 602F | Lacks proper foundation |
| 602P | Witness lacks personal knowledge |
| 701/702 | Improper or unreliable opinion testimony |
| 703 | Inadmissible evidence disclosed as basis for expert opinion |
| 802 | Hearsay |
| 805 | Hearsay within hearsay |
| 901 | Lacks authenticity |
| MIL | Subject to motion in limine |
| ARG | Scope/Form: Argumentative |
| AF | Scope/Form: Assumes facts not in evidence |
| COM | Scope/Form: Compound |
| MIS | Scope/Form: Misquoting/mischaracterizing prior testimony |
| NAR | Scope/Form: Narrative |
| NR | Scope/Form: Non-responsive |
| S | Scope/Form: Speculation |
| LQ | Scope/Form: Leading question |
| LC | Scope/Form: Legal conclusion |
| PRIV | Scope/Form: Privileged |
| R | Scope/Form: Repetitive/asked and answered |
| IP | Scope/Form: Improper Impeachment |
| VA | Scope/Form: Vague/Ambiguous |

| ATTNY | Attorney objections, side-bar remarks or argument not removed |
|---|---|
| PER | Testimony by 30(b)(6) designee outside scope of noticed topics |
| BSD | Beyond scope of discovery order |
| DNE | Cited lines do not exist |

-2-