# EXHIBIT H

## **Exhibit H**

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and the Amended Docket Control Order, Defendants AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc., and Cellco Partnership d/b/a Verizon Wireless ("Defendants") and Intervenors HTC Corporation and HTC America, Inc. ("Intervenors") hereby serve the following designations of trial testimony from *Salazar v. HTC Corp.*, No. 2:16-cv-01096-JRG (E.D. Tex.).

Defendants and Intervenors reserve the right to modify, amend, or supplement these designations in response to rulings by the Court (including on any motions).

| Testimony of Roy A. Griffin III – May 7, 2018 (P.M. Session) | | | | |
|---|---|---|---|---|
| **Defs' and Intervenors' Designations** | **Plaintiff's Objections** | **Plaintiff's Counter Designations** | **Defs' and Intervenors' Objections to Plaintiff's Counter Designations** | **Court Ruling** |
| 168:5-169:10 | 401/402, 403P, 403M, 802, BSD, CC, MIL | 169:11-12 | | |

| Testimony of Roy A. Griffin III – May 8, 2018 (P.M. Session) | | | | |
| --- | --- | --- | --- | --- |
| Defs' and Intervenors' Designations | Plaintiff's Objections | Plaintiff's Counter Designations | Defs' and Intervenors' Objections to Plaintiff's Counter Designations | Court Ruling |
| 8:25-9:9 | 401/402, 403P, 403M, 802, BSD, CC, MIL | 9:10-16 | | |
| 9:17-20 | 401/402, 403P, 403M, 802, BSD, CC, MIL | | | |
| 10:2-23 | 401/402, 403P, 403M, 802, BSD, CC, MIL | | | |

| KEY | SALAZAR'S OBJECTIONS TO DEPOSITION DESIGNATION |
| --- | --- |
| 106 | Optional completeness required to put statement in proper context |
| 401/402 | Lacks relevance |
| 403P | Prejudice outweighs relevance |
| 403M | Evidence could mislead jury or confuse issues |
| 403C | Cumulative evidence |
| 408 | Settlement communications |
| 602F | Lacks proper foundation |
| 602P | Witness lacks personal knowledge |
| 701/702 | Improper or unreliable opinion testimony |
| 703 | Inadmissible evidence disclosed as basis for expert opinion |
| 802 | Hearsay |
| 805 | Hearsay within hearsay |
| 901 | Lacks authenticity |
| MIL | Subject to motion in limine |
| ARG | Scope/Form:  Argumentative |
| AF | Scope/Form: Assumes facts not in evidence |
| COM | Scope/Form:  Compound |
| MIS | Scope/Form: Misquoting/mischaracterizing prior testimony |

| NAR | Scope/Form:  Narrative |
|---|---|
| NR | Scope/Form:  Non-responsive |
| S | Scope/Form: Speculation |
| LQ | Scope/Form: Leading question |
| LC | Scope/Form: Legal conclusion |
| PRIV | Scope/Form:  Privileged |
| R | Scope/Form: Repetitive/asked and answered |
| IP | Scope/Form: Improper Impeachment |
| VA | Scope/Form:  Vague/Ambiguous |
| ATTNY | Attorney objections, side-bar remarks or argument not removed |
| PER | Testimony by 30(b)(6) designee outside scope of noticed topics |
| BSD | Beyond scope of discovery order |
| DNE | Cited lines do not exist |
| CC | Expert testimony based on claim constructions not applicable in this case |