IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00004-JRG |
| AT&T MOBILITY LLC, SPRINT UNITED MANAGEMENT COMPANY, T-MOBILE USA INC, CELLCO PARTNERSHIP, INC. D/B/A VERIZON WIRELESS, INC., | § § § § § § § | |
| *Defendants*. | § § | |

**<u>ORDER</u>**

The Court issues this Order *sua sponte*. The Court **ORDERS** the parties to mediate in this case promptly and at a mutually agreeable date, but no later than thirty (30) days from the date of this Order. The mediation is to occur in front of the Hon. David Folsom, 6002-B Summerfield Drive, Texarkana, Texas 75503, dfolsom@jw.com. To ensure that mediation is as productive as possible, the Court hereby **ORDERS** that each party shall personally attend such mediation with lead counsel and a representative who has full and unilateral authority to act on and compromise on all pending disputes. Any party whose potential exposure may be covered by applicable insurance shall secure the presence at mediation of an authorized representative of any such insurer. No party or representative shall leave the mediation session, once it begins, without the approval of the mediator. The district's applicable local rules shall otherwise govern and apply in all respects.

**So ORDERED and SIGNED this 22nd day of March, 2021.**

                                                RODNEY GILSTRAP
                                                UNITED STATES DISTRICT JUDGE