# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR § | |
| § | |
| v. § | |
| § | Case No. 2:20-cv-00004-JRG |
| AT&T MOBILITY LLC, SPRINT § | |
| UNITED MANAGEMENT COMPANY, § | |
| T-MOBILE USA, INC., CELLCO § | |
| PARTNERSHIP, INC., d/b/a VERIZON § | |
| WIRELESS, INC. § | |

## ORDER TO PURCHASE JURY MEALS

In the interest of justice, jurors are ordered to remain together during breaks and meals in the above-referenced case during deliberations. The deputy-in-charge or courtroom deputy is authorized to purchase meals for sequestered eight (8) jurors until a verdict is rendered to this Court.

**So ORDERED and SIGNED this 4th day of May, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE