IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, *Plaintiff*, | § § § | |
| v. | § § | CASE NO.  2:20-cv-00004-JRG |
| AT&T MOBILITY LLC et al *Defendants*. | § § § | |

## REPORT OF MEDIATION

The above-captioned case was mediated via Zoom video conference by David Folsom on Wednesday, April 21, 2021, between Plaintiff, Joe Andrew Salazar, and Defendants, HTC Corp. and HTC America, Inc.  The mediation session has been suspended.  The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 6th day of May 2021.

>    */s/  David Folsom*
> David Folsom
> TXBN: 07210800
> JACKSON WALKER, LLP
> 6002-B Summerfield Drive
> Texarkana, Texas  75503
> Telephone: (903) 255-3250
> Facsimile:  (903) 255-3265
> E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 6th day of May 2021.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

>    */s/  David Folsom*
> David Folsom

28837698v.1 141408/00846