# EXHIBIT D

# EXHIBIT D
# PLAINTIFF JOE ANDREW SALAZAR'S TRIAL EXHIBIT LIST

| **Presiding Judge:** Hon. Rodney Gilstrap | **Plaintiff's Attorney** Patton, Tidwell & Culbertson, LLP Keyhani LLC | **Court Reporter:** |
|---|---|---|
| **Trial Date(s)** | **Defendants' Attorney** Williams Simons & Landis, PLLC Gillam & Smith LLP | **Court Deputy:** |

| PX No. | Date Offered | Marked | Admitted | Exhibit Description | Beginning Bates No. | Ending Bates No. | Conf. | Objections |
|---|---|---|---|---|---|---|---|---|
| 001 | | | | U.S. Patent No. 5,802,467 | | | | |
| 002 | | | | The prosecution history of the application that resulted in '467 Patent | | | | |
| 002.0288 - 0292 | | | | Notice of Allowability re the patent application for '467 (February 17, 1998) (part of the prosecution history of the '467) | | | | |
| 002.0293 - 0296 | | | | Election/Restriction re application for the '467 Patent (April 27, 1997) (part of the application of the '467 Patent) | | | | |
| 005 | | | | Contract between Joe Andrew Salazar and Luis Molero Castro (SALAZARCONFIDENTIAL-596 to 598) | | | | |
| 006 | | | | Schematic Diagrams (SALAZARCONFIDENTIAL- 845 to 847) | | | | |
| 007 | | | | Bill of Materials (SALAZAR-CONFIDENTIAL-848 to 852) | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 008 | | | | Asset Assignment and Debt Satisfaction Agreement between Innovative Intelcom Industries and Joe Andrew Salazar (SALAZAR-559) | | | | |
| 012 | | | | HTC Spreadsheet (HTC036724) | | | | |
| 013 | | | | HTC Corporation's Master Purchase Agreement with AT&T Mobility with all amendments (HTC038818-038973) | HTC038818 | HTC038973 | | |
| 014 | | | | HTC Corporation Master Purchase Agreement with Verizon Wireless with all amendments (HTC039062-039139) | HTC039062 | HTC039907 | | |
| 015 | | | | Distribution Agreement between HTC Corporation and HTC America, Inc. (HTC037528-037547) | | | | |
| 016 | | | | HTC One M7 phone | | | | |
| 017 | | | | HTC One M8 phone (Android) | | | | |
| 018 | | | | HTC One M8 phone (Windows) | | | | |

3

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 019 | | | | HTC One M9 phone | | | | |
| 020 | | | | U.S. Patent No. 6,970,917 | | | | |
| 030 | | | | https://www.qualcomm.com/products/snapdragon-processors-800 | | | | |
| 032 | | | | The parties agree these documents can be read pursuant to FRE 803(18), but they are not admissible as exhibits.<br><br>https://ieeexplore.ieee.org/document/546563/citations#citations | | | | 703, 801/802, 805,<br>901, 1002, NP |
| 033 | | | | The parties agree these documents can be read pursuant to FRE 803(18), but they are not admissible as exhibits.<br><br>https://science.jrank.org/programming/Microprocessors.html | | | | 703, 801/802, 805,<br>901, 1002, NP |
| 086 | | | | https://developer.qualcomm.com/qfile/35297/lm80- p0436-70_b_wcn3680bwcn3660b_devicespecification.pdf | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 098 | | | | | https://developer.qualcomm.com/download/sd600/wcd9311-audio-codecdevice-specification.pdf | | | |
| 112 | | | | | HTC000279 (HTC One quick start guide AT&T) | HTC000279 | HTC000280 | |
| 113 | | | | | HTC000394 (HTC One start guide TMobile) | | | |
| 114 | | | | | HTC002534-HTC002536 (HTC One M9 User Guide – Sprint) | HTC002490 | HTC002796 | |
| 115 | | | | | HTC003752 (Your HTC One user guide) | HTC003734 | HTC003914 | |
| 117 | | | | | HTC004173-HTC004174 (Your HTC One user guide) | HTC004154 | HTC004339 | |
| 118 | | | | | HTC004361-HTC004362 (Your HTC One user guide) | HTC004342 | HTC004526 | |
| 119 | | | | | HTC004557 (HTC One Verizon user guide) | HTC004529 | HTC004820 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 122 | | | | HTC027774 (HTC Corp. product requirement) | HTC027773 | HTC027774 | |
| 123 | | | | Salazar agrees to use the PEEL source code as a demonstrative unless authenticated at trial.<br><br>PTI_SC_005 to PTI_SC_010 (Peel source code) | | | 801/802, 901/1006 |
| 124 | | | | Salazar agrees to use the PEEL source code as a demonstrative unless authenticated at trial.<br><br>PTI_SC_069 to PTI_SC_072 (Peel source code) | | | 801/802, 901/1006 |
| 125 | | | | HTC-SC00160 to HTC-SC00293 (HTC source code) | | | |
| 126 | | | | Salazar agrees to use the PEEL source code as a demonstrative unless authenticated at trial.<br><br>PTI_SC_053 to PTI_SC_063 (Peel source code) | | | 801/802, 901/1006 |
| 127 | | | | HTC027756 (HTC Corp. feature sheet, July 31, 2014) | HTC027752 | HTC027758 | |
| 128 | | | | HTC029084 (HTC Corp. feature sheet, August 19, 2014) | HTC029080 | HTC029087 | |

