# EXHIBIT E

EXHIBIT E
DEFENDANTS' TRIAL EXHIBIT LIST

| Presiding Judge:<br>Hon. Rodney Gilstrap | | | | Plaintiff's Attorney<br>Patton, Tidwell & Culbertson, LLP<br>Keyhani LLC | | | Court Reporter: | | |
|---|---|---|---|---|---|---|---|---|---|
| Trial Date(s) | | | | Defendants' Attorney<br>Williams Simons & Landis, PLLC<br>Gillam & Smith LLP | | | Court Deputy: | | |
| DX No. | Date Offered | Marked | Admitted | Exhibit Description | Beginning Bates No. | Ending Bates No. | Conf. | Objections | |
| 001 | | | | U.S. Patent No. 5,802,467 | SALAZAR-496 | SALAZAR-521 | | | |
| 002 | | | | File History for U.S. Patent No. 5,802,467 | SALAZAR-001 | SALAZAR-495 | | | |
| 003 | | | | U.S. Patent No. 5,537,608 ("Beatty") | HTC039243 | HTC039258 | | | |
| 004 | | | | U.S. Patent No. 5,179,680 ("Colwell") | HTC026211 | HTC026245 | | | |
| 005 | | | | U.S. Patent No. 5,410,326 ("Goldstein") | HTC026246 | HTC026290 | | | |
| 006 | | | | U.S. Patent No. 5,465,401 ("Thompson") | HTC026291 | HTC026310 | | | |
| 007 | | | | U.S. Patent No. 4,623,887 ("Welles") | HTC038568 | HTC038592 | | | |
| 008 | | | | U.S. Patent No. 4,802,114 ("Sogame") | HTC039235 | HTC039242 | | | |
| 009 | | | | U.S. Patent No. 4,866,434 ("Keenan") | HTC038593 | HTC038603 | | | |
| 010 | | | | U.S. Patent No. 4,918,439 ("Wozniak") | HTC038604 | HTC038791 | | | |
| 011 | | | | U.S. Patent No. 5,138,649 ("Krisbergh") | Legible copy of SALAZAR-268 | Legible copy of SALAZAR-278 | | | |
| 019 | | | | Letter from J. Salazar to D. Moloney/Motorola Broadband Communications Sector Regarding | SALAZAR-CONFIDENTIAL - 577 | SALAZAR-CONFIDENT | CONF | | |

2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Patent License Agreement 1023 dated July 30, 2006 [Salazar depo Ex. 8] | | IAL - 577 | | |
| 020 | | | | Asset Assignment and Debt Satisfaction Agreement Between Innovative Intelcom Industries and Salazar dated December 14, 2006 [Salazar depo Ex. 9] | SALAZAR-CONFIDENTIAL - 559 | SALAZAR-CONFIDENTIAL - 559 | CONF | |
| 021 | | | | Draft of Letter from R. Eisert to S. Meyers/General Instrument Corporation Regarding Exclusive License Under U.S. Patent No. 5,138,649 dated March 3, 1995 [Salazar depo Ex. 10] | SALAZAR-CONFIDENTIAL - 574 | SALAZAR-CONFIDENTIAL - 574 | CONF | |
| 022 | | | | Innovative Intelcom Industries Annual Meeting of Shareholders Presentation dated May 26, 1995 [Salazar depo Ex. 11] | SALAZAR-CONFIDENTIAL - 611 | SALAZAR-CONFIDENTIAL - 616 | CONF | |
| 023 | | | | U.S. Patent Pub. No. 2005/0054289 A1 ("Salazar '489") [Meyers depo Ex. 14] | HTC038550 | HTC038567 | | |
| 024 | | | | Declaration and Power of Attorney of J. Salazar, L. Molero-Castro, and R. Meyers for Provisional Patent Application 10/656633 dated August 2003 [Meyers depo Ex. 15] | NONE | NONE | | |
| 025 | | | | U.S. Patent No. 5,802,467 | Legible copy of SALAZAR-496 | Legible copy of SALAZAR-521 | | |
| 026 | | | | Qualcomm Snapdragon 600 Processor APQ8064 Data Sheet at 19, available online at https://www.qualcomm.com/documents/snapdragon-600-apq-8064-data-sheet [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 027 | | | Qualcomm Snapdragon 810 Processor Product Brief, available online at https://www.qualcomm.com/media/documents/files/snapdragpn-810-processor-product-brief [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | |
| 028 | | | AnandTech, "Qualcomm's Snapdragon 801 (MSM8974AC): The New 32-bit Flagship Until 805," (Feb. 24, 2014), available online at http://www.anandtech.com/show/7783/qualcomms-snapdragon-801-msm8974ac-the-new032bitflagship-until-805 [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | |
