IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00004-JRG |
| AT&T MOBILITY LLC, SPRINT UNITED MANAGEMENT COMPANY, T-MOBILE USA INC, CELLCO PARTNERSHIP, INC. D/B/A VERIZON WIRELESS, INC., | § § § § § § | |
| *Defendants.* | § § | |

## VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "Salazar" or "Plaintiff" means Joe Andrew Salazar.
- "AT&T" refers to AT&T Mobility LLC.
- "Sprint" refers to Sprint United Management Company.
- "T-Mobile" refers to T-Mobile USA, Inc.
- "Verizon" refers to Cellco Partnership d/b/a Verizon Wireless, Inc.
- "Defendants" collectively refers to AT&T Mobility LLC, Sprint United Management Company, T-Mobile USA Inc., Cellco Partnership, Inc. D/B/A Verizon Wireless, Inc.
- The "'467 Patent" refers to U.S. Patent No. 5,802,467.
- The "Asserted Claims" collectively refers to Claims 1–7, 29–30, and 34 of the '467 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

## QUESTION NO. 1:

Did Salazar prove by a preponderance of the evidence that Defendants infringed **ANY** of the Asserted Claims?

YES _____

NO  _X_

**QUESTION NO. 2:**

Did Defendants prove by clear and convincing evidence that any of the following Asserted Claims are invalid?

**Check "Yes" or "No" for each Asserted Claim listed below:**

| Claim | Yes | No |
|---|---|---|
| Claim 1 of the '467 Patent | ____ | __X__ |
| Claim 2 of the '467 Patent | ____ | __X__ |
| Claim 3 of the '467 Patent | ____ | __X__ |
| Claim 4 of the '467 Patent | ____ | __X__ |
| Claim 5 of the '467 Patent | ____ | __X__ |
| Claim 6 of the '467 Patent | ____ | __X__ |
| Claim 7 of the '467 Patent | ____ | __X__ |
| Claim 29 of the '467 Patent | ____ | __X__ |
| Claim 30 of the '467 Patent | ____ | __X__ |
| Claim 34 of the '467 Patent | ____ | __X__ |

**<u>If you answered "NO" to Question No. 1 OR "YES" to *ALL* Asserted Claims in Question No. 2, then DO NOT answer Question No. 3.</u>**

**<u>Answer Question No. 3 ONLY as to any Asserted Claim that you have found BOTH to be infringed and not invalid.</u>**

**QUESTION NO. 3:**

What sum of money, if paid now in cash, has Salazar proven by a preponderance of the evidence would compensate Salazar for his damages resulting from infringement through September 28, 2015?

Answer, separately for each Defendant, in United States Dollars and Cents, if any:

AT&T      $ _____

Sprint    $ _____

T-Mobile  $ _____

Verizon   $ _____

## **FINAL PAGE OF JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __9__ day of August, 2021.

_____
JURY FOREPERSON