IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> AT&T MOBILITY LLC, SPRINT UNITED § <br> MANAGEMENT COMPANY,  T-MOBILE § <br> USA INC,  CELLCO PARTNERSHIP, INC. § <br> D/B/A VERIZON WIRELESS, INC., § <br> § <br> *Defendants*. § | CIVIL ACTION NO.  2:20-CV-00004-JRG |

## **FINAL JUDGMENT**

A jury trial commenced in the above-captioned case on August 2, 2021, and on August 9, 2021, the jury reached and returned its unanimous verdict finding that Defendants AT&T Mobility LLC; Sprint United Management Company; T-Mobile USA, Inc.; Cellco Partnership d/b/a Verizon Wireless, Inc. ("Defendants") did not infringe any of Claims 1–7, 29–30, and 34 of U.S. Patent No. 5,802,467 (collectively, the "Asserted Claims"); and that none of the Asserted Claims are invalid. (Dkt. No. 239).

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Defendants did not infringe any of the Asserted Claims;

2. None of the Asserted Claims are invalid;

3. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Defendants are the prevailing party in this case and shall recover their costs from Plaintiff Joe Andrew Salazar; and

4. All other requests for relief now pending and requested by either party but not specifically addressed herein are **DENIED**.

All other requests for relief regarding the above-captioned case, including but not limited to Motions pursuant to 35 U.S.C. § 285, shall be filed within 28 days of this Judgment.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 17th day of August, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE