

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 16, 2021

## NOTICE OF DOCKETING

**Federal Circuit Docket No.:** 2021-2320

**Federal Circuit Short Caption:** Salazar v. AT&T Mobility LLC

**Date of Docketing:** September 16, 2021

**Originating Tribunal:** United States District Court for the Eastern District of Texas

**Originating Case No.:** 2:20-cv-00004-JRG

**Appellant:** Joe A. Salazar

A notice of appeal has been filed and assigned the above Federal Circuit case number. The court's official caption is included as an attachment to this notice. Unless otherwise noted in the court's rules, the assigned docket number and official caption or short caption must be included on all documents filed with this Court. It is the responsibility of all parties to review the Rules for critical due dates. The assigned deputy clerk is noted below and all case questions should be directed to the Case Management section at (202) 275-8055.

The following filings are due within 14 days of this notice:

- Entry of Appearance or Notice of Unrepresented Person. (Fed. Cir. R. 47.3.)
- Certificate of Interest. (Fed. Cir. R. 47.4; not required for unrepresented and federal government parties unless disclosing information under Fed. Cir. R. 47.4(a)(6))
- Docketing Statement. Note: The Docketing Statement is due in 30 days if the United States or its officer or agency is a party in the appeal. (Fed. Cir. R. 33.1 and the Mediation Guidelines; no docketing statement is required in cases with an unrepresented party)
- Statement Concerning Discrimination in MSPB or arbitrator cases. (Fed. Cir. R. 15(c); completed by petitioner only)
- Fee payment or appropriate fee waiver request, if the docketing fee was not prepaid (see Fee Payment below).

**FILING DOCUMENTS:** Each counsel representing a party must be a member of the court's bar and registered for the court's electronic filing system. Parties represented by counsel must make all filings through the court's electronic filing system.

Unrepresented parties may choose to submit case filings to the court either in paper or through the court's electronic filing system; electronic filing will only be permitted for unrepresented parties after successful registration for the court's electronic filing system and submission of a completed Notice of Unrepresented Person Appearance. Fed. Cir. R. 25(a). The court's Electronic Filing Procedures may be accessed at www.cafc.uscourts.gov/contact/clerks-office/filing-resources.

**CONTACT INFORMATION:** Electronic filers, or unrepresented parties registered to receive electronic service, must update their contact information in their PACER service center profile whenever their contact information changes. Counsel must file an amended Entry of Appearance and unrepresented parties must file an amended Notice of Unrepresented Person Appearance whenever contact information changes. Fed. Cir. R. 25(a)(5).

**FEE PAYMENT:** Unless the filing fee was prepaid, fee payment must be submitted within fourteen days after this notice. Fed. Cir. R. 52(d). For outstanding docketing fees due to this court, electronic filers must pay the fee using the event Pay Docketing Fee through the court's electronic filing system. Fed. Cir. R. 52(e). Docketing fees due to other courts, such as U.S. District Courts, the U.S. Court of Appeals for Veterans Claims, and non-vaccine cases at the U.S. Court of Federal Claims, must be submitted to those courts in accordance with their procedures. A filer wishing to proceed without fee payment must submit a motion for leave to proceed in forma pauperis, or other fee waiver request, within fourteen days.

**OFFICIAL CAPTION:** The court's official caption is attached and reflects the lower tribunal's caption pursuant to Fed. R. App. P. 12(a), 15(a), and 21(a). Please review the caption carefully and promptly advise this court in writing of any improper or inaccurate designations.

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

By: J. West, Deputy Clerk

**Attachments:**

- Official caption
- Paper Copies of General Information and Forms (to unrepresented parties only):
  - General Information and Overview of a Case in the Federal Circuit
  - Notice of Unrepresented Person Appearance
  - Informal Brief

- o <u>Informal Reply Brief</u> (to be completed only after receiving the opposing party's response brief)
- o <u>Motion and Affidavit for Leave to Proceed in Forma Pauperis</u> (only to filers owing the docketing fee)
- o <u>Supplemental in Forma Pauperis Form for Prisoners</u> (only to filers in a correctional institution)
- o <u>Statement Concerning Discrimination</u> (only to petitioners in MSPB or arbitrator case)

**cc:** United States District Court for the Eastern District of Texas

**Official Caption**

**JOE A. SALAZAR,**
*Plaintiff-Appellant*

v.

**AT&T MOBILITY LLC, SPRINT UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., CELLCO PARTNERSHIP INC., dba Verizon Wireless, Inc., HTC CORPORATION, HTC AMERICA, INC.,**
*Defendants-Appellees*

**Short Caption**

Salazar v. AT&T Mobility LLC

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| JOE ANDREW SALAZAR, | |
| Plaintiff, | |
| v. | Civil Action No. 2:20-cv-00004-JRG |
| AT&T MOBILITY LLC, SPRINT/UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., AND CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, | |
| Defendants. | |

## PLAINTIFF JOE ANDREW SALAZAR'S NOTICE OF APPEAL

Notice is hereby given that Joe Andrew Salazar, Plaintiff in the above entitled and numbered action, appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment of noninfringement of claims 1–7, 29–30, and 34 of U.S. Patent No. 5,802,467 (Dkt. #242) entered in this action on August 17, 2021, and from any and all orders, rulings, findings, and conclusions underlying and related to that judgment, including the Court's rulings on patent claim construction.

Dated: September 15, 2021

Respectfully submitted,

/s/ Dariush Keyhani
Dariush Keyhani
District of Columbia Bar No. 1031500
Frances H. Stephenson
New York registration No. 5206495
Keyhani LLC
1050 30th Street NW
Washington, DC 20007
T. 202.748.8950
F. 202.318.8958

dkeyhani@keyhanillc.cm
fstephenson@keyhanillc.com

Kelly Tidwell
TX Bar No. 20020580
kbt@texarkanalaw.com
Geoffrey Culbertson
TX Bar No. 24045732
gpc@texarkanalaw.com
PATTON, TIDWELL & CULBERTSON, LLP
2800 Texas Boulevard
Texarkana, Texas 75503
Telephone: 903-792-7080
Telecopier: 903-792-8233
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 15, 2021.

/s/ Anya Engel
Anya Engel

APPEAL,JRG3,JURY,PATENT/TRADEMARK,PROTECTIVE-ORDER

**U.S. District Court**
**Eastern District of TEXAS [LIVE] (Marshall)**
**CIVIL DOCKET FOR CASE #: 2:20-cv-00004-JRG**
**Internal Use Only**

Salazar v. AT&T Mobility LLC et al
Assigned to: District Judge Rodney Gilstrap
Cause: 35:271 Patent Infringement

Date Filed: 06/18/2019
Date Terminated: 08/17/2021
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Mediator**

**Hon. David Folsom (Ret.)**

**Technical Advisor**

**Donald E Tiller**
Tiller Law PLLC
2501 Parkview Drive, Suite 312
Fort Worth, TX 76102
*don.tiller@dtillerlawpllc.com*



A TRUE COPY I CERTIFY
DAVID A O'TOOLE, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

By: _____*CharleneHinton*_____

**Plaintiff**

**Joe Andrew Salazar**

represented by **Dariush Keyhani**
Keyhani LLC
1050 30th Street NW
Washington, DC 20007
202-903-0326
Fax: 202-318-8958
Email: dkeyhani@keyhanillc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Joseph Robertson**
Sloan Hatcher Perry Runge Robertson
& Smith- Longview
P O Box 2909
101 E Whaley
Longview, TX 75601-2909
903-757-7000
Fax: 903-757-7574
Email: arobertson@sloanfirm.com
*ATTORNEY TO BE NOTICED*

**Frances H. Stephenson**
Keyhani LLC
1050 30th Street NW

Washington, DC 20007
202-748-8950
Fax: 202-318-8958
Email: fstephenson@keyhanillc.com
*ATTORNEY TO BE NOTICED*

**Geoffrey Patton Culbertson**
Patton Tidwell & Culbertson, LLP -
Texarkana
2800 Texas Boulevard
Texarkana, TX 75503
903/792-7080
Fax: 903/792-8233
Email: gpc@texarkanalaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AT&T Mobility LLC**                     represented by   **Fred Irvin Williams**
                                                           Williams Simons & Landis PLLC -
                                                           Austin
                                                           327 Congress Ave., Suite 490
                                                           Austin, TX 78701
                                                           512-543-1354
                                                           Email: fwilliams@wsltrial.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Adam Livingston**
                                                           Williams Simons & Landis PLLC -
                                                           Austin
                                                           327 Congress Ave., Suite 490
                                                           Austin, TX 78701
                                                           512-543-1359
                                                           Email: alivingston@wsltrial.com
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Andrew Thompson (Tom) Gorham**
                                                           Gillam & Smith LLP
                                                           102 N College, Suite 800
                                                           Tyler, TX 75702
                                                           9039348450
                                                           Fax: 9039349257
                                                           Email: tom@gillamsmithlaw.com
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Harry Lee Gillam , Jr**
                                                           Gillam & Smith, LLP
                                                           303 South Washington Avenue

Marshall, TX 75670
903-934-8450
Fax: 903-934-9257
Email: gil@gillamsmithlaw.com
*ATTORNEY TO BE NOTICED*

**John Wittenzellner**
Williams, Simons, and Landis, PLLC -
Philadelphia
1735 Market St.
Suite A #453
Philadelphia, PA 19103
512.543.1373
Email: johnw@wsltrial.com
*ATTORNEY TO BE NOTICED*

**Parker Douglas Hancock**
Vinson & Elkins, LLP- Houston
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
713-758-2153
Fax: 713-615-5140
Email: phancock@velaw.com
*TERMINATED: 01/22/2020*

**Todd Eric Landis**
Williams, Simons, and Landis, PLLC -
Dallas
2633 McKinney Ave.
Suite 130 #366
Dallas, TX 75204
512-543-1357
Email: tlandis@wsltrial.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sprint United Management Company**        represented by **Fred Irvin Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Livingston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Thompson (Tom) Gorham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry Lee Gillam , Jr**

(See above for address)
*ATTORNEY TO BE NOTICED*

**John Wittenzellner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Parker Douglas Hancock**
(See above for address)
*TERMINATED: 01/22/2020*

**Todd Eric Landis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**T-Mobile USA Inc**                    represented by   **Fred Irvin Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Livingston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Thompson (Tom) Gorham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry Lee Gillam , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Wittenzellner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Parker Douglas Hancock**
(See above for address)
*TERMINATED: 01/22/2020*

**Todd Eric Landis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cellco Partnership, Inc. d/b/a**     represented by   **Fred Irvin Williams**
**Verizon Wireless, Inc.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Livingston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Thompson (Tom) Gorham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry Lee Gillam , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Wittenzellner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Parker Douglas Hancock**
(See above for address)
*TERMINATED: 01/22/2020*

**Todd Eric Landis**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**HTC Corp.**                    represented by   **Fred Irvin Williams**
(See above for address)
*LEAD ATTORNEY*

**Adam Livingston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Thompson (Tom) Gorham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry Lee Gillam , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Wittenzellner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Parker Douglas Hancock**
(See above for address)

*TERMINATED: 01/22/2020*

**Todd Eric Landis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**HTC America, Inc.**                    represented by   **Fred Irvin Williams**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

                                                          **Adam Livingston**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Andrew Thompson (Tom) Gorham**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Harry Lee Gillam , Jr**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **John Wittenzellner**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Parker Douglas Hancock**
                                                          (See above for address)
                                                          *TERMINATED: 01/22/2020*

                                                          **Todd Eric Landis**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sprint United Management Company**     represented by   **Fred Irvin Williams**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Adam Livingston**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Andrew Thompson (Tom) Gorham**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Harry Lee Gillam , Jr**

