# United States Court of Appeals for the Federal Circuit

---

**JOE A. SALAZAR,**

*Plaintiff-Appellant*

v.

**AT&T MOBILITY LLC, SPRINT UNITED MANAGEMENT COMPANY, T-MOBILE USA, INC., CELLCO PARTNERSHIP INC., DBA VERIZON WIRELESS, INC.,**

*Defendants-Cross-Appellants*

**HTC CORPORATION, HTC AMERICA, INC.,**

*Defendants*

---

2021-2320, 2021-2376

---

Appeals from the United States District Court for the Eastern District of Texas in No. 2:20-cv-00004-JRG, Chief Judge J. Rodney Gilstrap.

---

## MANDATE

---

In accordance with the judgment of this Court, entered April 5, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

<u>June 15, 2023</u>
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court