6

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 129 | | | | HTC- SC00302 : HTC-SC00314 (HTC source code) | | | | |
| 130 | | | | HTC-SC005 : HTC-SC0066 (HTC source code) | | | | |
| 131 | | | | HTC-SC001 : HTC-SC004 (HTC source code) | | | | |
| 132 | | | | HTC-SC00160 : HTC-SC00293 (HTC source code) | | | | |
| 133 | | | | HTC- SC00115 : HTC-SC00123 (HTC source code) | | | | |
| 134 | | | | HTC- SC0067 : HTC-SC00314 (HTC source code) | | | | |
| 136 | | | | Salazar agrees to use the PEEL source code as a demonstrative unless authenticated at trial.<br><br>PTI_SC_064 to PTI_SC_068 (Peel source code) | | | | 801/802, 901/1006 |

| # | | | | | Description | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 137 | | | | | Salazar agrees to use the PEEL source code as a demonstrative unless authenticated at trial.<br><br>PTI_SC_073 to PTI_SC_077 (Peel source code) | | | | 801/802, 901/1006 |
| 138 | | | | | Salazar agrees to use the PEEL source code as a demonstrative unless authenticated at trial.<br><br>PTI_SC_089 to PTI_SC_093 (Peel source code) | | | | 801/802, 901/1006 |
| 139 | | | | | HTC024869 (0P6B120 DVT Block Diagram) | | | | |
| 140 | | | | | HTC026869 (WET #WLA01 Logic Spec.) | | | | |
| 141 | | | | | HTC027441 (WET #A01 Block Diagram) | | | | |
| 142 | | | | | HTC038817 (HIA#UHL Block Diagram) | | | | |
| 143 | | | | | HTC-SC0096 to HTC-SC00109 (HTC source code) | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 144 | | | | Salazar agrees to use the PEEL source code as a demonstrative unless authenticated at trial.<br><br>PTI_SC_001 to PTI_SC_004 (Peel source code) | | | 801/802, 901/1006 |
| 145 | | | | Salazar agrees to use the PEEL source code as a demonstrative unless authenticated at trial.<br><br>PTI_SC_011 to PTI_SC_018 (Peel source code) | | | 801/802, 901/1006 |
| 146 | | | | Salazar agrees to use the PEEL source code as a demonstrative unless authenticated at trial.<br><br>PTI_SC_019 to PTI_SC_023 (Peel source code) | | | 801/802, 901/1006 |
| 147 | | | | Salazar agrees to use the PEEL source code as a demonstrative unless authenticated at trial.<br><br>PTI_SC_024 to PTI_SC_037 (Peel source code) | | | 801/802, 901/1006 |
| 148 | | | | Salazar agrees to use the PEEL source code as a demonstrative unless authenticated at trial.<br><br>PTI_SC_038 to PTI_SC_040 (Peel source code) | | | 801/802, 901/1006 |
| 149 | | | | HTC004821 : HTC004932 (IR Remote functional specification, September 27, 2012) | HTC004821 | HTC004876 | |

|  |  |  |  |  | HTC004877 | HTC004890 |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | HTC004891 | HTC004932 |  |  |
| 150 |  |  |  | HTC-SC001 : HTC-SC006 (HTC source code) |  |  |  |  |
| 151 |  |  |  | HTC-SC00128 : HTC-SC00143 (HTC source code) |  |  |  |  |
| 152 |  |  |  | HTC-SC00144: HTC-SC00159 (HTC source code) |  |  |  |  |
| 153 |  |  |  | HTC-SC0079 to HTC-SC0095 (HTC source code) |  |  |  |  |
| 154 |  |  |  | HTC-SC001 to HTC-SC004 (HTC source code) |  |  |  |  |
| 155 |  |  |  | HTC-SC005 to HTC-SC0063 (HTC source code) |  |  |  |  |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 156 | | | | HTC-SC00299 to HTC-SC00301 (HTC source code) | | | | |
| 157 | | | | HTC-SC00124 to HTC-SC00127 (HTC source code) | | | | |
| 158 | | | | HTC-SC0069 to HTC-SC0078 (HTC source code) | | | | |
| 159 | | | | Salazar agrees to use the PEEL source code as a demonstrative unless authenticated at trial.<br><br>PTI_SC_078 to PTI_SC_085 (Peel source code) | | | | 801/802, 901/1006 |
| 160 | | | | Salazar agrees to use the PEEL source code as a demonstrative unless authenticated at trial.<br><br>PTI_SC_086 to PTI_SC_088 (Peel source code) | | | | 801/802, 901/1006 |
| 161 | | | | HTC016841 (untitled) | HTC016840 | HTC016853 | | |
| 162 | | | | HTC024881 (EE_CIR_MCU diagram January 17, 2014) | HTC024869 | HTC024933 | | |