| 029 | | | Qualcomm Snapdragon 801 Processor Product Brief, available online at https://www.qualcomm.com/media/documents/files/snapdragon-801-processor-product-brief.pdf [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | |
| 030 | | | BCM4330 Datasheet, available online at http://www.datasheetq.com/datasheetdownload/713750/1/Broadcom/BCM4330?lang=en [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | |
| 031 | | | BCM43353 Datasheet, available online at http://pdf1.alldatasheet.com/datasheetpdf/view/828933/CYPRESS/BCM43353.html [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | |
| 032 | | | PN544 datasheet, available online at http://www.datasheet4u.com/datasheetpdf/NXP Semiconductors/PN544/pdf.php?id=706823 [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 033 | | | | HTC-SC0005-63 (HtcIrInterfaceCpp) [Wolfe's Rebuttal Noninfringement Report] | HTC-SC0005 | HTC-SC0063 | CONF |
| 035 | | | | International Distributor Agreement [Lai depo Ex 2] | HTC037528 | HTC037547 | CONF |
| 036 | | | | HTC America, Inc. Invoice, June 17, 2013 [Lai depo Ex 2] | HTC037608 | HTC037608 | CONF |
| 037 | | | | HTC America, Inc. Invoice, August 16, 2014 [Lai depo Ex 2] | HTC037609 | HTC037609 | CONF |
| 038 | | | | HTC America, Inc. Invoice, March 21, 2014 [Lai depo Ex 2] | HTC037610 | HTC037610 | CONF |
| 039 | | | | HTC America, Inc. Invoice, April 3, 2015 [Lai depo Ex 2] | HTC037611 | HTC037611 | CONF |
| 040 | | | | HTC America, Inc. Invoice, March 28, 2013 [Lai depo Ex 2] | HTC037612 | HTC037612 | CONF |
| 041 | | | | HTC America, Inc. Invoice, March 30, 2013 [Lai depo Ex 2] | HTC037613 | HTC037613 | CONF |
| 042 | | | | HTC America, Inc. Invoice, April 16, 2013 | HTC037614 | HTC037614 | CONF |
| 043 | | | | HTC America, Inc. Invoice, March 3, 2015 | HTC037615 | HTC037615 | CONF |
| 044 | | | | HTC America, Inc. Invoice, March 14, 2014 | HTC037616 | HTC037616 | CONF |
| 045 | | | | HTC America, Inc. Invoice, March 22, 2014 | HTC037617 | HTC037617 | CONF |
| 046 | | | | HTC America, Inc. Invoice, October 31, 2014 | HTC037618 | HTC037618 | CONF |
| 047 | | | | HTC America, Inc. Invoice, October 31, 2014 | HTC037619 | HTC037619 | CONF |
| 048 | | | | HTC America, Inc. Invoice, March 21, 2015 | HTC037620 | HTC037620 | CONF |
| 049 | | | | HTC America, Inc. Invoice, March 18, 2015 | HTC037621 | HTC037621 | CONF |
| 050 | | | | HTC America, Inc. Invoice, March 24, 2015 | HTC037622 | HTC037622 | CONF |
| 051 | | | | Master Purchase Agreement (MPA) between Sprint and HTC Corp., May 19, 2008 | HTC038162 | HTC038278 | CONF |
| 052 | | | | Amendment 6 to MPA between Sprint and HTC Corp., June 9, 2010 | HTC038279 | HTC038280 | CONF |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 053 | | | | HTC One (M8) for Windows User Guide | HTC000396 | HTC000508 | |
| 054 | | | | HTC One (M8) for Windows Verizon User Guide | HTC000511 | HTC000693 | |
| 055 | | | | HTC One (M8) User Guide | HTC001165 | HTC001358 | |
| 056 | | | | HTC One (M8) Verizon User Guide | HTC001557 | HTC001872 | |
| 057 | | | | HTC One (M9) User Guide | HTC001873 | HTC002081 | |
| 058 | | | | HTC One (M9) Sprint User Guide | HTC002490 | HTC002796 | |
| 059 | | | | HTC One (M9) Verizon User Guide | HTC003226 | HTC003546 | |
| 060 | | | | HTC One User Guide | HTC003734 | HTC003914 | |
| 061 | | | | HTC One Sprint User Guide | HTC003915 | HTC004151 | |
| 062 | | | | HTC One User Guide | HTC004154 | HTC004339 | |
| 063 | | | | HTC One Verizon User Guide | HTC004529 | HTC004820 | |