(See above for address)
*ATTORNEY TO BE NOTICED*

**John Wittenzellner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Parker Douglas Hancock**
(See above for address)
*TERMINATED: 01/22/2020*

**Todd Eric Landis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**AT&T Mobility LLC**                    represented by **Fred Irvin Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Livingston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Thompson (Tom) Gorham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry Lee Gillam , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Wittenzellner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Parker Douglas Hancock**
(See above for address)
*TERMINATED: 01/22/2020*

**Todd Eric Landis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**T-Mobile USA Inc**                    represented by **Fred Irvin Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Livingston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Thompson (Tom) Gorham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry Lee Gillam , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Wittenzellner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Parker Douglas Hancock**
(See above for address)
*TERMINATED: 01/22/2020*

**Todd Eric Landis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cellco Partnership, Inc. d/b/a**          represented by      **Fred Irvin Williams**
**Verizon Wireless, Inc.**                                     (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Adam Livingston**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew Thompson (Tom) Gorham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry Lee Gillam , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Wittenzellner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Parker Douglas Hancock**
(See above for address)
*TERMINATED: 01/22/2020*

**Todd Eric Landis**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Joe Andrew Salazar**       represented by    **Dariush Keyhani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Joseph Robertson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Frances H. Stephenson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Geoffrey Patton Culbertson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2019 | 1 | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 0540-7316100.), filed by Joe Andrew Salazar. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Exhibit 1)(Culbertson, Geoffrey) (Entered: 06/18/2019) |
| 06/18/2019 | 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Culbertson, Geoffrey) (Entered: 06/18/2019) |
| 06/18/2019 | | Case Assigned to District Judge Robert W. Schroeder, III. (slo, ) (Entered: 06/19/2019) |
| 06/18/2019 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (slo, ) (Entered: 06/19/2019) |

| 07/19/2019 | 3 | AMENDED COMPLAINT against All Defendants, filed by Joe Andrew Salazar. (Attachments: # 1 Exhibit A)(Culbertson, Geoffrey) (Entered: 07/19/2019) |
| 07/22/2019 | 4 | SUMMONS Issued as to AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Summons- Cellco, # 2 Summons- Sprint, # 3 Summons- T-Mobile)(slo, ) (Entered: 07/22/2019) |
| 08/06/2019 | 5 | NOTICE of Attorney Appearance by Fred Irvin Williams on behalf of T-Mobile USA Inc (Williams, Fred) (Entered: 08/06/2019) |
| 08/06/2019 | 6 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re T-Mobile USA Inc.( Williams, Fred) (Entered: 08/06/2019) |
| 08/07/2019 | | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV-12 for T-Mobile USA Inc to 9/16/2019. 30 Days Granted for Deadline Extension.( slo, ) (Entered: 08/07/2019) |
| 08/07/2019 | 7 | SUMMONS Returned Executed by Joe Andrew Salazar. AT&T Mobility LLC served on 7/25/2019, answer due 8/15/2019. (Culbertson, Geoffrey) (Entered: 08/07/2019) |
| 08/07/2019 | 8 | SUMMONS Returned Executed by Joe Andrew Salazar. Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc. served on 7/29/2019, answer due 8/19/2019. (Culbertson, Geoffrey) (Entered: 08/07/2019) |
| 08/07/2019 | 9 | SUMMONS Returned Executed by Joe Andrew Salazar. T-Mobile USA Inc served on 7/26/2019, answer due 9/16/2019. (Culbertson, Geoffrey) (Entered: 08/07/2019) |
| 08/07/2019 | 10 | SUMMONS Returned Executed by Joe Andrew Salazar. Sprint United Management Company served on 7/26/2019, answer due 8/16/2019. (Culbertson, Geoffrey) (Entered: 08/07/2019) |
| 08/07/2019 | 11 | NOTICE of Attorney Appearance by Fred Irvin Williams on behalf of Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc. (Williams, Fred) (Entered: 08/07/2019) |
| 08/07/2019 | 12 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc..( Williams, Fred) (Entered: 08/07/2019) |
| 08/07/2019 | 13 | NOTICE of Attorney Appearance by Fred Irvin Williams on behalf of Sprint United Management Company (Williams, Fred) (Entered: 08/07/2019) |
| 08/07/2019 | 14 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Sprint United Management Company.( Williams, Fred) (Entered: 08/07/2019) |
| 08/08/2019 | | Defendant's Unopposed FIRST Application for Extension of Time to |

| | | Answer Complaint is GRANTED pursuant to Local Rule CV-12 for Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc. to 9/18/2019. 30 Days Granted for Deadline Extension.( slo, ) (Entered: 08/08/2019) |
|---|---|---|
| 08/08/2019 | | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV-12 for Sprint United Management Company to 9/16/2019. 30 Days Granted for Deadline Extension.( slo, ) (Entered: 08/08/2019) |
| 08/08/2019 | 15 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re AT&T Mobility LLC.( Gillam, Harry) (Entered: 08/08/2019) |
| 08/08/2019 | | Defendant's Unopposed FIRST Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV-12 for AT&T Mobility LLC to 9/16/2019. 30 Days Granted for Deadline Extension.( slo, ) (Entered: 08/08/2019) |
| 08/19/2019 | 16 | NOTICE of Attorney Appearance - Pro Hac Vice by Dariush Keyhani on behalf of Joe Andrew Salazar. Filing fee $ 100, receipt number 0540-7399532. (Keyhani, Dariush) (Entered: 08/19/2019) |
| 08/19/2019 | 17 | NOTICE of Attorney Appearance - Pro Hac Vice by Frances H. Stephenson on behalf of Joe Andrew Salazar. Filing fee $ 100, receipt number 0540-7399657. (Stephenson, Frances) (Entered: 08/19/2019) |
| 09/10/2019 | 18 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re T-Mobile USA Inc.( Williams, Fred) (Entered: 09/10/2019) |
| 09/10/2019 | 19 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc.( Williams, Fred) (Entered: 09/10/2019) |
| 09/10/2019 | 20 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Sprint United Management Company.( Williams, Fred) (Entered: 09/10/2019) |
| 09/10/2019 | | Defendant's Unopposed SECOND Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV-12 for T-Mobile USA Inc to 10/1/2019. 15 Days Granted for Deadline Extension.( slo, ) (Entered: 09/10/2019) |
| 09/10/2019 | | Defendant's Unopposed SECOND Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV-12 for Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc. to 10/1/2019. 13 Days Granted for Deadline Extension.( slo, ) (Entered: 09/10/2019) |
| 09/10/2019 | | Defendant's Unopposed SECOND Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV-12 for Sprint United Management Company to 10/1/2019. 15 Days Granted for Deadline Extension.( slo, ) (Entered: 09/10/2019) |
| 09/11/2019 | 21 | NOTICE of Attorney Appearance by Harry Lee Gillam, Jr on behalf of |

| | | |
|---|---|---|
| | | Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc (Gillam, Harry) (Entered: 09/11/2019) |
| 09/11/2019 | 22 | NOTICE of Attorney Appearance by Fred Irvin Williams on behalf of AT&T Mobility LLC (Williams, Fred) (Entered: 09/11/2019) |
| 09/11/2019 | 23 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re AT&T Mobility LLC.( Williams, Fred) (Entered: 09/11/2019) |
| 09/12/2019 | | Defendant's Unopposed SECOND Application for Extension of Time to Answer Complaint is GRANTED pursuant to Local Rule CV-12 for AT&T Mobility LLC to 10/1/2019. 15 Days Granted for Deadline Extension.( slo, ) (Entered: 09/12/2019) |
| 10/01/2019 | 24 | NOTICE of Attorney Appearance by Todd Eric Landis on behalf of All Defendants (Landis, Todd) (Entered: 10/01/2019) |
| 10/01/2019 | 25 | NOTICE of Attorney Appearance by Parker Douglas Hancock on behalf of All Defendants (Hancock, Parker) (Entered: 10/01/2019) |
| 10/01/2019 | 26 | Unopposed MOTION for Leave to File *Under Seal Defendants' Joint Motion to Dismiss Under Rule 12(b)(6)* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 10/01/2019) |
| 10/01/2019 | 🔒 27 | SEALED MOTION *Joint Motion to Dismiss Under Rule 12(b)(6)* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 10/01/2019) |
| 10/01/2019 | 28 | MOTION for Intra-District Transfer to the Marshall Division by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 10/01/2019) |
| 10/03/2019 | 29 | REDACTION to 27 SEALED MOTION *Joint Motion to Dismiss Under Rule 12(b)(6)* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Williams, Fred) (Entered: 10/03/2019) |
| 10/07/2019 | 30 | ORDER granting 26 Motion for Leave to File Under Seal its Joint Motion to Dismiss. The Clerk of the Court is hereby instructed to seal Defendants Joint Motion to Dismiss Under Rule 12(b)(6). Signed by District Judge Robert W. Schroeder, III on 10/7/2019. (slo, ) (Entered: 10/07/2019) |
| 10/07/2019 | 31 | Joint MOTION for Briefing Schedule re 28 MOTION for Intra-District Transfer to the Marshall Division , 27 SEALED MOTION *Joint Motion to Dismiss Under Rule 12(b)(6)* by Joe Andrew Salazar. |

| | | (Attachments: # 1 Text of Proposed Order Order)(Culbertson, Geoffrey) (Entered: 10/07/2019) |
|---|---|---|
| 10/09/2019 | 32 | NOTICE of Readiness for Scheduling Conference by Joe Andrew Salazar (Culbertson, Geoffrey) (Entered: 10/09/2019) |
| 10/11/2019 | 33 | ORDER granting 31 Joint Motion for Entry of Breifing Schedule re 27 Motion to Dismiss; and 28 Motion for Intra-District Transfer to the Marshall Division. Responses due 10/30/2019; Replies due 11/20/2019; and Sur-Replies due 12/4/2019. Signed by District Judge Robert W. Schroeder, III on 10/11/2019. (slo, ) (Entered: 10/11/2019) |
| 10/16/2019 | 34 | ORDER (Scheduling Conference set for 11/7/2019 02:30 PM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III.) Signed by District Judge Robert W. Schroeder, III on 10/16/2019. (slo, ) (Entered: 10/16/2019) |
| 10/30/2019 | 35 | RESPONSE in Opposition re 28 MOTION for Intra-District Transfer to the Marshall Division *filed by Joe Andrew Salazar*. (Attachments: # 1 Declaration of Frances H. Stephenson, # 2 Exhibit A, # 3 Exhibit B) (Culbertson, Geoffrey) (Additional attachment(s) added on 10/31/2019: # 4 Text of Proposed Order) (slo, ). (Entered: 10/30/2019) |
| 10/30/2019 | 36 | Unopposed MOTION for Extension of Time to File Response/Reply as to 27 SEALED MOTION *Joint Motion to Dismiss Under Rule 12(b)(6)* by Joe Andrew Salazar. (Attachments: # 1 Text of Proposed Order Order)(Culbertson, Geoffrey) (Entered: 10/30/2019) |
| 10/31/2019 | 37 | Joint MOTION for Extension of Time to File *Agreed Protective Order* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 10/31/2019) |
| 10/31/2019 | 38 | Joint MOTION Entry of Discovery Order [Disputed] by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order Discovery Order [Disputed]) (Williams, Fred) (Entered: 11/01/2019) |
| 11/01/2019 | 39 | Joint MOTION Motion for Entry of Docket Control Order by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order Proposed Docket Control Order)(Williams, Fred) (Entered: 11/01/2019) |
| 11/01/2019 | 40 | RESPONSE in Opposition re 27 SEALED MOTION *Joint Motion to Dismiss Under Rule 12(b)(6) filed by Joe Andrew Salazar*. (Attachments: # 1 Declaration of Frances H. Stephenson, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit F, # 7 Exhibit H, # 8 Exhibit I, # 9 Exhibit J, # 10 Exhibit K, # 11 Exhibit L, # 12 Exhibit M, # 13 Exhibit N, # 14 Text of Proposed Order Order) (Culbertson, Geoffrey) (Entered: 11/01/2019) |