11

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 163 | | | | HTC011331 : HTC011358 (MAXQ614 16-Bit Microcontroller with Infrared Module) | | | | |
| 164 | | | | HTC027753 : HTC027754 (Feature Sheet July 31, 2014) | HTC027752 | HTC027758 | | |
| 165 | | | | HTC029081 (Feature Sheet August 19, 2014) | HTC029080 | HTC029087 | | |
| 166 | | | | HTC020813 (PN07100 Block Diagram DVT) | HTC020813 | HTC020872 | | |
| 167 | | | | HTC024934 (MET#UL_ATT A01 Block Diagram) | HTC024934 | HTC024998 | | |
| 169 | | | | HTC021134 (M7#UL A03 Block Diagram) | HTC021134 | HTC021245 | | |
| 171 | | | | HTC028891 (Bluetooth compatibility test report) | | | | |
| 173 | | | | HTC026799-HTC026839 (HTC capacitive touch window product requirement document) | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 174 | | | | HTC026885 (Logic Spec.) | HTC026864 | HTC026904 | | |
| 175 | | | | HTC027766 (Product requirement 2014/04/09) | HTC027759 | HTC027812 | | |
| 176 | | | | HTC024844 (HTC Capacitive Touch Window Test Document) | HTC024840 | HTC024865 | | |
| 180 | | | | U.S. Patent No. 5,138,649 ("Krisbergh") | | | | |
| 199 | | | | AT&T 2013 Annual Report (Reference in Giuffre Report) | | | | |
| 200 | | | | AT&T 2014 Annual Report (Reference in Giuffre Report) | | | | |
| 201 | | | | AT&T 2015 Annual Report (Reference in Giuffre Report) | | | | |
| 202 | | | | Verizon 2013 Annual Report (Reference in Giuffre Report) | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 203 | | | | Verizon 2014 Annual Report (Reference in Giuffre Report) | | | | |
| 204 | | | | Verizon 2015 Annual Report (Reference in Giuffre Report) | | | | |
| 205 | | | | Sprint 2015 Form 10-K Annual Report (Reference in Giuffre Report) | | | | |
| 206 | | | | T-Mobile 2013 Form 10-K (Reference in Giuffre Report) | | | | |
| 207 | | | | T-Mobile 2014 Form 10-K (Reference in Giuffre Report) | | | | |
| 208 | | | | T-Mobile 2015 Form 10-K (Reference in Giuffre Report) | | | | |
| 221 | | | | AT&T Sales Data (ATT003480) | ATT003480 | ATT003549 | | |
| 222 | | | | AT&T Sales Data (ATT0137020-35617) | ATT013702 | ATT035617 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 223 | | | | "HTC Sales by Qtr 2013 forward," VZN001430 | VZN001430 | VZN001430 | | |
| 224 | | | | Verizon Sales Data (VZN000871, VZN000873-000879) | VZN000871 | VZN000871 | | |
| | | | | | VZN000872 | VZN000879 | | |
| 225 | | | | Verizon Sales Data (VZN001513-001542) | VZN001512 | VZN001542 | | |
| 227 | | | | Verizon Sales/Revenue Data (VZN001431-001433) | VZN001431 | VZN001433 | | |
| 228 | | | | Sprint Services Data (SPR000835000836) | SPR000835 | SPR000835 | | |
| 229 | | | | Sprint Sales/Revenue Data (SPR000837-000838) | SPR000837 | SPR000838 | | |
| 230 | | | | Sprint Revenue Data (SPR020989) | SPR020989 | SPR020990 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 231 | | | | T-Mobile Sales/Revenue Data (TMO000540-000542) | TMO000540 | TMO000540 | | |
| | | | | | TMO000541 | TMO000542 | | |
| 233 | | | | T-Mobile Revenue Data (TMO001516) | TMO001516 | TMO001516 | | |
| 234 | | | | T-Mobile Data (TMO001517) | TMO001517 | TMO001517 | | |
| 235 | | | | Peel License and Services Agreement (HTC029545-029580) | HTC029545 | HTC029580 | | |
| 236 | | | | Peel License and Services Agreement (HTC029581-029606) | HTC029581 | HTC029606 | | |

**Objection Key**

| Abbreviation | Definition |
|---|---|
| DUP | Duplicative |
| NP | Not Produced |
| SM | Subject to Motion (*Daubert* and/or motion *in limine*) |

| ND | Testimony has not been designated |
|---|---|
| FRCP 32 | Deposition not admissible as exhibit |