| 064 | | | | IR Remote Functional Specification for Sense 5.0, December 19, 2012 | HTC004821 | HTC004876 | CONF |
| 065 | | | | HTC Gesture Remote, Sense 5.0, December 17, 2012 | HTC004891 | HTC004932 | CONF |
| 066 | | | | MaxQ614 Datasheet, September 2012 | HTC011331 | HTC011358 | |
| 067 | | | | M7 Schematics, July 13, 2012 | HTC016840 | HTC016853 | CONF |
| 068 | | | | M7 Schematics, January 11, 2013 | HTC020813 | HTC020872 | CONF |
| 069 | | | | M8 Schematics, January 17, 2014 | HTC024869 | HTC024933 | CONF |
| 070 | | | | W8 Logic Specification, revised July 30, 2014 | HTC026864 | HTC026904 | CONF |
| 071 | | | | W8 Schematics, July 30, 2014 | HTC027441 | HTC027506 | CONF |
| 072 | | | | M9 Schematics, January 16, 2015 | HTC037548 | HTC037599 | CONF |
| 073 | | | | M9 Block Diagram, November 7, 2014 | HTC038817 | HTC038817 | CONF |
| 074 | | | | Sense 5 Application Brief V1.3f, February 7, 2013 | HTC029830 | HTC030052 | CONF |
| 075 | | | | M7 Merchandising Proposal, April 16, 2013 | HTC030269 | HTC030309 | CONF |
| 076 | | | | HTC One - One Pager, May 22, 2013 | HTC030669 | HTC030670 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 077 | | | | HTC One Retail Store Training – HTC One Global Speaker Notes, June 11, 2013 | HTC031026 | HTC031082 | CONF | |
| 079 | | | | HTC Brand Tracking Research United States Report – H1 2013 | HTC032361 | HTC032428 | CONF | |
| 084 | | | | M8 Training Deck – The all new HTC One (M8), March 3, 2014 | HTC034005 | HTC034081 | CONF | |
| 085 | | | | HTC One M8 – One Pager, March 4, 2014 | HTC034082 | HTC034083 | CONF | |
| 086 | | | | HTC USA Consumer Market Report – Data to Q1 2014 – Kantar World Panel, May 9, 2014 | HTC034496 | HTC034570 | CONF | |
| 087 | | | | HTC USA Consumer Market Report – Data to Q2 2014 – Kantar World Panel, August 13, 2014 | HTC035096 | HTC035167 | CONF | |
| 088 | | | | W8 Poster 22x28, August 13, 2014 | HTC035172 | HTC035172 | | |
| 089 | | | | HTC M9 v. G4 - One Pager, July 14, 2015 | HTC036655 | HTC036656 | | |
| 090 | | | | HTC US Consumer Market Report Q3 2015 – Kantar World Panel, October 20, 2015 | HTC036657 | HTC036723 | CONF | |
| 091 | | | | Plaintiff Joe Andrew Salazar's Second Amended Responses and Objections to Defendant HTC Corporation's First Set of Interrogatories (Nos. 1-12), served September 7, 2017 | NONE | NONE | | Admitted subject to Dkt. No. 144 being denied. |
| 092 | | | | Plaintiff's First Amended Original Complaint for Patent Infringement, Dkt. 17, Salazar v. HTC Corp., No. 2:16-cv-01096- JRG-RSP (E.D. Tex. Apr. 10, 2017) | NONE | NONE | | Admitted subject to Dkt. No. 144 being denied. |
| 093 | | | | Plaintiff's Second Amended Original Complaint for Patent Infringement, Dkt. 44, Salazar v. HTC Corp., No. 2:16-cv-01096- JRG-RSP (E.D. Tex. June 15, 2017) | NONE | NONE | | Admitted subject to Dkt. No. 144 being denied. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 094 | | | Plaintiff Joe Andrew Salazar's Responses and Objections to Defendant HTC Corporation's First Set of Interrogatories, Salazar v. HTC Corp., No. 2:16-cv-01096- JRG-RSP (E.D. Tex. June 8, 2017) | NONE | NONE | CONF | Admitted subject to Dkt. No. 144 being denied. |
| 095 | | | Plaintiff Joe Andrew Salazar's First Amended Responses and Objections to Defendant HTC Corporation's First Set of Interrogatories, Salazar v. HTC Corp., No. 2:16-cv-01096-JRG-RSP (E.D. Tex. July 21, 2017) | NONE | NONE | CONF | Admitted subject to Dkt. No. 144 being denied. |