| 11/01/2019 | 41 | Unopposed MOTION Leave to File Under Seal by Joe Andrew Salazar. (Attachments: # 1 Text of Proposed Order Order)(Culbertson, Geoffrey) (Entered: 11/01/2019) |
|---|---|---|
| 11/01/2019 | 🔒 42 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 40 Response in Opposition to Motion,. (Attachments: # 1 Exhibit E, # 2 Exhibit G, # 3 Exhibit O)(Culbertson, Geoffrey) (Entered: 11/01/2019) |
| 11/04/2019 | 43 | ORDER granting 36 Motion for Extension of Time to File Response to Defendant's Joint Motion to Dismiss. It is ORDERED that deadline to respond to Defendants Joint Motion to Dismiss is extended up to and including November 1, 2019. Signed by District Judge Robert W. Schroeder, III on 11/4/2019. (slo, ) (Entered: 11/04/2019) |
| 11/04/2019 | 44 | ORDER granting 37 Joint MOTION for Extension of Time to File *Agreed Protective Order* filed by Sprint United Management Company, AT&T Mobility LLC, T-Mobile USA Inc, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc. Parties shall have up to and including 11/7/2019 tosubmit their agreed proposed protective order. Scheduling Conference RESET for 11/21/2019 10:45 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Signed by District Judge Robert W. Schroeder, III on 11/4/2019. (slo, ) (Entered: 11/04/2019) |
| 11/07/2019 | 45 | Joint MOTION for Extension of Time to File *Agreed Protective Order (Second)* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 11/07/2019) |
| 11/08/2019 | 46 | ORDER granting 45 Joint MOTION for Extension of Time to File *Agreed Protective Order (Second)* filed by Sprint United Management Company, AT&T Mobility LLC, T-Mobile USA Inc, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc. It is ORDERED that the Parties shall have up to and including 11/14/2019 to submit their agreed proposed protective order. Signed by District Judge Robert W. Schroeder, III on 11/8/2019. (slo, ) (Entered: 11/08/2019) |
| 11/13/2019 | 47 | ORDER granting 41 Motion for Leave to File Under Seal. It is ORDERED that Plaintiff may file Exhibits E, G and O to its response in opposition to Defendants Joint Motion to Dismiss under seal. Signed by District Judge Robert W. Schroeder, III on 11/13/2019. (slo, ) (Entered: 11/13/2019) |
| 11/13/2019 | 48 | Joint MOTION to Amend/Correct 39 Joint MOTION Motion for Entry of Docket Control Order by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 11/13/2019) |
| 11/14/2019 | 49 | Joint MOTION for Extension of Time to File *Agreed Protective Order (Third)* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) |

| | | (Entered: 11/14/2019) |
|---|---|---|
| 11/15/2019 | 50 | ORDER granting 49 Motion for Extension of Time to Submit Protective Order. It is ORDERED that the Parties shall have up to and including 11/19/2019 to submit their agreed proposed protective order.Signed by District Judge Robert W. Schroeder, III on 11/15/2019. (slo, ) (Entered: 11/15/2019) |
| 11/19/2019 | 51 | Joint MOTION for Entry of (Disputed) Protective Order by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Exhibit A - Protective Order [Disputed])(Williams, Fred) (Entered: 11/19/2019) |
| 11/20/2019 | 52 | NOTICE of Attorney Appearance by Fred Irvin Williams on behalf of HTC Corp., HTC America, Inc. (Williams, Fred) (Entered: 11/20/2019) |
| 11/20/2019 | 53 | NOTICE of Attorney Appearance by Todd Eric Landis on behalf of HTC America, Inc., HTC Corp. (Landis, Todd) (Entered: 11/20/2019) |
| 11/20/2019 | 54 | NOTICE of Attorney Appearance by Parker Douglas Hancock on behalf of HTC America, Inc., HTC Corp. (Hancock, Parker) (Entered: 11/20/2019) |
| 11/20/2019 | 55 | MOTION to Intervene by HTC America, Inc., HTC Corp.. (Attachments: # 1 Exhibit A - Complaint in Intervention, # 2 Text of Proposed Order)(Williams, Fred) (Entered: 11/20/2019) |
| 11/20/2019 | 56 | REPLY to Response to Motion re 28 MOTION for Intra-District Transfer to the Marshall Division *filed by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc*. (Williams, Fred) (Entered: 11/20/2019) |
| 11/20/2019 | 57 | REPLY to Response to Motion re 27 SEALED MOTION *Joint Motion to Dismiss Under Rule 12(b)(6) filed by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc*. (Williams, Fred) (Entered: 11/20/2019) |
| 11/21/2019 | | Scheduling Conference held on 11/21/2019 before District Judge Robert W. Schroeder III. Counsel in attendance were Dariush Keyhani,Frances Stephenson, and Gil Gillam. (bas) (Entered: 11/21/2019) |
| 11/21/2019 | 58 | DOCKET CONTROL ORDER (Amended Pleadings due by 11/16/2020. Dispositive Motion Hearing set for 2/9/2021 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Markman Hearing set for 7/15/2020 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Motions in Limine due by 2/16/2021. Joint Pretrial Order due by 2/16/2021. Jury Selection set for 3/22/2021 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III. Jury Trial set for 3/22/2021 |

| | | |
|---|---|---|
| | | 09:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III., Pretrial Conference set for 3/2/2021 10:00 AM in Ctrm 319 (Texarkana) before District Judge Robert W. Schroeder III.) Signed by District Judge Robert W. Schroeder, III on 11/21/2019. (slo, ) (Entered: 11/22/2019) |
| 11/21/2019 | 59 | PROTECTIVE ORDER. Signed by District Judge Robert W. Schroeder, III on 11/21/2019. (slo, ) (Entered: 11/22/2019) |
| 11/27/2019 | 60 | NOTICE by Joe Andrew Salazar *Plaintiff Joe Andrew Salazar's Notice of Compliance With P.R. 3-1 and 3-2* (Culbertson, Geoffrey) (Entered: 11/27/2019) |
| 12/03/2019 | 61 | NOTICE by Joe Andrew Salazar *Regarding Motion to Intervene* (Culbertson, Geoffrey) (Entered: 12/03/2019) |
| 12/05/2019 | 62 | SUR-REPLY to Reply to Response to Motion re 28 MOTION for Intra-District Transfer to the Marshall Division *filed by Joe Andrew Salazar.* (Culbertson, Geoffrey) (Entered: 12/05/2019) |
| 12/05/2019 | 63 | SUR-REPLY to Reply to Response to Motion re 27 SEALED MOTION *Joint Motion to Dismiss Under Rule 12(b)(6) filed by Joe Andrew Salazar.* (Culbertson, Geoffrey) (Entered: 12/05/2019) |
| 12/11/2019 | 64 | Unopposed MOTION for Extension of Time to File *(Serve) Initial and Additional Disclosures* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order) (Williams, Fred) (Entered: 12/11/2019) |
| 12/13/2019 | 65 | ORDER granting 64 Motion for Extension of Time to File. The Parties shall have up to and including 12/19/2019 to serve their initial and additional disclosures. Signed by District Judge Robert W. Schroeder, III on 12/13/19. (hma, ) (Entered: 12/13/2019) |
| 12/13/2019 | 66 | DISCOVERY ORDER, re: 38 Joint MOTION Entry of Discovery Order [Disputed] filed by Sprint United Management Company, AT&T Mobility LLC, T-Mobile USA Inc, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc. Signed by District Judge Robert W. Schroeder, III on 12/13/19. (hma) (Entered: 12/13/2019) |
| 12/13/2019 | 67 | ORDER granting 55 Motion to Intervene. Signed by District Judge Robert W. Schroeder, III on 12/13/19. (hma, ) (Entered: 12/13/2019) |
| 12/13/2019 | 68 | **FILED IN ERROR PER CLERK. PLEASE IGNORE. Document has been refiled. See Dkt. 70.** HTC CORP. AND HTC AMERICA, INC.'S COMPLAINT IN INTERVENTION filed by HTC Corp. and HTC America, Inc.(hma, ) Modified on 12/17/2019 (slo, ). (Entered: 12/13/2019) |
| 12/13/2019 | 69 | Unopposed MOTION for Hearing re 28 MOTION for Intra-District Transfer to the Marshall Division , 27 SEALED MOTION *Joint Motion to Dismiss Under Rule 12(b)(6)* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United |

| | | Management Company, T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 12/13/2019) |
|---|---|---|
| 12/17/2019 | 70 | HTC CORP. AND HTC AMERICA, INC.S COMPLAINT IN INTERVENTION filed by HTC CORP. AND HTC AMERICA, INC. (slo, ) (Entered: 12/17/2019) |
| 12/17/2019 | | ***FILED IN ERROR, PER CLERK. Document # 68, Complaint in Intervention. PLEASE IGNORE. Document has been refiled. See Dkt #70. ***<br><br>(slo, ) (Entered: 12/17/2019) |
| 12/17/2019 | 71 | Unopposed MOTION for Extension of Time to File *a Motion for Mediation or a Notice of No Mediation* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 12/17/2019) |
| 12/18/2019 | 72 | ORDER granting 71 Motion for Extension of Time to File a motion to mediate or a notice that the parties do not agree to mediation. It is, therefore,ORDERED that the Parties shall have up to and including December 24, 2019 to file a motion to mediate or a notice that the parties do not agree to mediation. Signed by District Judge Robert W. Schroeder, III on 12/18/19. (lfs, ) (Entered: 12/18/2019) |
| 12/20/2019 | 73 | NOTICE by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc *Regarding Mediation (Joint)* (Williams, Fred) (Entered: 12/20/2019) |
| 12/20/2019 | 74 | NOTICE by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc *of Compliance Regarding Service of Initial and Additional Disclosures* (Williams, Fred) (Entered: 12/20/2019) |
| 12/31/2019 | 75 | NOTICE of Change of Address by Fred Irvin Williams (Williams, Fred) (Entered: 12/31/2019) |
| 01/02/2020 | 76 | NOTICE of Attorney Appearance by Harry Lee Gillam, Jr on behalf of HTC America, Inc., HTC Corp. (Gillam, Harry) (Entered: 01/02/2020) |
| 01/07/2020 | 77 | ORDER granting 28 Motion for Intra-District Transfer. It is ORDERED that this matter is TRANSFERRED to the Marshall Division of this Court. Signed by District Judge Robert W. Schroeder, III on 1/7/2020. (slo, ) (Entered: 01/07/2020) |
| 01/07/2020 | 78 | *Plaintiff Joe Andrew Salazar's* ANSWER to 70 Intervenor Complaint by Joe Andrew Salazar.(Culbertson, Geoffrey) (Entered: 01/07/2020) |
| 01/21/2020 | 79 | Unopposed MOTION to Withdraw *Parker Hancock* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, |