| 096 | | | Plaintiff Joe Andrew Salazar's Second Amended Responses and Objections to Defendant HTC Corporation's First Set of Interrogatories, Salazar v. HTC Corp., No. 2:16-cv-01096-JRG-RSP (E.D. Tex. Sept. 7, 2017) | NONE | NONE | CONF | Admitted subject to Dkt. No. 144 being denied. |
| 097 | | | Single Chip IEEE 802.11TM a/b/g/n MAC/Baseband/Radio with Integrated Bluetooth® 4.0 + HS and FM Transceiver ("BCM43330 Datasheet") [Ex. B to Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | |
| 098 | | | Single-Chip 5G Wi-Fi IEEE 802.11ac 2×2 MAC/Baseband/Radio with Integrated Bluetooth 4.1, FM Receiver, and Wireless Charging ("CYW4356 Datasheet") [Ex. C to Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | |
| 099 | | | Single Chip IEEE 802.11 a/b/g/n MAC/Baseband/Radio with Integrated Bluetooth 4.0 + HS and FM Receiver ("BCM4334 Datasheet") | NONE | NONE | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | [Ex. D to Wolfe's Rebuttal Noninfringement Report] | | | |
| 100 | | | | TXS0102 2-Bit Bidirectional Voltage-Level Translator for Open-Drain and Push-Pull Applications at 1 (available online at https://www.ti.com/lit/ds/symlink/txs0102.pdf) [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | |
| 101 | | | | Qualcomm Snapdragon 810 Processor Product Brief (available online at https://www.qualcomm.com/system/files/document/files/snapdragon_product_brief_810_0.pdf) [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | |
| 102 | | | | WCN3680B/WCN3660B Device Specification (available online at https://developer.qualcomm.com/qfile/35297/lm80-p0436-70_b_wcn3680bwcn3660b_devicespecification.pdf) [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | |
| 103 | | | | Android Developers > Docs > Reference > SQLiteOpenHelper (available online at https://developer.android.com/reference/android/database/sqlite/SQLiteOpenHelper) [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | |
| 104 | | | | IR Emitter and Detector Product Data Sheet LTE-C9301 (available online at https://optoelectronics.liteon.com/upload/download/DS50-2002-011/LTE-C9301%20DATA%20SHEET.pdf) [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 105 | | | Single-Chip 5G WiFi 802.11ac MAC/Baseband/Radio with Bluetooth 4.0+HS & FM Receiver (available online at https://www.broadcom.com/products/wireless/wireless-lan-infrastructure/bcm4335) [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | |
| 106 | | | IR Emitter and Detector Product Data Sheet LTE-C9301 (available online at https://www.mouser.com/datasheet/2/239/LTE-C9301%20DATA%20SHEET-1115967.pdf) [Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | |
| 107 | | | Technical Data Sheet Infrared MIDLED LED IR91-01C/L491/2R (available online at https://everlighteurope.com/index.php?controller=attachment?id_attachment=4913) [Wolfe's Rebuttal NoninfringementReport] | NONE | NONE | | |
| 108 | | | AnyMote Home – Any Device. One Remote. [Exhibit E to Wolfe's RebuttalNoninfringement Report] | NONE | NONE | | |
| 109 | | | AnyMore Smart Universal Remote on the App Store [Exhibit F to Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | |
| 110 | | | AnyMote Universal Remote + WiFi Smart Home Control – Apps on Google Play [Exhibit G to Wolfe's Rebuttal Noninfringement Report] | NONE | NONE | | |
| 111 | | | All-in-one Media Remote Control using AnyMote (available online at https://blog.anymote.io/all-in-one-media- | NONE | NONE | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | remote-control-using-anymote-7ad3ede93d7) [Exhibit G to Wolfe's Rebuttal Noninfringement Report] | | | | |
| 112 | | | United States Patent and Trademark Office Notice of Recordation of Assignment Document, Reel/Frame: 014481/0008 | SALAZAR-553 | SALAZAR-554 | | |