| | | T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order) (Williams, Fred) (Entered: 01/21/2020) |
|---|---|---|
| 01/23/2020 | 80 | ORDER granting 79 Motion to Withdraw. Signed by District Judge Rodney Gilstrap on 1/22/2020. (nkl, ) (Entered: 01/23/2020) |
| 01/29/2020 | 81 | Unopposed MOTION for Extension of Time to Complete Discovery *Serve Invalidity Contentions and Accompanying Document Production* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Williams, Fred) (Additional attachment(s) added on 1/29/2020: # 1 Text of Proposed Order) (nkl, ). (Entered: 01/29/2020) |
| 01/30/2020 | 82 | Unopposed MOTION to Amend/Correct 58 Order,,,, Terminate Motions,,,, Set Deadlines/Hearings,,, by Joe Andrew Salazar. (Attachments: # 1 Text of Proposed Order Amended Docket Control Order)(Culbertson, Geoffrey) (Entered: 01/30/2020) |
| 02/04/2020 | 83 | FIRST AMENDED DOCKET CONTROL ORDER re 82 Unopposed MOTION to Amend/Correct 58 Order,,,, Terminate Motions,,,, Set Deadlines/Hearings,,, filed by Joe Andrew Salazar, 81 Unopposed MOTION for Extension of Time to Complete Discovery *Serve Invalidity Contentions and Accompanying Document Production* filed by Sprint United Management Company, AT&T Mobility LLC, T-Mobile USA Inc, HTC America, Inc., Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC Corp.., SCHEDULING ORDER:( Pretrial Conference set for 12/28/2020 09:00 AM before District Judge Rodney Gilstrap., Amended Pleadings due by 5/6/2020., Jury Selection set for 2/1/2021 09:00AM before District Judge Rodney Gilstrap., Markman Hearing set for 7/22/2020 01:30 PM before District Judge Rodney Gilstrap., Motions in Limine due by 12/7/2020., Proposed Pretrial Order due by 12/21/2020.). Signed by District Judge Rodney Gilstrap on 2/4/2020. (nkl, ) (Entered: 02/04/2020) |
| 02/05/2020 | 🔒 | (Court only) ***Motions terminated: 69 Unopposed MOTION for Hearing re 28 MOTION for Intra-District Transfer to the Marshall Division , 27 SEALED MOTION *Joint Motion to Dismiss Under Rule 12(b)(6)* filed by Sprint United Management Company, AT&T Mobility LLC, T-Mobile USA Inc, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc.. (jml, ) (Entered: 02/05/2020) |
| 02/25/2020 | 84 | NOTICE of Attorney Appearance by John Wittenzellner on behalf of AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc (Wittenzellner, John) (Entered: 02/25/2020) |
| 03/19/2020 | 85 | NOTICE by Joe Andrew Salazar *Notice of Compliance Local Patent Rule 4-1* (Culbertson, Geoffrey) (Entered: 03/19/2020) |
| 04/08/2020 | 86 | NOTICE by Joe Andrew Salazar *Notice of Compliance Local Patent Rule 4-2* (Culbertson, Geoffrey) (Entered: 04/08/2020) |

| 04/10/2020 | 87 | CORPORATE DISCLOSURE STATEMENT filed by T-Mobile USA Inc identifying Corporate Parent T-Mobile US, Inc. for T-Mobile USA Inc. (Williams, Fred) (Entered: 04/10/2020) |
| 04/18/2020 | 88 | CORPORATE DISCLOSURE STATEMENT filed by Sprint United Management Company identifying Corporate Parent Sprint Corporation, Inc. for Sprint United Management Company. (Williams, Fred) (Entered: 04/18/2020) |
| 04/29/2020 | 89 | Unopposed MOTION for Extension of Time to File *Joint Claim Construction Statement* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 04/29/2020) |
| 04/30/2020 | 90 | ORDER granting 89 Motion for Extension of Time to Comply with Patent Rule 4-3. Signed by District Judge Rodney Gilstrap on 4/30/2020. (nkl, ) (Entered: 04/30/2020) |
| 05/01/2020 | 91 | Joint Claim Construction and Prehearing Statement by Joe Andrew Salazar. (Attachments: # 1 Exhibit A - US Patent 5,802.467, # 2 Exhibit B - Plaintiff's Proposed Constructions and Evidence, # 3 Exhibit C - Defendants and Intervenor's Proposed Constructions and Evidence) (Culbertson, Geoffrey) (Entered: 05/01/2020) |
| 05/08/2020 | | NOTICE of Hearing:Markman Hearing RESET for 7/24/2020 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. ***Please note that the DATE and TIME for the hearing have changed.***(jml) (Entered: 05/08/2020) |
| 05/27/2020 | 92 | Unopposed MOTION to Amend/Correct 59 Protective Order, Terminate Motions by Joe Andrew Salazar. (Attachments: # 1 First Amended Protective Order)(Culbertson, Geoffrey) (Entered: 05/27/2020) |
| 05/29/2020 | 93 | FIRST AMENDED PROTECTIVE ORDER. Signed by District Judge Rodney Gilstrap on 5/29/2020. (nkl, ) (Entered: 05/29/2020) |
| 06/03/2020 | 94 | MOTION for Leave to File *Supplemental Brief in Support of Their Motion to Dismiss* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Williams, Fred) (Entered: 06/03/2020) |
| 06/03/2020 | 95 | Additional Attachments to Main Document: 94 MOTION for Leave to File *Supplemental Brief in Support of Their Motion to Dismiss*.. (Attachments: # 1 Exhibit 1)(Williams, Fred) (Entered: 06/03/2020) |
| 06/10/2020 | 🔒 | (Court only) ***Party Donald E Tiller added. (nkl, ) (Entered: 06/10/2020) |
| 06/10/2020 | 96 | ORDER - The Court hereby appoints Mr. Donald Tiller as the Courts |

| | | technical advisor in the above-captioned case. Signed by District Judge Rodney Gilstrap on 6/9/2020. (nkl, ) (Entered: 06/10/2020) |
|---|---|---|
| 06/10/2020 | 97 | CLAIM CONSTRUCTION BRIEF filed by Joe Andrew Salazar. (Attachments: # 1 Declaration of Anya Engel, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I)(Culbertson, Geoffrey) (Entered: 06/10/2020) |
| 06/17/2020 | 98 | RESPONSE in Opposition re 94 MOTION for Leave to File *Supplemental Brief in Support of Their Motion to Dismiss filed by Joe Andrew Salazar*. (Attachments: # 1 Declaration of Frances H. Stephenson)(Culbertson, Geoffrey) (Entered: 06/17/2020) |
| 06/19/2020 | 99 | Unopposed MOTION Leave to Amend First Amended Docket Control Order re 83 Order,,,, Terminate Motions,,,, Scheduling Order,,, by Joe Andrew Salazar. (Attachments: # 1 Declaration of Anya Engel, # 2 Text of Proposed Order Second Amended Docket Control Order) (Culbertson, Geoffrey) (Entered: 06/19/2020) |
| 06/23/2020 | 100 | ORDER re 99 Unopposed MOTION Leave to Amend First Amended Docket Control Order re 83 Order,,,, Terminate Motions,,,, Scheduling Order,,, filed by Joe Andrew Salazar., Pretrial Conference set for 1/19/2021 09:00 AM before District Judge Rodney Gilstrap., Motions in Limine due by 12/14/2020. Signed by District Judge Rodney Gilstrap on 6/22/2020. (nkl, ) (Entered: 06/23/2020) |
| 06/24/2020 | 101 | REPLY to Response to Motion re 94 MOTION for Leave to File *Supplemental Brief in Support of Their Motion to Dismiss filed by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc*. (Williams, Fred) (Entered: 06/24/2020) |
| 06/24/2020 | 102 | CLAIM CONSTRUCTION BRIEF filed by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Affidavit Declaration of John Wittenzellner, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Landis, Todd) (Entered: 06/24/2020) |
| 07/01/2020 | 103 | REPLY to 102 Claim Construction Brief, *filed by Joe Andrew Salazar*. (Culbertson, Geoffrey) (Entered: 07/01/2020) |
| 07/02/2020 | 104 | SUR-REPLY to Reply to Response to Motion re 94 MOTION for Leave to File *Supplemental Brief in Support of Their Motion to Dismiss filed by Joe Andrew Salazar*. (Culbertson, Geoffrey) (Entered: 07/02/2020) |
| 07/07/2020 | | NOTICE of Hearing:Markman Hearing RESET for 7/24/2020 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (jml) (Entered: 07/07/2020) |
| 07/08/2020 | 105 | Joint Claim Construction Chart Pursuant to Patent Rule 4-5(d) by Joe |

| | | Andrew Salazar. (Attachments: # 1 Exhibit A)(Culbertson, Geoffrey) (Entered: 07/08/2020) |
|---|---|---|
| 07/15/2020 | 106 | Unopposed MOTION Motion to Reset Markman Hearing for Video Conference by Joe Andrew Salazar. (Attachments: # 1 Text of Proposed Order)(Culbertson, Geoffrey) (Entered: 07/15/2020) |
| 07/17/2020 | | NOTICE of Hearing:Markman Hearing RESET for 7/24/2020 09:00 AM before District Judge Rodney Gilstrap. ***PLEASE NOTE that the hearing will be conducted via VIDEO CONFERENCE.*** Instructions will be emailed to counsel.(jml) (Entered: 07/17/2020) |
| 07/17/2020 | 🔒 | (Court only) ***Motions terminated: 106 Unopposed MOTION Motion to Reset Markman Hearing for Video Conference filed by Joe Andrew Salazar. (ch, ) (Entered: 07/17/2020) |
| 07/21/2020 | 107 | ORDER - The Court issues this Order sua sponte re 105 Claim Construction Chart or Claim Construction and Prehearing Statement filed by Joe Andrew Salazar. Signed by District Judge Rodney Gilstrap on 7/21/2020. (nkl, ) (Entered: 07/21/2020) |
| 07/22/2020 | 108 | Revised Joint Claim Construction Chart Pursuant to Patent Rule 4-5(d) by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Exhibit A)(Williams, Fred) (Entered: 07/22/2020) |
| 07/24/2020 | 109 | **FILED IN ERROR**<br><br>Minute Entry for proceedings held before District Judge Rodney Gilstrap: Markman Hearing held on 7/24/2020. (Court Reporter Shelly Holmes, CSR-TCRR.) (jml) Modified on 7/24/2020 (nkl, ). (Entered: 07/24/2020) |
| 07/24/2020 | 110 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Markman Hearing held on 7/24/2020. (Court Reporter Shelly Holmes, CSR-TCRR.) (jml) (Entered: 07/24/2020) |
| 07/30/2020 | 111 | Unopposed MOTION Leave to Supplement Claim Construction Record by Joe Andrew Salazar. (Attachments: # 1 Text of Proposed Order) (Culbertson, Geoffrey) (Entered: 07/30/2020) |
| 07/30/2020 | 112 | SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF filed by Joe Andrew Salazar. (Culbertson, Geoffrey) (Entered: 07/30/2020) |
| 08/05/2020 | 113 | Unopposed MOTION for Leave to File *Concise Response to Plaintiff's Supplemental Claim Construction Brief* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 08/05/2020) |
| 08/05/2020 | 114 | RESPONSE TO PLAINTIFF'S SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF filed by AT&T Mobility LLC, Cellco |

| | | Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Exhibit A)(Williams, Fred) (Entered: 08/05/2020) |
|---|---|---|
| 08/13/2020 | 115 | Unopposed MOTION for Leave to File Reply to Further Supplement the Claim Construction Record re 114 Claim Construction Brief, by Joe Andrew Salazar. (Attachments: # 1 Text of Proposed Order) (Culbertson, Geoffrey) (Entered: 08/13/2020) |
| 08/13/2020 | 116 | Plaintiff's REPLY to Defendants' and Intervenors' Supplemental Claim Construction Response 114 Claim Construction Brief, *filed by Joe Andrew Salazar*. (Culbertson, Geoffrey) (Entered: 08/13/2020) |
| 08/19/2020 | 117 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 7/24/20 (Claim Construction Hearing) before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shelly Holmes, CSR, TCRR,Telephone number: (903) 923-7464 (Shelly_Holmes@txed.uscourts.gov). <P>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov<P>** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Motion to Redact due 9/9/2020. Release of Transcript Restriction set for 11/17/2020. (sholmes, ) (Entered: 08/19/2020) |
| 08/25/2020 | 118 | ORDER granting 111 Motion Leave to Supplement Claim Construction Record ; granting 113 Motion for Leave to File Concise Response to Plaintiffs Supplemental Claim Construction Brief; granting 115 Motion for Leave to File Reply to Further Supplement the Claim Construction Record. Signed by District Judge Rodney Gilstrap on 8/25/2020. (nkl, ) (Entered: 08/25/2020) |
| 08/28/2020 | 119 | Joint MOTION for Entry of Covid-19 Addendum to First Amended Protective Order by Joe Andrew Salazar. (Attachments: # 1 Text of Proposed Order Covid-19 Addendum to First Amended Protective Order)(Culbertson, Geoffrey) (Entered: 08/28/2020) |
| 08/28/2020 | 120 | **FILED IN ERROR PER ATTORNEY**<br><br>Unopposed MOTION for Leave to Amend Docket Control Order (Dkt. 100) re 100 Order,, Terminate Motions,, Scheduling Order, by Joe Andrew Salazar. (Attachments: # 1 Text of Proposed Order Proposed Amended Docket Control Order)(Culbertson, Geoffrey) Modified on 8/31/2020 (nkl, ). (Entered: 08/28/2020) |
| 08/28/2020 | 121 | Unopposed MOTION for Leave to Amend Docket Control Order (Dkt. 100) re 100 Order,, Terminate Motions,, Scheduling Order, *(Corrected)* |

| | | by Joe Andrew Salazar. (Attachments: # 1 Text of Proposed Order Corrected Amended Docket Control Order)(Culbertson, Geoffrey) (Entered: 08/28/2020) |
|---|---|---|
| 08/31/2020 | | ***FILED IN ERROR PER ATTORNEY. Document # 120, Unopposed MOTION for Leave to Amend Docket Control Order. PLEASE IGNORE.***<br><br>(nkl, ) (Entered: 08/31/2020) |
| 08/31/2020 | 122 | COVID-19 ADDENDUM TO FIRST AMENDED PROTECTIVE ORDER. Signed by District Judge Rodney Gilstrap on 8/31/2020. (nkl, ) (Entered: 08/31/2020) |
| 08/31/2020 | 123 | **WITHDRAWN PER ORDER 188**<br><br>**First MOTION to Compel *Document Production* by Joe Andrew Salazar. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order) (Culbertson, Geoffrey) Modified on 2/11/2021 (nkl, ). (Entered: 08/31/2020)** |
| 09/04/2020 | 124 | NOTICE by Joe Andrew Salazar re 123 First MOTION to Compel *Document Production Notice of Corrected Certificate of Service* (Attachments: # 1 Exhibit A- Corrected Certificate of Service) (Culbertson, Geoffrey) (Entered: 09/04/2020) |
| 09/04/2020 | 125 | THIRD AMENDED DOCKET CONTROL ORDER re 121 Motion for Leave to Amend Docket Control Order. Signed by District Judge Rodney Gilstrap on 9/4/2020. (nkl, ) (Entered: 09/04/2020) |
| 09/04/2020 | 126 | **WITHDRAWN PER ORDER 188**<br><br>Second MOTION to Compel *Document Production* by Joe Andrew Salazar. (Attachments: # 1 Exhibit A-Discovery Letter, # 2 Text of Proposed Order)(Culbertson, Geoffrey) Modified on 2/11/2021 (nkl, ). (Entered: 09/04/2020) |
| 09/15/2020 | 127 | Joint MOTION To Take Rule 30(b)(6) Depositions Out of Time by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 09/15/2020) |
| 09/15/2020 | 128 | ***FILED IN ERROR***<br><br>RESPONSE to Motion re 123 First MOTION to Compel *Document Production filed by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc.* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Text of Proposed Order)(Williams, Fred) Modified on 9/16/2020 (ch, ). (Entered: 09/15/2020) |

| 09/16/2020 | 129 | ORDER granting 127 Motion To Take Rule 30(b)(6) Depositions Out of Time. Signed by District Judge Rodney Gilstrap on 9/16/2020. (nkl, ) (Entered: 09/16/2020) |
|---|---|---|
| 09/16/2020 | | ***FILED IN ERROR. PER ATTORNEY Document # 128, Response to Motion. PLEASE IGNORE.*** <br><br> (ch, ) (Entered: 09/16/2020) |
| 09/16/2020 | 130 | RESPONSE to Motion re 123 First MOTION to Compel *Document Production filed by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc.* (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Gillam, Harry) (Entered: 09/16/2020) |
| 09/18/2020 | 131 | CLAIM CONSTRUCTION MEMORANDUM OPINION AND ORDER. Signed by District Judge Rodney Gilstrap on 9/18/2020. (ch, ) (Entered: 09/18/2020) |
| 09/18/2020 | 132 | RESPONSE to Motion re 126 Second MOTION to Compel *Document Production filed by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc.* (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 09/18/2020) |
| 09/22/2020 | 133 | MOTION to Compel *Responses to Interrogatories and Requests for Admission* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(Williams, Fred) (Entered: 09/22/2020) |
| 09/23/2020 | 134 | ORDER to Pay Technical Advisor. Signed by District Judge Rodney Gilstrap on 9/22/2020. (nkl, ) (Entered: 09/23/2020) |
| 09/30/2020 | 135 | RESPONSE to Motion re 133 MOTION to Compel *Responses to Interrogatories and Requests for Admission filed by Joe Andrew Salazar.* (Attachments: # 1 Text of Proposed Order)(Culbertson, Geoffrey) (Entered: 09/30/2020) |
| 10/05/2020 | 136 | NOTICE by Joe Andrew Salazar *Joint Notice Regarding Mediation* (Culbertson, Geoffrey) (Entered: 10/05/2020) |
| 10/08/2020 | 137 | NOTICE by Joe Andrew Salazar *Notice of Compliance Regarding Disclosures for Expert Witnesses* (Culbertson, Geoffrey) (Entered: 10/08/2020) |
| 10/09/2020 | 138 | MOTION To Sever and Stay by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Text of Proposed Order)(Williams, Fred) (Entered: 10/09/2020) |
| 10/23/2020 | 🔒 139 | SEALED RESPONSE in Opposition to Motion re 138 MOTION To |

| | | Sever and Stay filed by Joe Andrew Salazar. (Culbertson, Geoffrey) (Entered: 10/23/2020) |
|---|---|---|
| 10/28/2020 | [140](#) | Unopposed MOTION for Leave to Take the Deposition of Chris Bakewell Outside of the Discovery Period by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # [1](#) Text of Proposed Order)(Gillam, Harry) (Entered: 10/28/2020) |
| 10/29/2020 | [141](#) | ORDER granting [140](#) Motion for Leave to Take the Deposition of Chris Bakewell Outside of the Discovery Period. Signed by District Judge Rodney Gilstrap on 10/28/20. (nkl, ) (Entered: 10/29/2020) |
| 11/02/2020 | [142](#) | REPLY to Response to Motion re [138](#) MOTION To Sever and Stay *filed by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc.* (Williams, Fred) (Entered: 11/02/2020) |
| 11/03/2020 | 🔒 [143](#) | SEALED MOTION *for Summary Judgment of Non-Infringement of the Asserted Claims of the '497 Patent* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # [1](#) Declaration of John Wittenzellner, # [2](#) Exhibit A, # [3](#) Exhibit B, # [4](#) Exhibit C, # [5](#) Exhibit D, # [6](#) Exhibit E, # [7](#) Exhibit F, # [8](#) Exhibit G, # [9](#) Exhibit H, # [10](#) Exhibit I, # [11](#) Exhibit J, # [12](#) Exhibit K, # [13](#) Exhibit L, # [14](#) Exhibit M, # [15](#) Text of Proposed Order) (Williams, Fred) (Entered: 11/03/2020) |
| 11/03/2020 | 🔒 [144](#) | SEALED MOTION *FOR PARTIAL SUMMARY JUDGMENT THAT 35 U.S.C. § 287(a) IS NOT APPLICABLE IN THIS CASE* by Joe Andrew Salazar. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Exhibit E, # [6](#) Exhibit F, # [7](#) Exhibit G, # [8](#) Exhibit H) (Culbertson, Geoffrey) (Entered: 11/03/2020) |
| 11/03/2020 | 🔒 [145](#) | Opposed SEALED MOTION *Daubert Motion to Exclude Portions of the Expert Report and Proffered Testimony of Plaintiff's Expert Witness, Dr. Oded Gottesman* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # [1](#) J. Wittenzellner Declaration, # [2](#) Exhibit A, # [3](#) Exhibit B, # [4](#) Exhibit C, # [5](#) Exhibit D, # [6](#) Exhibit E, # [7](#) Exhibit F, # [8](#) Exhibit G, # [9](#) Exhibit H, # [10](#) Exhibit I, # [11](#) Text of Proposed Order)(Williams, Fred) (Entered: 11/03/2020) |
| 11/03/2020 | 🔒 [146](#) | SEALED MOTION *for Summary Judgment Under the Kessler Doctrine and Res Judicata* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # [1](#) Exhibit A, # [2](#) Text of Proposed Order)(Williams, Fred) (Entered: 11/03/2020) |
| 11/03/2020 | 🔒 [147](#) | Opposed SEALED MOTION *to Exclude Certain Testimony for Mr.* |

| | | | |
|---|---|---|---|
| | | | *Dennis M. Giuffre* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Text of Proposed Order)(Williams, Fred) (Entered: 11/03/2020) |
| 11/10/2020 | 🔒 | 148 | SEALED PATENT SUR-REPLY to Reply to Response to PATENT Motion re 138 MOTION To Sever and Stay *filed by Joe Andrew Salazar*. (Culbertson, Geoffrey) (Entered: 11/10/2020) |
| 11/12/2020 | | 149 | REDACTION to 148 Sealed PATENT Sur-Reply to Reply to Response to PATENT Motion by Joe Andrew Salazar. (Culbertson, Geoffrey) (Entered: 11/12/2020) |
| 11/12/2020 | | 150 | REDACTION to 139 Sealed Response to Motion *to Sever and Stay Claims* by Joe Andrew Salazar. (Culbertson, Geoffrey) (Entered: 11/12/2020) |
| 11/12/2020 | | 151 | REDACTION to 144 SEALED MOTION *FOR PARTIAL SUMMARY JUDGMENT THAT 35 U.S.C. § 287(a) IS NOT APPLICABLE IN THIS CASE* by Joe Andrew Salazar. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Culbertson, Geoffrey) (Entered: 11/12/2020) |
| 11/13/2020 | 🔒 | 152 | Sealed Plaintiff's Motion to Strike or, Alternatively, to Deny as Moot Defendants' and Intervenors' Motion for Summary Judgment Under the Kessler Doctrine and Res Judicata (Culbertson, Geoffrey) (Entered: 11/13/2020) |
| 11/16/2020 | | 153 | Unopposed MOTION for Extension of Time to File Response to Defendants' and Intervenors' Motion to Exclude Certain Testimony of Giuffre re 147 Opposed SEALED MOTION *to Exclude Certain Testimony for Mr. Dennis M. Giuffre* by Joe Andrew Salazar. (Attachments: # 1 Text of Proposed Order)(Culbertson, Geoffrey) (Entered: 11/16/2020) |
| 11/16/2020 | 🔒 | 154 | SEALED RESPONSE to Motion re 144 SEALED MOTION *FOR PARTIAL SUMMARY JUDGMENT THAT 35 U.S.C. § 287(a) IS NOT APPLICABLE IN THIS CASE* filed by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Affidavit of J. Wittenzellner, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit K, # 18 Text of Proposed Order)(Williams, Fred) (Entered: 11/16/2020) |
| 11/17/2020 | | 155 | MOTION for Extension of Time to File Response to Defendants' and Intervenors' Motion for Summary Judgment Under the Kessler Doctrine and Res Judicata re 146 SEALED MOTION *for Summary Judgment Under the Kessler Doctrine and Res Judicata* by Joe Andrew Salazar. (Attachments: # 1 Text of Proposed Order)(Culbertson, Geoffrey) |