| 114 | | | AT&T Inc. Form 10-K for the fiscal year ended December 31, 2019 [Bakewell and Rowe Rebuttal Expert Report Regarding Damages] | NONE | NONE | | |
| 115 | | | T-Mobile US, Inc. Form 10-K for the fiscal year ended December 31, 2019 [Bakewell and Rowe Rebuttal Expert Report Regarding Damages] | NONE | NONE | | |
| 116 | | | T-Mobile US, Inc. Form 10-Q for the period ended June 30, 2020 [Bakewell and Rowe Rebuttal Expert Report Regarding Damages] | NONE | NONE | | |
| 117 | | | Sprint Corporation Form 10-K for the fiscal year ended March 31, 2019 [Bakewell and Rowe Rebuttal Expert Report Regarding Damages] | NONE | NONE | | |
| 118 | | | Verizon Communications Inc. Form 10- K for the fiscal year ended December 31, 2019 [Bakewell and Rowe Rebuttal Expert Report Regarding Damages] | NONE | NONE | | |
| 119 | | | Cellco Partnership, Bloomberg (available online at https://www.bloomberg.com/profile/company/ VZW:US) | NONE | NONE | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | [Bakewell and Rowe Rebuttal Expert Report Regarding Damages] | | | |
| 120 | | | | HTC Annual Report for the year ended December 31, 2016 [Bakewell and Rowe Rebuttal Expert Report Regarding Damages] | NONE | NONE | |
| 121 | | | | HTC Corporation Annual Report for the year ended December 31, 2019 [Bakewell and Rowe Rebuttal Expert Report Regarding Damages] | NONE | NONE | |
| 122 | | | | "Company Overview," HTC Corporation website (available online at https://www.htc.com/us/about/). | NONE | NONE | |
| 123 | | | | 115 "Company Overview of HTC America, Inc.," Bloomberg website (available online at http://www.bloomberg.com/research/stocks/private/snapshot.asp?privcapId=36871395 | NONE | NONE | |
| 124 | | | | HTC 2015 Annual Report | HTC038012 | HTC038160 | |
| 125 | | | | "Company Overview," HTC website (available online at http://www.htc.com/us/). | NONE | NONE | |
| 126 | | | | Master Purchase Agreement Between HTC Corporation and AT&T Mobility LLC | HTC038818 | HTC038973 | CONF |
| 127 | | | | Purchase and Sale Agreement between Verizon Wireless and HTC Corporation | HTC039062 | HTC039907 | CONF |
| 128 | | | | HTC Sales Spreadsheet | HTC036724 | HTC036724 | CONF |
| 129 | | | | HTC America, Inc. Independent Auditor's Report and Financial Statements, date December 31, 2013 | HTC037651 | HTC037697 | CONF |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 130 | | | HTC America, Inc. Independent Auditor's Report and Financial Statements, date December 31, 2014 | HTC037678 | HTC037705 | CONF | |
| 131 | | | HTC America, Inc. Independent Auditor's Report and Financial Statements, date December 31, 2015 | HTC037623 | HTC037650 | CONF | |
| 132 | | | "Smartphones," HTC Corporation website (available online at http://www.htc.com/us/smartphones-b/). | NONE | NONE | | |
| 133 | | | HTC Corporation Annual Report for the year ended December 31, 2012 [Bakewell and Rowe Rebuttal Expert Report Regarding Damages] | NONE | NONE | | |
| 134 | | | HTC Corporation Annual Report for the year ended December 31, 2011 | NONE | NONE | | |
| 135 | | | HTC 2019 Annual Report, (available online at https://investors.htc.com/en/financial-information/annualreports/) | NONE | NONE | | |
| 136 | | | 2013 HTC Annual Report | HTC037706 | HTC037867 | | |
| 137 | | | HTC One (M8) Windows Edition Presentation | HTC034349 | HTC034352 | CONF | |
| 138 | | | W8 Sense Features Presentation | HTC034462 | HTC034474 | CONF | |