| | | | |
|---|---|---|---|
| | | | (Entered: 11/17/2020) |
| 11/17/2020 | 🔒 | 156 | SEALED RESPONSE to Motion re 143 SEALED MOTION *for Summary Judgment of Non-Infringement of the Asserted Claims of the '497 Patent* filed by Joe Andrew Salazar. (Attachments: # 1 Declaration of Anya Engel, # 2 Exhibit A, # 3 Exhibit B, # 4 Text of Proposed Order)(Culberton, Geoffrey) (Entered: 11/17/2020) |
| 11/17/2020 | 🔒 | 157 | SEALED RESPONSE to Motion re 145 Opposed SEALED MOTION *Daubert Motion to Exclude Portions of the Expert Report and Proffered Testimony of Plaintiff's Expert Witness, Dr. Oded Gottesman* filed by Joe Andrew Salazar. (Attachments: # 1 Text of Proposed Order)(Culberton, Geoffrey) (Entered: 11/17/2020) |
| 11/18/2020 | 🔒 | 158 | SEALED PATENT ADDITIONAL ATTACHMENTS to Main Document: 157 Sealed Response to Motion,. (Attachments: # 1 Declaration of Anya Engel, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I)(Culberton, Geoffrey) (Entered: 11/18/2020) |
| 11/18/2020 | | 159 | Unopposed MOTION for Leave to Exceed the Deadline to File Plaintiff's Response in Opposition to Defendants' and Intervenors' Daubert Motion to Exclude the Expert Report and Proffered Testimony of Plaintiff's Expert Witness, Dr. Oded Gottesman by Joe Andrew Salazar. (Attachments: # 1 Text of Proposed Order)(Culberton, Geoffrey) (Entered: 11/18/2020) |
| 11/18/2020 | | 160 | REDACTION to 152 Sealed Document *Plaintiff's Motion to Strike or, Alternatively, to Deny as Moot Defendants' and Intervenors' Motion for Summary Judgment Under the Kessler Doctrine and Res Judicata* by Joe Andrew Salazar. (Culberton, Geoffrey) (Entered: 11/18/2020) |
| 11/19/2020 | | 161 | RESPONSE in Opposition re 155 MOTION for Extension of Time to File Response to Defendants' and Intervenors' Motion for Summary Judgment Under the Kessler Doctrine and Res Judicata re 146 SEALED MOTION *for Summary Judgment Under the Kessler Doctrine and Res Judi* filed by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 11/19/2020) |
| 11/19/2020 | | 162 | RESPONSE to 152 Sealed Document *filed by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc.* (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 11/19/2020) |
| 11/20/2020 | | 163 | ORDER - Jury Selection set for 5/10/2021 09:00AM before District Judge Rodney Gilstrap. Signed by District Judge Rodney Gilstrap on 11/20/2020. (nkl, ) (Entered: 11/20/2020) |
| 11/20/2020 | 🔒 | 164 | SEALED RESPONSE to Motion re 147 Opposed SEALED MOTION *to Exclude Certain Testimony for Mr. Dennis M. Giuffre* filed by Joe |

| | | Andrew Salazar. (Attachments: # 1 Declaration of Frances H. Stephenson, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Text of Proposed Order)(Culbertson, Geoffrey) (Entered: 11/20/2020) |
|---|---|---|
| 11/24/2020 | 165 | Unopposed MOTION for Leave to Exceed Page Limit by Joe Andrew Salazar. (Attachments: # 1 Text of Proposed Order)(Culbertson, Geoffrey) (Entered: 11/24/2020) |
| 11/24/2020 | 166 | REPLY to Response to Motion re 144 SEALED MOTION *FOR PARTIAL SUMMARY JUDGMENT THAT 35 U.S.C. § 287(a) IS NOT APPLICABLE IN THIS CASE filed* by Joe Andrew Salazar. (Attachments: # 1 Declaration of Frances H. Stephenson, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Culbertson, Geoffrey) (Entered: 11/24/2020) |
| 11/24/2020 | 🔒 167 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 166 Reply in Support of His Motion for Partial Summary Judgment (Attachments: # 1 Exhibit D)(Culbertson, Geoffrey) (Entered: 11/24/2020) |
| 11/25/2020 | 168 | ORDER granting 165 Motion for Leave to Exceed Page Limit. Signed by District Judge Rodney Gilstrap on 11/25/2020. (nkl, ) (Entered: 11/25/2020) |
| 11/25/2020 | 169 | REPLY to Response to Motion re 155 MOTION for Extension of Time to File Response to Defendants' and Intervenors' Motion for Summary Judgment Under the Kessler Doctrine and Res Judicata re 146 SEALED MOTION *for Summary Judgment Under the Kessler Doctrine and Res Judi filed* by Joe Andrew Salazar. *(Culbertson, Geoffrey) (Entered: 11/25/2020)* |
| 11/25/2020 | 170 | REPLY to Response to Motion re 147 Opposed SEALED MOTION *to Exclude Certain Testimony for Mr. Dennis M. Giuffre filed* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc*. (Attachments: # 1 Exhibit F)(Williams, Fred) (Entered: 11/25/2020) |
| 11/25/2020 | 171 | REPLY to Response to Motion re 145 Opposed SEALED MOTION *Daubert Motion to Exclude Portions of the Expert Report and Proffered Testimony of Plaintiff's Expert Witness, Dr. Oded Gottesman filed* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Williams, Fred) (Entered: 11/25/2020) |
| 11/25/2020 | 172 | REPLY to Response to Motion re 143 SEALED MOTION *for Summary Judgment of Non-Infringement of the Asserted Claims of the '497 Patent filed* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 J. Wittenzellner Declaration, # 2 Exhibit N)(Williams, Fred) (Entered: |

| | | 11/25/2020) |
|---|---|---|
| 11/27/2020 | [173](#) | REPLY to Response to Motion re [146](#) SEALED MOTION *for Summary Judgment Under the Kessler Doctrine and Res Judicata Plaintiff's Reply in Support of his Motion to Strike Dkt. 146 filed by Joe Andrew Salazar.* (Culbertson, Geoffrey) (Entered: 11/27/2020) |
| 12/01/2020 | [174](#) | SUR-REPLY to Reply to Response to Motion re [144](#) SEALED MOTION *FOR PARTIAL SUMMARY JUDGMENT THAT 35 U.S.C. § 287(a) IS NOT APPLICABLE IN THIS CASE filed by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc.* (Attachments: # [1](#) Declaration of John Wittenzellner, # [2](#) Exhibit Q)(Williams, Fred) (Entered: 12/01/2020) |
| 12/01/2020 | 🔒 [175](#) | SEALED CORRECTED ATTACHMENT to Main Document: [164](#) Sealed Response to Motion,. (Attachments: # [1](#) Exhibit D)(Culbertson, Geoffrey) (Entered: 12/01/2020) |
| 12/01/2020 | [176](#) | SUR-REPLY to Reply to Response to Motion re [155](#) MOTION for Extension of Time to File Response to Defendants' and Intervenors' Motion for Summary Judgment Under the Kessler Doctrine and Res Judicata re [146](#) SEALED MOTION *for Summary Judgment Under the Kessler Doctrine and Res Judi filed by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc.* (Williams, Fred) (Entered: 12/01/2020) |
| 12/02/2020 | [177](#) | SUR-REPLY to Reply to Response to Motion re [145](#) Opposed SEALED MOTION *Daubert Motion to Exclude Portions of the Expert Report and Proffered Testimony of Plaintiff's Expert Witness, Dr. Oded Gottesman filed by Joe Andrew Salazar.* (Attachments: # [1](#) Declaration of Anya Engel, # [2](#) Exhibit A, # [3](#) Exhibit B)(Culbertson, Geoffrey) (Entered: 12/02/2020) |
| 12/02/2020 | [178](#) | SUR-REPLY to Reply to Response to Motion re [143](#) SEALED MOTION *for Summary Judgment of Non-Infringement of the Asserted Claims of the '497 Patent filed by Joe Andrew Salazar.* (Attachments: # [1](#) Declaration of Frances H. Stephenson, # [2](#) Exhibit C)(Culbertson, Geoffrey) (Entered: 12/02/2020) |
| 12/02/2020 | [179](#) | SUR-REPLY to Reply to Response to Motion re [147](#) Opposed SEALED MOTION *to Exclude Certain Testimony for Mr. Dennis M. Giuffre filed by Joe Andrew Salazar.* (Attachments: # [1](#) Exhibit G) (Culbertson, Geoffrey) (Entered: 12/02/2020) |
| 12/03/2020 | [180](#) | RESPONSE to [152](#) Sealed Document *Sur-Reply in Opposition to Plaintiff's Motion to Strike or, Alternatively, to Deny as Moot Defendants' and Intervenors' Motion for Summary Judgement Under the Kessler Doctrine and Res Judicata filed by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc.* (Williams, Fred) (Entered: 12/03/2020) |

| 12/09/2020 | 181 | **DEFICIENT DOCUMENT** |
| | | Joint MOTION for Leave to Amend Docket Control Order (Dkt. 125) by Joe Andrew Salazar. (Attachments: # 1 Text of Proposed Order Proposed Amended Docket Control Order)(Culbertson, Geoffrey) Modified on 12/9/2020 (nkl, ). (Entered: 12/09/2020) |
| 12/09/2020 | | NOTICE of Deficiency regarding the Joint MOTION for Leave to Amend Docket Control Order submitted document 181 does not contain a Certificate of Conference. Correction should be made by one business day. (nkl, ) (Entered: 12/09/2020) |
| 12/09/2020 | 182 | Joint MOTION for Leave to Amend Docket Control Order (Dkt. 125) by Joe Andrew Salazar. (Attachments: # 1 Text of Proposed Order Proposed Amended Docket Control Order)(Culbertson, Geoffrey) (Entered: 12/09/2020) |
| 01/06/2021 | | NOTICE of Hearing: Pretrial Conference **RESET** for 4/13/2021 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 01/06/2021) |
| 02/02/2021 | 183 | NOTICE by Joe Andrew Salazar *Notice of Compliance* (Culbertson, Geoffrey) (Entered: 02/02/2021) |
| 02/03/2021 | 184 | AMENDED DOCKET CONTROL ORDER re 182 Joint MOTION for Leave to Amend Docket Control Order (Dkt. 125) filed by Joe Andrew Salazar., Pretrial Conference set for 4/13/2021 09:00 AM before District Judge Rodney Gilstrap., Motions in Limine due by 2/26/2021., Proposed Pretrial Order due by 3/5/2021. Signed by District Judge Rodney Gilstrap on 2/3/2021. (nkl, ) (Entered: 02/03/2021) |
| 02/04/2021 | 185 | ORDER granting 153 Motion for Extension of Time to File Response to Defendants and Intervenors Motion to Exclude Certain Testimony of Mr. Dennis M. Guiffre. Signed by District Judge Rodney Gilstrap on 2/4/2021. (nkl, ) (Entered: 02/04/2021) |
| 02/04/2021 | 186 | ORDER granting 159 Motion Unopposed MOTION for Leave to Exceed the Deadline to File Plaintiff's Response in Opposition to Defendants' and Intervenors' Daubert Motion to Exclude the Expert Report and Proffered Testimony of Plaintiff's Expert Witness, Dr. Oded Gottesman. Signed by District Judge Rodney Gilstrap on 2/4/2021. (ch, ) (Entered: 02/04/2021) |
| 02/10/2021 | 187 | NOTICE by Joe Andrew Salazar *Notice of Withdrawal Regarding Dkt. Nos. 123 & 126* (Culbertson, Geoffrey) (Entered: 02/10/2021) |
| 02/11/2021 | 188 | ORDER re 187 Notice (Other) filed by Joe Andrew Salazar withdrawing 126 Second MOTION to Compel *Document Production* filed by Joe Andrew Salazar, 123 First MOTION to Compel *Document Production* filed by Joe Andrew Salazar. Signed by District Judge Rodney Gilstrap on 2/11/2021. (nkl, ) (Entered: 02/11/2021) |
| 02/11/2021 | 🔒 | (Court only) ***Motions terminated: 123 First MOTION to Compel |