| 139 | | | "Sense TV is Going Away: Here's What You Need to Know," HTC Corporation website, April 23, 2015 (available online at http://blog.htc.com/2015/04/sense-tv-going-away-need-know/). | NONE | NONE | | |
| 140 | | | One M7, M8, W8 and M9 Component Cost | HTC038161 | HTC038161 | CONF | |
| 141 | | | "Eighteenth Report," Federal Communications Commission, December 23, 2015 (available online at https://www.fcc.gov/document/18th-mobile-wireless-competition-report), | NONE | NONE | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 142 | | | | Master Purchase Agreement Between AT&T and HTC | ATT013649 | ATT013761 | CONF |
| 143 | | | | T-Mobile Sales Data Spreadsheet | TMO000541 | TMO000542 | CONF |
| 144 | | | | License and Services Agreement between HTC and Peel Technologies, Inc. | HTC029545 | HTC029616 | CONF |
| 145 | | | | HTC One (M8) for Windows User Guide | ATT000001 | ATT000124 | |
| 146 | | | | HTC One M9 User Guide | ATT000125 | ATT000321 | |
| 147 | | | | HTC One (M8) User Guide | ATT000502 | ATT000707 | |
| 148 | | | | Designed like no other: the all-new HTC One (M8) one pager | ATT000712 | ATT000712 | |
| 149 | | | | HTC M8 – Paid Search Presentation | ATT002282 | ATT002284 | |
| 150 | | | | Designed like no other: the all-new HTC One one pager | ATT002288 | ATT002288 | |
| 151 | | | | "We're about to launch an amazing new HTC device" ATT webpage | ATT002292 | ATT002292 | |
| 152 | | | | Designed like no other: the all-new HTC One (M8) one pager | ATT002303 | ATT002303 | |
| 153 | | | | "AT&T Business Direct | Premier Premier Opt-In Advantage" ATT Webpage | ATT002338 | ATT002338 | |
| 154 | | | | HTC One Webpage on ATT Site | ATT002455 | ATT002455 | |
| 155 | | | | HTC One (M8) User Guide | SPR000850 | SPR001120 | |
| 156 | | | | The new HTC One M9 Overview Deck | SPR020079 | SPR020085 | CONF |
| 157 | | | | HTC One (E8) Overview Deck | SPR020086 | SPR020095 | CONF |
| 158 | | | | HTC One Device Launch and Support Product Brief | SPR020142 | SPR020153 | CONF |
| 159 | | | | Sprint Quick Reference Brief for HTC One | SPR020154 | SPR020157 | CONF |
| 160 | | | | HTC One National Retail Training | SPR020160 | SPR020173 | CONF |
| 161 | | | | Introducing the HTC One M9 One Pager | SPR020231 | SPR020232 | |
| 162 | | | | Getting Started Guide HTC One | TMO000001 | TMO000002 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 163 | | | | Getting Started Guide HTC One M8 for Windows | TMO000003 | TMO000004 | |
| 164 | | | | Getting Started Guide HTC One M9 | TMO000005 | TMO000006 | |
| 165 | | | | Your HTC One (M8) User Guide | TMO000007 | TMO000208 | |
| 166 | | | | HTC One (M8) for Windows User Guide | TMO000209 | TMO000332 | |
| 167 | | | | User Guide HTC One M9 | TMO000333 | TMO000539 | |
| 168 | | | | User Guide for HTC One M9 | VZN000001 | VZN000336 | |
| 169 | | | | User Guide for HTC One M8 | VZN000337 | VZN000666 | |
| 170 | | | | User Guide for HTC One M8 for Windows | VZN000667 | VZN000870 | |
| 171 | | | | Asset Assignment from Salazar to Innovative Intelcom Industries | SALAZAR-CONFIDENTIAL -560 | SALAZAR-CONFIDENTIAL -577 | CONF |
| 172 | | | | Settlement Agreement between Mozly Tech LLC and HTC | HTC036774 | HTC036787 | CONF |
| 173 | | | | Settlement and Non-Exclusive Patent License Agreement between Magnacross LLC and HTC Corporation | HTC036807 | HTC036824 | CONF |
| 174 | | | | ATT Sales Spreadsheet | ATT003480 | ATT003549 | CONF |
| 175 | | | | T-Mobile Sales Document | TMO001517 | TMO001517 | CONF |
| 176 | | | | Sprint Sales Document | SPR000835 | SPR000838 | CONF |
| 177 | | | | HTC America, Inc. Independent Auditor's Report and Financial Statements, dated December 31, 2014 | HTC037868 | HTC038011 | CONF |