| | | *Document Production* filed by Joe Andrew Salazar, 126 Second MOTION to Compel *Document Production* filed by Joe Andrew Salazar. (nkl, ) (Entered: 02/11/2021) |
|---|---|---|
| 02/26/2021 | 189 | NOTICE by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc *Request for Daily Transcripts and Realtime Feed for Court Proceedings* (Williams, Fred) (Entered: 02/26/2021) |
| 02/26/2021 | 190 | NOTICE by Joe Andrew Salazar *Request for Daily Transcripts of Court Proceedings* (Culbertson, Geoffrey) (Entered: 02/26/2021) |
| 02/26/2021 | 🔒 191 | Opposed SEALED MOTION *in Limine* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 02/26/2021) |
| 02/26/2021 | 192 | STIPULATION *of Agreed Motions in Limine* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Text of Proposed Order)(Williams, Fred) (Entered: 02/26/2021) |
| 02/26/2021 | 193 | MOTION in Limine by Joe Andrew Salazar. (Culbertson, Geoffrey) (Additional attachment(s) added on 3/1/2021: # 1 Text of Proposed Order) (nkl, ). (Entered: 02/26/2021) |
| 03/05/2021 | 194 | RESPONSE to Motion re 191 Opposed SEALED MOTION *in Limine* filed by Joe Andrew Salazar. (Attachments: # 1 Text of Proposed Order)(Culbertson, Geoffrey) (Entered: 03/05/2021) |
| 03/05/2021 | 195 | Joint MOTION for Leave to Amend Docket Control Order re 184 Order,, Terminate Motions,, Scheduling Order, by Joe Andrew Salazar. (Attachments: # 1 Text of Proposed Order Proposed Amended Docket Control Order)(Culbertson, Geoffrey) (Entered: 03/05/2021) |
| 03/05/2021 | 196 | RESPONSE to Motion re 193 MOTION in Limine *filed by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc.* (Attachments: # 1 Text of Proposed Order) (Williams, Fred) (Entered: 03/05/2021) |
| 03/09/2021 | 197 | FOURTH AMENDED DOCKET CONTROL ORDER granting 195 Joint MOTION for Leave to Amend Docket Control Order re 184 Order. Pretrial Conference set for 4/13/2021 09:00 AM before District Judge Rodney Gilstrap., Jury Selection set for 5/10/2021 09:00AM before District Judge Rodney Gilstrap., Proposed Pretrial Order due by 3/10/2021. Signed by District Judge Rodney Gilstrap on 3/9/2021. (ch, ) (Entered: 03/10/2021) |
| 03/10/2021 | 198 | Proposed Pretrial Order *Joint Final Pretrial Order* by Joe Andrew |

| | | |
|---|---|---|
| | | Salazar. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(Culbertson, Geoffrey) |
| 03/22/2021 | 199 | ORDER - The Court issues this Order sua sponte. The Court ORDERS the parties to mediate in this case promptly and at a mutually agreeable date, but no later than thirty (30) days from the date of this Order. Signed by District Judge Rodney Gilstrap on 3/22/2021. (nkl, ) (Entered: 03/22/2021) |
| 03/24/2021 | 200 | ORDER granting 94 Motion for Leave to File Supplemental Brief in Support of Their Motion to Dismiss. Signed by District Judge Rodney Gilstrap on 3/23/2021. (nkl, ) (Entered: 03/24/2021) |
| 04/01/2021 | | Set/Reset Hearings: The Pretrial Conference originally set for 4/13/2021 at 9:00 AM is RESET for 4/26/2021 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 04/01/2021) |
| 04/01/2021 | 201 | ORDER - Court issues this Order sua sponte. Mediation Completion due by 4/30/2021. Signed by District Judge Rodney Gilstrap on 4/1/2021. (ch, ) (Entered: 04/05/2021) |
| 04/08/2021 | 202 | MOTION for Leave to Extend Deadline to Respond to Dkt. 146 re 146 SEALED MOTION *for Summary Judgment Under the Kessler Doctrine and Res Judicata* by Joe Andrew Salazar. (Attachments: # 1 Declaration of Geoffrey Culbertson, # 2 Exhibit A, # 3 Text of Proposed Order)(Culbertson, Geoffrey) (Entered: 04/08/2021) |
| 04/08/2021 | 203 | RESPONSE in Opposition re 146 SEALED MOTION *for Summary Judgment Under the Kessler Doctrine and Res Judicata filed by Joe Andrew Salazar*. (Attachments: # 1 Text of Proposed Order) (Culbertson, Geoffrey) (Entered: 04/08/2021) |
| 04/09/2021 | 204 | **FILED IN ERROR PER ATTORNEY. PLEASE IGNORE** Joint MOTION *for Submission of Juror Questionnaire* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Exhibit A)(Williams, Fred) Modified on 4/12/2021 (klc, ). (Entered: 04/09/2021) |
| 04/12/2021 | | **\*\*\*FILED IN ERROR. Document # 204,. PLEASE IGNORE.\*\*\*** <br><br> (klc, ) (Entered: 04/12/2021) |
| 04/15/2021 | 205 | SEALED REPLY to Response to Motion re 146 SEALED MOTION for Summary Judgment Under the Kessler Doctrine and Res Judicata filed by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. (Williams, Fred) (Entered: 04/15/2021) |
| | | |

| 04/19/2021 | 206 | NOTICE of Attorney Appearance by Andrew Thompson (Tom) Gorham on behalf of AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc (Gorham, Andrew) (Entered: 04/19/2021) |
| 04/22/2021 | | NOTICE of CANCELLATION OF PRETRIAL CONFERENCE: The Pretrial Conference set for 4/26/2021 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap is CANCELLED.(aeb) (Entered: 04/22/2021) |
| 04/22/2021 | 🔒 | (Court only) ***Deadlines terminated. Pretrial Conference cancelled. Parties notified. (aeb) (Entered: 04/22/2021) |
| 04/23/2021 | 207 | SUR-REPLY to Reply to Response to Motion re 146 SEALED MOTION *for Summary Judgment Under the Kessler Doctrine and Res Judicata filed by Joe Andrew Salazar*. (Culbertson, Geoffrey) (Entered: 04/23/2021) |
| 04/23/2021 | 208 | RESPONSE to Motion re 202 MOTION for Leave to Extend Deadline to Respond to Dkt. 146 re 146 SEALED MOTION *for Summary Judgment Under the Kessler Doctrine and Res Judicata filed by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc*. (Attachments: # 1 Text of Proposed Order) (Williams, Fred) (Entered: 04/23/2021) |
| 04/26/2021 | | NOTICE of Hearing: Pretrial Conference RESET for 5/11/2021 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 04/26/2021) |
| 04/26/2021 | | NOTICE of Jury Selection set for 6/4/2021 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 04/26/2021) |
| 05/03/2021 | | NOTICE of Jury Selection previously set for 6/4/2021 09:00 AM has been RESET for 6/3/2021 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 05/03/2021) |
| 05/04/2021 | 209 | ORDER TO PURCHASE JURY MEALS. Signed by District Judge Rodney Gilstrap on 5/4/2021. (nkl, ) (Entered: 05/05/2021) |
| 05/04/2021 | 210 | ORDER REGARDING EXHIBITS. Signed by District Judge Rodney Gilstrap on 5/4/2021. (nkl, ) (Entered: 05/05/2021) |
| 05/06/2021 | 211 | REPORT of Mediation by David Folsom (Ret.). Mediation result: suspended (HTC Corp. and HTC America, Inc.)(Folsom, David) (Entered: 05/06/2021) |
| 05/07/2021 | | NOTICE of Hearing: Pretrial Conference RESET for 5/11/2021 10:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. ***Please note that only the TIME for the hearing has changed.*** (aeb) (Entered: 05/07/2021) |

| 05/10/2021 | 212 | NOTICE of Attorney Appearance - Pro Hac Vice by Adam Livingston on behalf of AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc. Filing fee $ 100, receipt number 0540-8404974. (Livingston, Adam) (Entered: 05/10/2021) |
| --- | --- | --- |
| 05/11/2021 | 213 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Initial Pretrial Conference held on 5/11/2021. (Court Reporter Shawn McRoberts, RMR, CRR.) (Attachments: # 1 Attorney Attendance Sheet) (aeb) (Entered: 05/11/2021) |
| 05/12/2021 | 214 | PAPER TRANSCRIPT REQUEST by Joe Andrew Salazar for proceedings held on May 11, 2021 Pretrial Hearing before Judge Rodney Gilstrap. (Culbertson, Geoffrey) (Forwarded to Shawn McRoberts) Modified on 5/12/2021 (ch, ). (Entered: 05/12/2021) |
| 05/12/2021 | 215 | PAPER TRANSCRIPT REQUEST by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc for proceedings held on May 11, 2021 before Judge Rodney Gilstrap. ( Forwarded to Shawn McRoberts) (Williams, Fred) Modified on 5/13/2021 (nkl, ). (Entered: 05/12/2021) |
| 05/17/2021 | 216 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Pretrial Conference Proceedings held on 05/11/2021 before Judge Rodney Gilstrap. Court Reporter/Transcriber: Shawn McRoberts, RMR, CRR,Telephone number: (214) 753-2349. **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov** Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Motion to Redact due 6/7/2021. Release of Transcript Restriction set for 8/15/2021. (klc, ) (Entered: 05/17/2021) |
| 05/21/2021 | 217 | NOTICE by Joe Andrew Salazar *Notice of Proposed Agreed Order on Motions in Limine* (Attachments: # 1 Text of Proposed Order) (Culbertson, Geoffrey) (Entered: 05/21/2021) |
| 05/21/2021 | 218 | NOTICE by Joe Andrew Salazar *Notice of Revised Exhibit List* (Attachments: # 1 Exhibit Salazar Revised Exhibit List)(Culbertson, Geoffrey) (Entered: 05/21/2021) |
| 05/21/2021 | 219 | NOTICE by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC America, Inc., HTC Corp., Sprint United Management Company, T-Mobile USA Inc *Notice of Revised Exhibit* |