| 180 | | | | First Amendment to the License and Services Agreement between HTC Corporation and Peel Technologies, Inc. | HTC036390 | HTC036394 | CONF |
| 181 | | | | Evaluation agreement between Peel Technologies, Inc. and HTC Corporation | HTC035025 | HTC035027 | CONF |

| 182 | | | | Release and Settlement Agreement between HTC Corporation and Peel Technologies, Inc. | HTC036642 | HTC036646 | CONF | |
| 183 | | | | Marketing Services Agreement between HTC Corporation and Peel Technologies, Inc. | HTC036649 | HTC036654 | CONF | |
| 184 | | | | Release Terms between BlueBonnet Telecommunications, LLC and HTC Corporation | HTC036725 | HTC036736 | CONF | |
| 185 | | | | Release Terms between LX Tech, LLC and HTC Corporation | HTC036737 | HTC036743 | CONF | |
| 186 | | | | Release Terms between Dynamic Hosting Company LLC and HTC Corporation | HTC036744 | HTC036754 | CONF | |
| 187 | | | | Release Agreement between Pico Byte Systems, LLC and HTC Corporation | HTC036755 | HTC036762 | CONF | |
| 188 | | | | Release Agreement between Nonend Inventions, N.V. and HTC Corporation | HTC036790 | HTC036806 | CONF | |
| 189 | | | | 2G/3G Patent License Agreement between Interdigital Technology Corp. and High Tech Computer Corp. | HTC039500 | HTC039517 | CONF | |
| 190 | | | | Patent License Agreement Between Radio Telephony System Products and Nokia Corporation | HTC039518 | HTC039634 | CONF | |
| 191 | | | | Amendment to IPR Licence Agreement between Nokia and HTC | HTC039635 | HTC039648 | CONF | |
| 192 | | | | Patent License Agreement between HTC Corporation and Thomson Licensing | HTC039649 | HTC039665 | CONF | |
| 193 | | | | Global Patent License Agreement between Telefonaktiebolaget LM Ericsson and HTC | HTC039666 | HTC039679 | CONF | |
| 194 | | | | Confidential Patent Covenant Agreement between Microsoft and HTC | HTC039680 | HTC039691 | CONF | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 195 | | | | Second Amendment between Nokia and HTC Corporation | HTC039692 | HTC039703 | CONF |
| 196 | | | | Patent License and Settlement Agreement between HTC America, Inc., HTC Corp., S3 Graphics Co., Ltd. and Apple Inc. | HTC039704 | HTC039845 | CONF |
| 197 | | | | Joe Andrew Salazar's Responses and Objections to Defendants' First Set of Interrogatories, dated September 21, 2020 | NONE | NONE | |
| 198 | | | | Joe Andrew Salazar's Supplemental Responses and Objections to Defendants' Interrogatories Nos. 14-15, and 21, dated February 11, 2021 | NONE | NONE | |
| 199 | | | | Joe Andrew Salazar's Responses and Objections to Defendants' First Set of Requests for Admission, dated September 21, 2020 | NONE | NONE | |
| 200 | | | | Joe Andrew Salazar's Supplemental Responses and Objections to Defendants' Requests for Admissions Nos. 21-34, dated February 11, 2021 | NONE | NONE | |
| 201 | | | | Joe Andrew Salazar's Complaint Against AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc. and Cellco Partnership d/b/a Verizon Wireless, dated June 18, 2019 | NONE | NONE | |
| 202 | | | | Joe Andrew Salazar's First Amended Complaint Against AT&T Mobility LLC, Sprint/United Management Company, T-Mobile USA, Inc. and Cellco Partnership d/b/a Verizon Wireless, dated July 19, 2019 | NONE | NONE | |

**Objection Key**

| Abbreviation | Definition |
|---|---|
| DUP | Duplicative |
| NP | Not Produced |
| SM | Subject to Motion (*Daubert* and/or motion *in limine*) |
| ND | Testimony has not been designated |
| FRCP 32 | Deposition not admissible as exhibit |