| | | |
|---|---|---|
| | | *List* (Attachments: # 1 Exhibit E - Defendants' and Intervenors' Revised Exhibit List)(Williams, Fred) (Entered: 05/21/2021) |
| 05/21/2021 | 220 | ORDER ON PRETRIAL MOTIONS AND MOTIONS IN LIMINE re 143 SEALED MOTION *for Summary Judgment of Non-Infringement of the Asserted Claims of the '497 Patent* filed by Sprint United Management Company, AT&T Mobility LLC, T-Mobile USA Inc, HTC America, Inc., Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC Corp., 147 Opposed SEALED MOTION *to Exclude Certain Testimony for Mr. Dennis M. Giuffre* filed by Sprint United Management Company, AT&T Mobility LLC, T-Mobile USA Inc, HTC America, Inc., Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC Corp., 193 MOTION in Limine filed by Joe Andrew Salazar, 133 MOTION to Compel *Responses to Interrogatories and Requests for Admission* filed by Sprint United Management Company, AT&T Mobility LLC, T-Mobile USA Inc, HTC America, Inc., Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC Corp., 27 SEALED MOTION *Joint Motion to Dismiss Under Rule 12(b)(6)* filed by Sprint United Management Company, AT&T Mobility LLC, T-Mobile USA Inc, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., 144 SEALED MOTION *FOR PARTIAL SUMMARY JUDGMENT THAT 35 U.S.C. § 287(a) IS NOT APPLICABLE IN THIS CASE* filed by Joe Andrew Salazar, 146 SEALED MOTION *for Summary Judgment Under the Kessler Doctrine and Res Judicata* filed by Sprint United Management Company, AT&T Mobility LLC, T-Mobile USA Inc, HTC America, Inc., Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC Corp., 138 MOTION To Sever and Stay filed by Sprint United Management Company, AT&T Mobility LLC, T-Mobile USA Inc, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., 145 Opposed SEALED MOTION *Daubert Motion to Exclude Portions of the Expert Report and Proffered Testimony of Plaintiff's Expert Witness, Dr. Oded Gottesman* filed by Sprint United Management Company, AT&T Mobility LLC, T-Mobile USA Inc, HTC America, Inc., Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC Corp., 191 Opposed SEALED MOTION *in Limine* filed by Sprint United Management Company, AT&T Mobility LLC, T-Mobile USA Inc, HTC America, Inc., Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC Corp... Signed by District Judge Rodney Gilstrap on 5/21/2021. (nkl, ) (Entered: 05/21/2021) |
| 05/28/2021 | 221 | ORDER re 138 MOTION To Sever and Stay filed by Sprint United Management Company, AT&T Mobility LLC, T-Mobile USA Inc, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc.. Signed by District Judge Rodney Gilstrap on 5/26/2021. (nkl, ) (Entered: 05/28/2021) |
| 05/28/2021 | 222 | ORDER re 144 SEALED MOTION *FOR PARTIAL SUMMARY JUDGMENT THAT 35 U.S.C. § 287(a) IS NOT APPLICABLE IN THIS CASE* filed by Joe Andrew Salazar. Signed by District Judge Rodney Gilstrap on 5/25/2021. (nkl, ) (Entered: 05/28/2021) |
| 06/01/2021 | 223 | ANSWER to 3 Amended Complaint , COUNTERCLAIM against Joe |

| | | Andrew Salazar by Sprint United Management Company, AT&T Mobility LLC, T-Mobile USA Inc, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc..(Williams, Fred) (Entered: 06/01/2021) |
|---|---|---|
| 06/21/2021 | 224 | *Plaintiff Joe Andrew Salazar's* ANSWER to 223 Answer to Amended Complaint, Counterclaim by Joe Andrew Salazar.(Culbertson, Geoffrey) (Entered: 06/21/2021) |
| 06/25/2021 | | NOTICE: Jury Selection set for 8/2/2021 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. Jury Trial set for 8/2/2021 immediately following Jury Selection in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (aeb) (Entered: 06/25/2021) |
| 07/16/2021 | 225 | ORDER denying as moot 155 MOTION for Extension of Time to File Response to Defendants' and Intervenors' Motion for Summary Judgment Under the Kessler Doctrine and Res Judicata re 146 SEALED MOTION for Summary Judgment Under the Kessler Doctrine and Res Judicata. Signed by District Judge Rodney Gilstrap on 7/16/2021. (ch, ) (Entered: 07/16/2021) |
| 07/21/2021 | 🔒 | (Court only) ***Motions terminated: 202 MOTION for Leave to Extend Deadline to Respond to Dkt. 146 re 146 SEALED MOTION *for Summary Judgment Under the Kessler Doctrine and Res Judicata* filed by Joe Andrew Salazar. (klc, ) (Entered: 07/21/2021) |
| 07/21/2021 | | Sever Civil Action 2:21cv274 (nkl, ) (Entered: 07/21/2021) |
| 07/28/2021 | 226 | ORDER re 147 Opposed SEALED MOTION *to Exclude Certain Testimony for Mr. Dennis M. Giuffre* filed by Sprint United Management Company, AT&T Mobility LLC, T-Mobile USA Inc, HTC America, Inc., Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC Corp.. Signed by District Judge Rodney Gilstrap on 7/28/2021. (nkl, ) (Entered: 07/28/2021) |
| 07/28/2021 | 227 | ORDER re 145 Opposed SEALED MOTION *Daubert Motion to Exclude Portions of the Expert Report and Proffered Testimony of Plaintiff's Expert Witness, Dr. Oded Gottesman* filed by Sprint United Management Company, AT&T Mobility LLC, T-Mobile USA Inc, HTC America, Inc., Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., HTC Corp.. Signed by District Judge Rodney Gilstrap on 7/28/2021. (nkl, ) (Entered: 07/28/2021) |
| 07/29/2021 | 228 | NOTICE of Attorney Appearance by Alan Joseph Robertson on behalf of Joe Andrew Salazar (Robertson, Alan) (Entered: 07/29/2021) |
| 08/01/2021 | 229 | STIPULATION *Joint Proposed Trial Management Procedures* by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Williams, Fred) (Entered: 08/01/2021) |
| 08/02/2021 | 230 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Selection held on 8/2/2021, Jury Trial Day 1 held on 8/2/2021. (Court Reporter Shawn McRoberts, RMR, CRR.) |

| | | (Attachments: # 1 Attorney Attendance Sheet) (aeb) (Entered: 08/02/2021) |
|---|---|---|
| 08/03/2021 | 231 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Trial Day 2 held on 8/3/2021. (Court Reporter Shawn McRoberts, RMR, CRR.) (Attachments: # 1 Attorney Attendance Sheet) (aeb) (Entered: 08/03/2021) |
| 08/04/2021 | 232 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Trial Day 3 held on 8/4/2021. (Court Reporter Shawn McRoberts, RMR, CRR.) (Attachments: # 1 Attorney Attendance Sheet) (aeb) (Entered: 08/04/2021) |
| 08/05/2021 | 233 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Trial Day 4 held on 8/5/2021. (Court Reporter Shawn McRoberts, RMR, CRR.) (Attachments: # 1 Attorney Attendance Sheet) (aeb) (Entered: 08/05/2021) |
| 08/06/2021 | | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Informal Charge Conference held on 8/6/2021. No court reporter. (aeb) (Entered: 08/06/2021) |
| 08/06/2021 | 234 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Trial Day 5 held on 8/6/2021. (Court Reporter Shawn McRoberts, RMR, CRR.) (Attachments: # 1 Attorney Attendance Sheet) (aeb) (Entered: 08/08/2021) |
| 08/09/2021 | 235 | Defendants' Final Exhibit List for Jury Trial. (aeb) (Entered: 08/09/2021) |
| 08/09/2021 | 236 | *SEALED* ***DEFICIENT DOCUMENT*** < Sealed Exhibit List by Joe Andrew Salazar.. (Culbertson, Geoffrey) Modified on 8/9/2021 (ch, ). (Entered: 08/09/2021) |
| 08/09/2021 | | NOTICE of Deficiency regarding the 236 submitted NO CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL. Correction should be made by one business day (ch, ) (Entered: 08/09/2021) |
| 08/09/2021 | 237 | *SEALED* Sealed Exhibit List by Joe Andrew Salazar.. (Culbertson, Geoffrey) (Entered: 08/09/2021) |
| 08/09/2021 | 238 | SEALED Jury Notes. (aeb) (Entered: 08/09/2021) |
| 08/09/2021 | 239 | JURY VERDICT. (aeb) (Entered: 08/09/2021) |
| 08/09/2021 | 240 | SEALED Jury Verdict. (aeb) (Entered: 08/09/2021) |
| 08/09/2021 | 241 | Minute Entry for proceedings held before District Judge Rodney Gilstrap: Jury Trial Day 6 completed on 8/9/2021. (Court Reporter Shawn McRoberts, RMR, CRR.) (Attachments: # 1 Attorney Attendance Sheet) (aeb) (Entered: 08/09/2021) |

| 08/17/2021 | 242 | FINAL JUDGMENT. Signed by District Judge Rodney Gilstrap on 8/17/2021. (nkl, ) (Entered: 08/17/2021) |
|---|---|---|
| 08/17/2021 | 243 | Notice of Filing of Patent/Trademark Form (AO 120) at termination of case. AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (nkl, ) (Entered: 08/17/2021) |
| 08/31/2021 | 244 | PROPOSED BILL OF COSTS filed by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Appendix A)(Williams, Fred) (Entered: 08/31/2021) |
| 08/31/2021 | 245 | **DEFICIENT DOCUMENT**<br><br>MOTION for Bill of Costs by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Appendix A, # 2 Text of Proposed Order)(Williams, Fred) Modified on 9/1/2021 (nkl, ). (Entered: 08/31/2021) |
| 09/01/2021 | | NOTICE of Deficiency regarding the MOTION for Bill of Costs submitted document 245 does not contain a Certificate of Conference. Correction should be made by one business day. (nkl, ) (Entered: 09/01/2021) |
| 09/01/2021 | 246 | MOTION for Bill of Costs by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. (Attachments: # 1 Appendix A, # 2 Text of Proposed Order)(Williams, Fred) (Entered: 09/01/2021) |
| 09/14/2021 | 247 | ORDER granting 246 Motion for Bill of Costs. Court ORDERS entry of Bill of Costs. Signed by District Judge Rodney Gilstrap on 9/14/2021. (ch, ) (Entered: 09/14/2021) |
| 09/14/2021 | 248 | BILL OF COSTS by AT&T Mobility LLC, Cellco Partnership, Inc. d/b/a Verizon Wireless, Inc., Sprint United Management Company, T-Mobile USA Inc. Costs Taxed in the amount of $43271.07. (ch, ) (Entered: 09/14/2021) |
| 09/15/2021 | 249 | NOTICE OF APPEAL - FEDERAL CIRCUIT as to 242 Judgment by Joe Andrew Salazar. Filing fee $ 505, receipt number 0540-8584431. Appeal Record due by 9/29/2021. (Keyhani, Dariush) (Entered: 09/15/2021) |
| 09/16/2021 | | Transmission of Notice of Appeal, Order and Docket Sheet to US Court of Appeals, Federal Circuit by separate email. re 249 Notice of Appeal - FEDERAL CIRCUIT (ch, ) (Entered: 09/16/2021) |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| JOE ANDREW SALAZAR, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:20-CV-00004-JRG |
| | § | |
| AT&T MOBILITY LLC, SPRINT UNITED | § | |
| MANAGEMENT COMPANY, T-MOBILE | § | |
| USA INC, CELLCO PARTNERSHIP, INC. | § | |
| D/B/A VERIZON WIRELESS, INC., | § | |
| | § | |
| *Defendants.* | § | |

## **FINAL JUDGMENT**

A jury trial commenced in the above-captioned case on August 2, 2021, and on August 9, 2021, the jury reached and returned its unanimous verdict finding that Defendants AT&T Mobility LLC; Sprint United Management Company; T-Mobile USA, Inc.; Cellco Partnership d/b/a Verizon Wireless, Inc. ("Defendants") did not infringe any of Claims 1–7, 29–30, and 34 of U.S. Patent No. 5,802,467 (collectively, the "Asserted Claims"); and that none of the Asserted Claims are invalid. (Dkt. No. 239).

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the jury's unanimous verdict and the entirety of the record, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1.      Defendants did not infringe any of the Asserted Claims;

2.      None of the Asserted Claims are invalid;

3.       Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Defendants are the prevailing party in this case and shall recover their costs from Plaintiff Joe Andrew Salazar; and

4.       All other requests for relief now pending and requested by either party but not specifically addressed herein are **DENIED**.

All other requests for relief regarding the above-captioned case, including but not limited to Motions pursuant to 35 U.S.C. § 285, shall be filed within 28 days of this Judgment.

The Clerk of the Court is directed to **CLOSE** the above-captioned case.

    **So ORDERED and SIGNED this 17th day of August, 2021.**

                                _____

                              RODNEY GILSTRAP

                              UNITED STATES DISTRICT JUDGE